**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SAGAR REDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-00599<br><br>**DEFENDANT SAGAR REDDY'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-15 and Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant Sagar Reddy certify that the following listed parties may have a pecuniary interest in the outcome of this case.

1. Defendant Sagar Reddy, a citizen of the State of California.
2. Defendant DX Corr Design, Inc.
3. Defendant Robert Bleck
4. Defendant Jim DeNaut
5. Defendant Frank Kinney
6. Plaintiff Coinmint, LLC
7. Non-Party Mintvest Capital Ltd., member of Plaintiff Coinmint, LLC.
8. Non-Party Coinmint Living Trust, member of Plaintiff Coinmint, LLC.
9. Non-Party Katena Computing Technologies, Inc.

These representations are made to enable the Court to evaluate the possible disqualification or recusal.

DATED: February 9, 2023         **PERKINS COIE LLP**

By: */s/David P. Chiappetta*
David P. Chiappetta
Lauren A. Trambley

Attorneys for Defendant
SAGAR REDDY