1  David P. Chiappetta, Bar No. 172099
   DChiappetta@perkinscoie.com
2  Lauren Trambley, Bar No. 340634
   LTrambley@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COINMINT, LLC, | Case No. 5:23-cv-00599 |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DX CORR DESIGN, INC., | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I, Rosa Ceja, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 505 Howard Street, Suite 1000, San Francisco, California 94105. On February 23, 2023, I served a copy of the within document(s):

1. **DEFENDANT SAGAR REDDY'S NOTICE OF REMOVAL**
2. **CIVIL COVER SHEET**
3. **DEFENDANT SAGAR REDDY'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**
4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
5. **NOTICE OF CASE ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
6. **CONSENT OR DECLINATION TO A MAGISTRATE JUDGE JURISDICTION**
7. **STANDING ORDERS OF ASSIGNED JUDGE, HONORABLE VIRGINIA K. DEMARCHI**

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ by transmitting via my e-mail address (rceja@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth as follows: falford@grsm.com; kliu@grsm.com; rlemus@grsm.com.

| *Counsel for Plaintiff, Coinmint, LLC:* <br> Fletcher C. Alford <br> falford@grsm.com <br> Kevin Liu <br> kliu@grsm.com <br> Gordon Rees Scully Mansukhani, LLP <br> 275 Battery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 986-5900 <br> Facsimile: (415) 986-8054 | *Counsel for Plaintiff, Coinmint, LLC:* <br> Robert Lemus <br> rlemus@grsm.com <br> Gordon Rees Scully Mansukhani, LLP <br> 3D/International Tower <br> 1900 West Loop South, Suite 1000 <br> Houston, TX 77027 <br> Telephone: (713) 490-4876 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 23, 2023, at San Francisco, California.

                                                */s/ Rosa Ceja*
                                                Rosa Ceja