**PERKINS COIE LLP**

John R. Hardin, *pro hac vice pending*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Jacob J. Taber, *pro hac vice pending*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Sagar Reddy

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC, | Case No. 23-cv-00599-VKD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO STAY THE ACTION PENDING ARBITRATION** |
| v. | |
| DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive, | Date:    April 10, 2023<br>Time:    10:00 a.m. |
| Defendants. | |

-1-    Case No. 23-cv-00599-VKD

1  Defendant Sagar Reddy ("Reddy") brings a Motion to Stay pursuant to 9 U.S.C. § 3. The
2  Court, having considered the papers filed by the parties in connection therewith and the
3  arguments of counsel, hereby GRANTS Reddy's Motion to Stay in its entirety and stays all
4  claims in the Complaint in their entirety.

5  IT IS SO ORDERED

7  DATED:_____                By:_____
8                                        THE HON. VIRGINIA K. DEMARCHI
9                                        United States Magistrate Judge