**PERKINS COIE LLP**

John R. Hardin, *pro hac vice pending*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Jacob J. Taber, *pro hac vice pending*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Sagar Reddy

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>　　　　Defendants. | Case No. 23-cv-00599-VKD<br><br>**DECLARATION OF JOHN R. HARDIN IN SUPPORT OF SAGAR REDDY'S MOTION TO STAY THE ACTION PENDING ARBITRATION**<br><br>Date:　　April 10, 2023<br>Time:　　10 a.m.<br>Dept.: |

I, JOHN R. HARDIN, do testify as follows:

1. I am a partner at the law firm of Perkins Coie LLP, counsel of record for Defendant Sagar Reddy, the Chief Technology Officer of Katena Computing Technologies, Inc. ("Katena"), in the above captioned matter. I submit this declaration in support of Mr. Reddy's Notice of and Motion to Stay this action pending arbitration. Because I am lead counsel for Katena Computing Technologies, Inc. in its Arbitration with Coinmint, LLC as referenced herein, I have personal knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.

2. As averred in paragraph 29 of the Original Complaint filed by Plaintiff Coinmint, LLC ("Coinmint"), it entered into a Sales and Purchase Agreement (the "SPA") and Purchase Order (together, the "Agreement") with Katena on or around May 12, 2021.

3. The arbitration provision in the Agreement between Coinmint and Katena, that is referenced in paragraph 29 of the Original Complaint states:

> Any dispute, controversy, difference or claim arising out of or relating to this Agreement, including the existence, validity, interpretation, performance, breach or termination hereof or any dispute regarding non-contractual obligations arising out of or relating to this Agreement shall be referred to and finally resolved by arbitration administered by American Arbitration Association under the rules for commercial arbitration of the American Arbitration Association in force when the notice of arbitration is submitted. The decision and awards of the arbitration shall be final and binding upon the parties hereto.

4. On April 27, 2022, Coinmint filed its Arbitration Demand against Katena with the American Arbitration Association. *Coinmint, LLC v. Katena Computing Technologies, Inc.*, AAA Case No. 01-22-0001-7627. Coinmint amended its demand on August 29, 2022. Through its demand, Coinmint seeks a declaration that the Agreement is invalid, and seeks to recover $23 million in non-refundable payments Coinmint made in the Agreement. Coinmint also asserts a variety of tort claims seeking to invalidate the Agreement, including claims that Coinmint was fraudulently induced to enter into the Agreement.

5. On September 16, 2022, Katena filed its Answering Statement to First Amended Arbitration Demand and Amended Notice of Counterclaim in the Arbitration Action (the "Answer"). In the Answer, Katena asserted counterclaims for (among other things) breach of contract and sought liquidated damages in the amount of $37.5 million based on the express provisions of the Agreement.

6. Coinmint and Katena have been in discovery and have an arbitration hearing set for August 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 5, 2023.

By: *John R. Hardin*

John R. Hardin