FLETCHER C. ALFORD  (SBN:  152314)
falford@grsm.com
KEVIN LIU  (SBN:  295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone:  (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CAILIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>    Defendants. | CASE NO. 23-cv-00599-VKD<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD AND THIS COURT:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 5-1(c)(2)(A), Fletcher Alford, Kevin Liu, and Myles Lanzone, who are members of the State Bar of California and who are admitted to practice before this Court, herby appear as attorneys of record in this action.

Dated: March 10, 2023               GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Myles Lanzone*

Fletcher C. Alford
Kevin Liu
Robert Lemus
Myles Lanzone
Attorneys for Plaintiff
Coinmint, LLC