FLETCHER C. ALFORD  (SBN: 152314)
falford@grsm.com
KEVIN LIU  (SBN: 295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone:  (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CAILIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 23-cv-00599-VKD<br><br>**COINMINT LLC'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES** |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Coinmint Living Trust owns the equity in Coinmint, LLC.

Dated: March 9, 2023       GORDON REES SCULLY MANSUKHANI, LLP

By:    /s/ Myles Lanzone
Fletcher C. Alford
Kevin Liu
Myles Lanzone
Attorneys for Plaintiff
Coinmint, LLC