1  FLETCHER C. ALFORD (SBN: 152314)
   falford@grsm.com
2  KEVIN LIU (SBN: 295287)
   kliu@grsm.com
3  MYLES LANZONE (SBN: 257791)
   mlanzone@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 986-5900
6  Facsimile: (415) 986-8054

7  ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
   rlemus@grsm.com
8  GORDON REES SCULLY MANSUKHANI, LLP
   3D/International Tower
9  1900 West Loop South, Suite 1000
   Houston, TX 77027
10 Telephone: (713) 490-4876

11 Attorneys for Plaintiff
   COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CAILIFORNIA

| COINMINT, LLC, | CASE NO. 5:23-cv-00599-VKD |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5 IN SUPPORT OF OPPOSITION TO REDDY'S MOTION TO STAY** |
| DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive, | |
| Defendants. | |

-1-
[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE
79-5 IN SUPPORT OF OPPOSITION TO REDDY'S MOTION TO STAY
Case No.. 5:23-cv-00599-VKD

Having considered Plaintiff Coinmint, LLC ("Coinmint")'s Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5 In Support Of Opposition To Reddy's Motion To Stay (the "Motion"), it is hereby Ordered that Coinmint's Motion is GRANTED.

The clerk of the Court shall file under seal the following documents: (1) Coinmint's Opposition to Defendant Sagar Reddy's Motion to Stay of Action Pending Arbitration; and (2) Declaration of Kevin Liu in Support of Coinmint's Opposition to Defendant Sagar Reddy's Motion to Stay of Action Pending Arbitration, including the 28 exhibits attached thereto. The unredacted versions of these documents are attached as Exhibits A and B to the Declaration of Kevin Liu in support of this Motion.

IT IS SO ORDERED.

Dated: _____          _____

                                                            District Court Judge