FLETCHER ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CAILIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>                Defendants. | CASE NO. 5:23-cv-00599-VKD<br><br>**DECLARATION OF RANDALL FORET IN SUPPORT OF COINMINT, LLC'S OPPOSITION TO THE MOTION TO STAY**<br><br>Date: April 11, 2023<br>Time: 10:00A.M. |

I, Randall Foret, hereby declare:

    1.    I am the General Counsel of Plaintiff Coinmint, LLC.

    2.    I have personal knowledge of the matters stated in this declaration.

3. As General Counsel of Coinmint, LLC, I am familiar with the terms of employment offered to members of Coinmint's executive team. There are no arbitration agreements in place that require Coinmint to arbitrate any claims it may have against Messrs. Maloney, DeNaut, and Kinney.

I declare under penalty of perjury pursuant to the laws of the United States that the above is true and correct and that this Declaration was executed on March 20, 2023 in Magnolia, Texas.

By: _____
RANDALL FORET