FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| COINMINT, LLC, | CASE NO. 23-cv-00599-VKD |
|---|---|
| Plaintiff, | **DECLARATION OF SEAN DITTY** |
| vs. | |
| DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive, | |
| Defendants. | |

Sean Ditty, declare:

1. I am a retired law enforcement officer and am currently licensed by the State of California as a Certified Professional Investigator. My license number is PI 22406.

2. I have been retained on behalf of Coinmint in connection with the above-captioned matter.

3. According to public records, the business address of DX Corr Design, Inc. is listed as 121 W. Washington Avenue, Suite 214, Sunnyvale, CA 94086. I observed and

-1-
DECLARATION OF SEAN DITTY

photographed that location over the course of many hours during multiple days in the week of March 13. Attached hereto are true and correct copies of several of the photographs I took of that location.

4. As indicated by the photographs, the DX Corr office is located in an older building of very small offices above a barber/beauty shop. See attached exterior photograph of the building. The only sign on the office door identifying it as being occupied by DX Corr is a piece of paper scotch taped to the window of the door on which someone had printed the name. See attached picture of the door.

5. I knocked on the door several times during multiple visits but there was no answer. It did not appear to me that there was any business or other activity taking place in that office as I never saw anyone enter or exit the office during the many business hours of my observation, and the lights were always off and the door locked.

6. Although I was not able to enter the office, I was able to estimate from the close proximity of the other office doors in the interior hallway and from the exterior configuration of the building that the office was approximately the size of a small bedroom – i.e., approximately 10 foot by 10 foot in size. See attached picture of the hallway corridor. Although the building directory listed two other, equally small offices as also allegedly being occupied by DX Corr, those two offices had no signage of any kind and also did not appear to have any occupants or business activity occurring, as they too were locked with the lights off and no one was ever observed entering or exiting.

I declare under penalty of perjury pursuant to the laws of the State of California that the above is true and correct. This Declaration was executed in Milpitas, California on March 15, 2023.

SEAN DITTY

-2-
DECLARATION OF SEAN DITTY





