FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CAILIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>            Defendants. | CASE NO. 5:23-cv-00599-VKD<br><br>**[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** |

1  Having considered Plaintiff Coinmint, LLC ("Coinmint")'s Administrative Motion to
2  Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-
3  5 (the "Motion"), it is hereby Ordered that Coinmint's Motion is GRANTED.
4  The clerk of the Court shall file under seal the following documents (1) Coinmint's
5  Complaint and the 14 exhibits attached thereto; and (2) Coinmint's First Amended Complaint
6  and the 14 exhibits attached thereto.  The unredacted versions of these documents are attached
7  as Exhibits A and B to the Declaration of Kevin Liu in support of the Motion.
8  IT IS SO ORDERED.

11  Dated: _____        _____
12                                                          District Court Judge

-2-
[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5
Case No.. 5:23-cv-00599-VKD

1281003/75336955v.1

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111