UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DX CORR DESIGN, INC., et al.,<br><br>   Defendants. | Case No.  23-cv-00599-VKD<br><br>**ORDER OF REASSIGNMENT TO DISTRICT JUDGE** |

  On February 9, 2023, defendant Sagar Reddy removed this action from Santa Clara County Superior Court to this Court. Dkt. No. 1. In the notice of removal, Mr. Reddy represents that he removed the action before he, and possibly before any other defendant, was served with the complaint. *Id.* ¶ 3. Mr. Reddy now moves to stay this action pending completion of a separate arbitration. Dkt. No. 8.

  In his motion, Mr. Reddy asks the Court to stay this action because "the Action includes issues referable to arbitration." Dkt. No. 8 at 1. While Mr. Reddy does not move to compel plaintiff Coinmint, LLC to arbitrate *this* dispute, Mr. Reddy says that allowing this action to proceed while Coinmint and another third party are engaged in a pending arbitration "would result in multiple and potentially inconsistent obligations . . . and may preclude Coinmint's claims herein altogether." Dkt. No. 11.

  In light of these representations, resolution of Mr. Reddy's motion may require a case-dispositive decision. *See Dist. Council 16 Int'l Union of Painters & Allied Trades, Painters Loc. No. 3 v. LML Enterprises, Inc.*, No. 13-CV-00565-NC, 2013 WL 3802837 (N.D. Cal. June 14, 2013), *report and recommendation adopted as modified sub nom. Dist. Council 16 Int'l Union of*

*Painters & Allied Trades v. LML Enterprises, Inc.*, No. C 13-565 SI, 2013 WL 3802903, at *2-*3 (N.D. Cal. July 18, 2013); *Amisil Holdings Ltd. v. Clarium Cap. Mgmt.*, 622 F. Supp. 2d 825, 827 n.1 (N.D. Cal. 2007).

Mr. Reddy is the only defendant to have appeared in the action. The remaining defendants have not appeared and there is no indication that they have been served.[1] Absent consent of all parties, this Court lacks jurisdiction to hear and decide this matter. *See* 28 U.S.C. § 636; *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). Accordingly, the Clerk of the Court shall reassign this case to a district judge. All pending motion hearings and scheduled appearances are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: March 22, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The Court set a deadline of March 20, 2023 for all parties to consent to magistrate judge jurisdiction.