**PERKINS COIE LLP**

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

John R. Hardin, *pro hac vice*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:  214.965.7700
Facsimile:  214.965.7799

Jacob J. Taber, *pro hac vice*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone:  212.262.6900
Facsimile:  212.977.1649

Attorneys for Defendant Sagar Reddy
and Non-Party Katena Computing
Technologies, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>DX CORR DESIGN, INC., a California corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>       Defendants. | Case No. 5:23-cv-00599-RS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF A NON-PARTY FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL** |

-1-

1

2      THIS MATTER came before the Court on Plaintiff Coinmint, LLC's Administrative

3    Motion to Seal Certain Confidential Business Materials of a Non-Party Attached to Plaintiff's

4    Opposition to Motion to Stay Action Pending Arbitration. Having considered the motion, and all

5    supporting documents, and being fully advised,

6      IT IS HEREBY ORDERED that the Motion is GRANTED. Accordingly, the following

7    portions of Plaintiff's exhibits and pleadings in support of their Opposition to Defendant Sagar

8    Reddy's Motion to Stay Action Pending Arbitration, shall be sealed from the public record:

9

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Coinmint, LLC's Opposition to Defendant Sagar Reddy's Motion to Stay of Action Pending Arbitration | 5:3-21, 8:12-13, 8:14-18, 8:23-9:12, 9:17-11:14, 11:19-16:21, 17:7-17:19, 17:27-28, 20:23-28. | Compelling reasons exist to seal the identified portions of Coinmint's Opposition because it quotes directly from and provides a description of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Additionally, the identified portions of Coinmint's Opposition should be redacted because Coinmint provides this commercially-sensitive information for the improper purpose of spite and libelous statements. |

-2-

5:23-CV-00599-RS
[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL
BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 2 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit contains the deposition testimony of Michael Gao, Katena's co-founder.  Mr. Gao's testimony includes discussions of private communications with non-parties, non-public proprietary information regarding its manufacturing and product development, and sensitive and confidential details concerning company financials and compensation. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public. |

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL
BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 3 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages involving a non-party employee of Katena discussing Katena's business strategy and personnel matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-4-

5:23-CV-00599-RS

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL
BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 4 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit contains the testimony of non-party Michael Gao, co-founder of non-party Katena. Mr. Gao's testimony includes discussions of private communications with non-parties, sensitive personnel matters related to non-party Katena, non-public proprietary information regarding Katena's manufacturing and product development, and sensitive and confidential details concerning company financials. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument. |

5:23-CV-00599-RS

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 5 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages involving non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 6 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between non-party consultant and a non-party employee of non-party Katena discussing Katena's business strategy, pricing, personnel matters, government relations, and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

5:23-CV-00599-RS

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 8 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL
BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 9 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit is a series of text messages involving a non-party employee of Katena discussing Katena's business strategy and customer acquisition in addition to purely private matters. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-9-

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 11 to the Liu Declaration | Entirety of Exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit contains the deposition testimony of non-party Henry Monzon, a co-founder of non-party Katena.  Mr. Monzon's testimony includes discussions of non-public proprietary information regarding Katena's business strategy, investor relations, and customer contracts.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 13 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.

The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

5:23-CV-00599-RS

[Proposed] Order Granting Coinmint, LLC's Administrative Motion to Seal Certain Confidential Business Materials of Non-Party

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 15 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages involving non-party employees of non-party Katena discussing Katena's business strategy, growth and investment strategy, and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-12-

5:23-CV-00599-RS

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 17 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 18 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, personnel matters, and investor relations in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

5:23-CV-00599-RS

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 19 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages involving non-party employees of non-party Katena discussing Katena's business strategy and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.

The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL
BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 20 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

5:23-CV-00599-RS

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL
BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 21 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of emails between a non-party employee of non-party Katena and Katena's investment bank (also a non-party) discussing Katena's business strategy, financials, performance metrics, and customer acquisition.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument. <br><br> The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public. |

-17-

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL
BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 22 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

| Document Description | Sealing Description | Justification for Sealing |
| --- | --- | --- |
| Exhibit 23 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.

The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-19-

5:23-CV-00599-RS

[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 24 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.

The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 27 to the Liu Declaration | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.

The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

DATED this _____ day of _____, 2023.

_____
The Honorable Richard Seeborg
United States District Court Judge