**PERKINS COIE LLP**

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

John R. Hardin, *pro hac vice*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:  214.965.7700
Facsimile:  214.965.7799

Jacob J. Taber, *pro hac vice*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone:  212.262.6900
Facsimile:  212.977.1649

Attorneys for Defendant Sagar Reddy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DX CORR DESIGN, INC., a California corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00599-RS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL [ECF NO. 22]** |

-1-

1   THIS MATTER came before the Court on Plaintiff Coinmint, LLC's Administrative
2   Motion to Seal Certain Confidential Business Materials of a Non-Party Attached to Plaintiff's
3   Complaint and First Amended Complaint.  Having considered the motion, and all supporting
4   documents, and being fully advised,

5   IT IS HEREBY ORDERED that the Motion is GRANTED. Accordingly, the following
6   portions of Plaintiff's exhibits and pleadings, shall be sealed from the public record:

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Coinmint's Complaint and First Amended Complaint | 4:1-4, 4:10-12, 4:15-16, 6:23-7:2, 7:7-10, 7:13-17, 7:21-25, 8:1-24, 9:7-10:2, 10:9-16, 10:22-11:3, 11:9-18, 12:2-8, 12:18-21, 13:1-10, 13:12-17, 14:3-5, 14:18-22, 15:24-27, 18:23-27, 19:10-14, 20:21-23, | Compelling reasons exist to redact portions of the Complaint and First Amended Complaint because it quotes directly from and provides a description of non-party Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. The public has minimal (if any) interest in this information.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration, including quoting from such documents for purposes of its complaint, and also prohibits Coinmint from distributing those confidential documents to members of the public. |

-2-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 1 to Coinmint's Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit is a PowerPoint of non-party Katena's investor presentation, which contains non-public proprietary information regarding its manufacturing and product development and operations. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public. |

-3-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 2 of Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-4-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 3 to Coinmint's Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit is a series of emails including non-party employees of non-party Katena discussing Katena's personnel matters. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-5-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 4 of Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-6-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 5 to Coinmint's Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages involving non-party employees of non-party Katena discussing Katena's business strategy, personnel matters, and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-7-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 6 of Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-8-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 7 to Coinmint's Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between non-party employees of non-party Katena discussing Katena's business strategy, pricing, personnel matters, and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-9-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 11 of Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-10-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 12 of Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-11-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 13 of Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry.  Specifically, this exhibit is a series of text messages between two non-party employees of non-party Katena discussing Katena's business strategy, pricing and customer acquisition in addition to purely private matters.  The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

-12-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY

| Document Description | Sealing Description | Justification for Sealing |
|---|---|---|
| Exhibit 14 of the Complaint and First Amended Complaint | Entirety of exhibit | Compelling reasons exist to seal the entirety of this exhibit as it includes discussions of Katena's legally-protected, commercially sensitive business information that, if disclosed, would cause Katena commercial and economic harm and injure its competitive standing in a very competitive industry. Specifically, this exhibit is a series of text messages involving non-party employees of non-party Katena discussing Katena's business strategy and customer acquisition in addition to purely private matters. The public has minimal (if any) interest in this document because it is not relevant in any way to the instant motion, and Coinmint does not cite to or rely upon the document in support of its legal argument.<br><br>The stipulated protective order from the arbitration prohibits Coinmint from using documents produced as "confidential" for any purpose other than the arbitration and also prohibits Coinmint from distributing those confidential documents to members of the public |

DATED this day _____ of _____, 2023.

_____
The Honorable Richard Seeborg
United States District Court Judge

-13-

3:23-CV-00599-RS
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS OF NON-PARTY