**PERKINS COIE LLP**
John R. Hardin, *pro hac vice*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Jacob J. Taber, *pro hac vice*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Sagar Reddy

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>      Defendants. | Case No. 3:23-cv-00599-RS<br><br>**SAGAR REDDY'S AMENDED NOTICE OF MOTION TO STAY THE ACTION PENDING ARBITRATION [ECF NO. 8]**<br><br>Date:   April 20, 2023<br>Time:  1:30 p.m. |

## **AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that the hearing previously set for April 10, 2023, at 10:00 A.M., in the San Jose Courthouse, 280 South 1st Street, San Jose, California, Floor 5, Courtroom 2 before Judge Virginia K. DeMarchi, pursuant to the Notice of Motion and Motion to Stay the Action Pending Arbitration (the "Motion") filed and served by Defendant Sagar Reddy ("Reddy") on March 5, 2023, is hereby re-set for April 20, 2023, at 1:30 P.M., in the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, Floor 17, Courtroom 3 before Judge Richard Seeborg.

DATED: March 30, 2023

**PERKINS COIE LLP**

By: */s/David P. Chiappetta*
David P. Chiappetta
John R. Hardin, *pro hac vice*
Jacob J. Taber, *pro hac vice*
Lauren A. Trambley

Attorneys for Defendant
Sagar Reddy