**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

John R. Hardin, *admitted pro hac vice*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Jacob J. Taber, *admitted pro hac vice*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

Attorneys for Defendant
DxCorr Design, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 23-cv-00599-RS<br><br>**[PROPOSED] ORDER GRANTING DXCORR DESIGN, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date:      May 11, 2023<br>Time:     1:30 P.M.<br>Dept:      Courtroom 3 - Floor 17<br>Judge:    Hon. Richard Seeborg |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Defendant DxCorr Design, Inc. ("DxCorr") moved to dismiss Plaintiff's First Amended |
| 3 | Complaint ("FAC") in its entirety on the grounds that Plaintiff fails to state a claim for relief |
| 4 | under Federal Rule of Civil Procedure 12(b)(6). |
| 5 | After considering the briefs, the arguments of counsel, and the evidence of record, the |
| 6 | Court rules as follows: DxCorr's Motion to Dismiss is GRANTED in its entirety with prejudice. |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | DATED: _____, 2023 |
| 10 | Hon. Richard Seeborg<br>United States District Judge |