FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CAILIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-00599-RS<br><br>**[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5 RE: OPPOSITION TO DXCORR DESIGN, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

1  Having considered Plaintiff Coinmint, LLC ("Coinmint")'s Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5 Re: Opposition To DxCorr's Motion To Dismiss the First Amended Complaint (the "Motion"), it is hereby Ordered that Coinmint's Motion is GRANTED.

The clerk of the Court shall file under seal the following documents: (1) Coinmint's Opposition to Defendant DxCorr Design Inc.'s Motion To Dismiss the First Amended Complaint. The unredacted version of this document is attached as Exhibits A to the Declaration of Kevin Liu in support of this Motion.

IT IS SO ORDERED.

Dated: _____          _____
                                              District Court Judge

-2-
[PROPOSED] ORDER GRANTING COINMINT, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5 RE: OPPOSITION TO DXCORR DESIGN, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT                                          Case No. 5:23-cv-00599-RS