FLETCHER C. ALFORD  (SBN:  152314)
falford@grsm.com
KEVIN LIU  (SBN:  295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone:  (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>        Defendants. | CASE NO. 5:23-cv-00599-RS<br><br>**DECLARATION OF KEVIN LIU IN SUPPORT OF PLAINTIFF COINMINT, LLC'S OPPOSITION TO DXCORR DESIGN, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date: May 11, 2023<br>Time: 1:30 P.M.<br>Dept: Courtroom 3, Floor 17<br>Judge: Hon. Richard Seeborg |

I, KEVIN LIU, declare as follows:

1. I am an attorney with the law firm of Gordon Rees Scully & Mansukhani LLP. Our firm is counsel for Plaintiff Coinmint, LLC ("Coinmint"). I have personal knowledge of the facts set forth herein, and if called upon to testify, could competently establish the facts set forth herein. This declaration is submitted in support of Coinmint's Opposition to DxCorr Design Inc. ("DxCorr")'s Motion to Dismiss.

2. On January 26, 2023, Coinmint filed a civil lawsuit in the Superior Court of California, County of Santa Clara, Case No.23CV410979 naming DxCorr, Sagar Reddy ("Reddy"), and other individuals as defendants.

3. On February 9, 2023, Reddy removed that lawsuit to this Court. However, Reddy did not serve his notice of removal papers on Coinmint until February 23, 2023. Attached hereto as **EXHIBIT 1**, is a true and correct copy of Reddy's Certificate of Service showing that his notice of removal papers were served on Coinmint on February 23, 2023.

4. Because Reddy failed to timely serve his removal papers or otherwise inform Coinmint that the case had been removed, on February 21, 2023, Coinmint filed an Amendment to Complaint to substitute defendant Michael Maloney for DOE 1 in the superior court. Attached hereto as **EXHIBIT 2**, is a true and correct copy of Coinmint's Amendment to Complaint filed on February 21, 2023 in the Superior Court of California, County of Santa Clara, Case No.23CV410979.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 20th day of April 2023, in San Francisco, California.

_____
KEVIN LIU

-2-
DECLARATION OF KEVIN LIU IN SUPPORT OF PLAINTIFF COINMINT, LLC'S OPPOSITION TO DXCORR DESIGN, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
Case No. 5:23-cv-00599-RS