EXHIBIT  1

1    David P. Chiappetta, Bar No. 172099
     DChiappetta@perkinscoie.com
2    Lauren Trambley, Bar No. 340634
     LTrambley@perkinscoie.com
3    PERKINS COIE LLP
     505 Howard Street, Suite 1000
4    San Francisco, California 94105
     Telephone: +1.415.344.7000
5    Facsimile:  +1.415.344.7050

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12

13   COINMINT, LLC,                        Case No. 5:23-cv-00599

14           Plaintiff,                     **CERTIFICATE OF SERVICE**

15       v.

16   DX CORR DESIGN, INC.,

17           Defendant.

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I, Rosa Ceja, declare:

I am a citizen of the United States and employed in San Francisco County, California.  I

am over the age of eighteen years and not a party to the within-entitled action.  My business

address is 505 Howard Street, Suite 1000, San Francisco, California 94105.  On February 23,

2023, I served a copy of the within document(s):

1. **DEFENDANT SAGAR REDDY'S NOTICE OF REMOVAL**
2. **CIVIL COVER SHEET**
3. **DEFENDANT SAGAR REDDY'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**
4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
5. **NOTICE OF CASE ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
6. **CONSENT OR DECLINATION TO A MAGISTRATE JUDGE JURISDICTION**
7. **STANDING ORDERS OF ASSIGNED JUDGE, HONORABLE VIRGINIA K. DEMARCHI**

☒      by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a Federal Express agent for delivery.

☒      by transmitting via my e-mail address (rceja@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth as follows: <u>falford@grsm.com; kliu@grsm.com; rlemus@grsm.com</u>.

| Counsel for Plaintiff, Coinmint, LLC: | Counsel for Plaintiff, Coinmint, LLC: |
|---|---|
| Fletcher C. Alford | Robert Lemus |
| falford@grsm.com | rlemus@grsm.com |
| Kevin Liu | Gordon Rees Scully Mansukhani, LLP |
| kliu@grsm.com | 3D/International Tower |
| Gordon Rees Scully Mansukhani, LLP | 1900 West Loop South, Suite 1000 |
| 275 Battery Street, Suite 2000 | Houston, TX 77027 |
| San Francisco, CA 94111 | Telephone: (713) 490-4876 |
| Telephone: (415) 986-5900 | |
| Facsimile: (415) 986-8054 | |

I declare under penalty of perjury under the laws of the State of California that the above

is true and correct.

Executed on February 23, 2023, at San Francisco, California.

*/s/ Rosa Ceja*
Rosa Ceja

# EXHIBIT  2

1  FLETCHER C. ALFORD  (SBN:  152314)
   falford@grsm.com
2  KEVIN LIU  (SBN:  295287)
   kliu@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
   rlemus@grsm.com
7  GORDON REES SCULLY MANSUKHANI, LLP
   3D/International Tower
8  1900 West Loop South, Suite 1000
   Houston, TX 77027
9  Telephone:  (713) 490-4876

10 Attorneys for Plaintiff
   COINMINT, LLC

11

12                    SUPERIOR COURT OF CALIFORNIA

13                      COUNTY OF SANTA CLARA

14 COINMINT, LLC,                          CASE NO. 23CV410979

15                 Plaintiff,
                                           **AMENDMENT TO COMPLAINT**
16        vs.
                                           (Inserting Defendant's True Name for
17 DX CORR DESIGN, INC., a California      DOE-1)
   Corporation, SAGAR REDDY, an individual,
18 ROBERT BLECK, an individual, JIM
   DENAUT, an individual, FRANK KINNEY,
19 an individual, and DOES 1- 40, inclusive,   Date Action Filed:  January 26, 2023

20                 Defendants.

21

22

23

24

25

26

27

28

Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 2/21/2023 3:06 PM
Reviewed By: L. Martinez
Case #23CV410979
Envelope: 11243096

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Plaintiff Coinmint, LLC ("Coinmint") was ignorant of the true name of defendant and designated such defendant by fictitious name upon the filing of the Complaint.  Defendant's true name has now been discovered and Coinmint hereby amends the Complaint by inserting the true name for the fictitious name wherever it appears in the complaint as follows:

| True Name | | Fictitious Name |
|---|---|---|
| Michael Maloney | to substitute for | DOE 1 |

Dated: February 21, 2023                GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Fletcher C. Alford
Kevin Liu
Attorneys for Plaintiff
Coinmint, LLC

-2-
AMENDMENT TO COMPLAINT