EXHIBIT 2

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 2/21/2023 3:06 PM
Reviewed By: L. Martinez
Case #23CV410979
Envelope: 11243096**

FLETCHER C. ALFORD  (SBN:  152314)
falford@grsm.com
KEVIN LIU  (SBN:  295287)
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone:  (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| COINMINT, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>  Defendants. | CASE NO. 23CV410979<br><br>**AMENDMENT TO COMPLAINT**<br><br>(Inserting Defendant's True Name for DOE-1)<br><br>Date Action Filed:  January 26, 2023 |

-1-
AMENDMENT TO COMPLAINT

Plaintiff Coinmint, LLC ("Coinmint") was ignorant of the true name of defendant and designated such defendant by fictitious name upon the filing of the Complaint. Defendant's true name has now been discovered and Coinmint hereby amends the Complaint by inserting the true name for the fictitious name wherever it appears in the complaint as follows:

| True Name | | Fictitious Name |
|---|---|---|
| Michael Maloney | to substitute for | DOE 1 |

Dated: February 21, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Fletcher C. Alford
Kevin Liu
Attorneys for Plaintiff
Coinmint, LLC