**PERKINS COIE LLP**

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

John R. Hardin, *pro hac vice*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Jacob J. Taber, *pro hac vice*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

Attorneys for Non-Party
KATENA COMPUTING TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DX CORR DESIGN, INC., a California corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>    Defendants. | Case No. 3:23-cv-00599-RS<br><br>**DECLARATION OF DAVID D. EATON IN SUPPORT OF NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

-1-

Pursuant to Civil Local Rule 79-5(c), I declare as follows:

1. I am the General Counsel of non-party Katena Computing Technologies, Inc. ("Katena"), which is not a party to the above-captioned case. I am over the age of eighteen and competent to make this Declaration. I make each of the following statements based on my personal knowledge and I could, if necessary, testify to the truth of each of them.

2. I submit this declaration under Civil Local Rule 79-5(c) in support of Katena's motion to seal confidential information contained within Coinmint's Complaint, First Amended Complaint ("FAC"), and Opposition to Motion to Stay ("Stay Opposition") and the exhibits attached thereto.

**A.  Katena's Commercially Sensitive Information.**

3. As outlined in more detail in the chart below, the Complaint, FAC, Stay Opposition, and certain attached exhibits contain highly confidential, commercially sensitive information of non-party Katena.

4. The Complaint, FAC, Stay Opposition, and attached exhibits contain information regarding non-party Katena's business dealings and potential partnerships with third parties. Specifically, they contain non-public information regarding Katena's potential partnerships with third-party businesses for the development of Katena's commercial products, and non-public communications with potential investors to raise capital for Katena's business operations.

5. The Complaint, FAC, Stay Opposition, and attached exhibits also contain commercially sensitive information regarding Katena's contract negotiations and contract terms. For instance, many of the Confidential Exhibits reveal confidential contract negotiations between non-party Katena and potential customers for the purchase of Katena's commercial products. The documents also contain information regarding Katena's private communications with potential investors. They further divulge the proprietary contract terms governing Katena's business relationships and customers, including the price and quantity of Katena's products.

6. Before entering into contract negotiations, Katena requires that customers, potential business partners, and investors enter into non-disclosure agreements ("NDAs").

-2-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

1   Katena's contracts with third parties also commonly include confidentiality provisions requiring all parties to keep the contents of Katena's contracts and business relationships secret from non-parties.

7.    The Complaint, FAC, Stay Opposition, and attached exhibits also contain confidential information regarding Katena's business plans. Specifically, these documents include private discussions between senior executive employees of non-party Katena—including the then-Chief Strategy Officer and the then-s Executive Officer—regarding Katena's business operations, short-term and long-term business strategies and goals, and its strategic decisions concerning potential business partners, investors, and customers. These documents include high-level, non-public conversations between the decisionmakers of Katena regarding Katena's finances, Katena's business operations, short-term and long-term business strategies and goals, and its strategic decisions concerning potential business partners, investors, and customers. The documents also include these senior executives' analysis of key metrics and how those metrics informed strategy decisions at Katena. This information is highly confidential and, if disclosed, would reveal the innerworkings and decision-making of Katena's C-Suite.

8.    Additionally, the Complaint, FAC, Stay Opposition, and attached exhibits include nonpublic information regarding Katena's finances, projected revenues, gross and net profits, and fundraising from investors. This information is highly sensitive.

9.    Accordingly, non-party Katena seeks to redact from the Complaint, FAC, Stay Opposition and certain exhibits information that contains non-party Katena's (i) commercially sensitive information regarding the material business terms, including price and quantity, of Katena's contracts with third parties, which were entered into under NDAs; (ii) Katena's internal financial metrics and communications with prospective investors; (iii) the details of Katena's negotiations and business dealings with prospective customers; and (iv) internal Katena discussions concerning possible personnel changes.

-3-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

**B.      Harm to Non-Party Katena's Competitive Standing.**

10.     As outlined in more detail in the chart below, the Complaint, FAC, Stay Opposition, and certain attached exhibits contain confidential information, if disclosed, would harm non-party Katena's competitive standing in the bitcoin mining technology industry.

11.     The redacted information, if disclosed, would harm non-party Katena's competitive standing because it would provide competitors with confidential information regarding Katena's business plans and strategies; negotiations with prospective customers and investors; financial information; and contract terms, including pricing and quantity; recruitment efforts; and proprietary technology. Katena is an early-stage startup in a competitive industry, and its customer pricing is highly commercially sensitive. A more-established competitor who knew what prices Katena was offering to customers and on what terms could undercut Katena on price to deny Katena market share.

12.     It would also provide Katena's competitors with insight into Katena's business plans and strategies, business relationships, and proprietary technology, and would allow competitors to circumvent the time and resources that Katena invested to develop those business plans, relationships, and technology. In such a competitive and fast-growing market with many startup companies in a race to be first, such critical information could seriously undermine Katena's competitive standing.

13.     Knowledge of Katena's recruitment efforts, including its offerings and conditions of employment, would also allow a competitor to poach current and potential employees of Katena.  Katena invested significant time and resources to attract and recruit talent to its company, and Katena's confidential decisions regarding personnel changes are critical to its operations.  Moreover, such information necessarily implicates third party privacy concerns for Katena's employees.

14.     Katena's commercially sensitive business information—such as its business dealings with third parties, negotiations with customers and investors, the terms of its contract, and its personnel decisions—is not relevant to the underlying claims in this lawsuit, or the merits

-4-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

of the motion to stay. Therefore, the public's interest in the redacted information containing non-party Katena's confidential information is <u>low</u>.

### C. Coinmint's Improper Purpose and Personal Spite.

15. As outlined in more detail in the chart below, the Complaint, FAC, Stay Opposition, and certain attached exhibits should also be sealed because Coinmint is using non-party Katena's confidential documents for improper purposes—namely, for private spite, to smear Katena's business and reputation, and to gain leverage in the separate arbitration.

16. In a misguided effort to obtain leverage over Katena in the separate arbitration, Coinmint filed this action, attaching non-party Katena's confidential documents, for the improper purpose of publicly smearing Katena's reputation. In doing so, Coinmint flagrantly and repeatedly breached a stipulated protective order that the arbitrators have found prohibited Coinmint's public disclosure of confidential discovery documents and deposition testimony. Coinmint should not be permitted to engage in this misconduct of requiring the publishing of nonparty Katena's sensitive internal business discussions to the public docket—for which the arbitrators have already determined that sanctions are warranted.

17. These documents—which consist of many private text message threads between Katena's executive employees—also pose a serious risk that they may be used for the improper purpose of harming Katena's reputation (and third-party employees' reputations and careers) in the bitcoin technology industry, and interfering with Katena's prospective business dealings and capital raising.

### E. The Parties' Protective Order in the Arbitration.

18. As outlined in more detail in the chart below, the Complaint, FAC, Stay Opposition, and certain attached exhibits should also be sealed because Coinmint's use of non-party Katena's documents in Coinmint's public filings violate the parties' protective order in the separate, pending arbitration.

19. The parties' protective order in the arbitration clearly states that neither party is permitted to reference or use the other party's confidential documents outside of the arbitration

-5-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

proceedings. Pursuant to that agreement, and with the understanding that Coinmint could not publicly publish Katena's documents, Katena produced documents to Coinmint. Coinmint has violated that protective order by attaching Katena's documents to its public court filings, and those files should be sealed.

20. If this motion is not granted, Coinmint's misconduct—in direct violation of the parties' protective order in the separate arbitration—effectively renders that provision of the protective order meaningless.

***

21. For the foregoing reasons, there are compelling reasons to seal the following portions of the exhibits attached to Coinmint's Complaint and FAC:

| *Document* | *Sealing Description* | *Basis for Sealing* |
|---|---|---|
| Exhibit 1 of Complaint & FAC | Redacted portions of Slide 2 and Slide 5 | Exhibit 1 is non-party Katena's confidential pitch deck to investors in 2021. The redacted portions of Slide 2 contain information regarding non-party Katena's long-term business strategies, profitability, financial projections through 2023. The redacted portions of Slide 5 contain information regarding Katena's proprietary technology, including a product roadmap and comparisons of Katena's products to competitors. This information is commercially sensitive and confidential. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006586–6589 | These text messages between two employees of non-party Katena concern confidential contract negotiations with prospective customers under NDA and Katena business strategy regarding such negotiations. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006590 | These text messages between two employees of non-party Katena concern confidential contract negotiations with a prospective customer under NDA. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on | These text messages between two employees of non-party Katena concern non-party Katena's |

-6-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

|  | KATENA006594 and 6595 | confidential recruitment efforts and personnel decisions. |
|---|---|---|
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006599 | These text messages between two employees of non-party Katena concern the confidential terms of a contract between Katena and its service provider, DxCorr. They have no relevance to the merits of the underlying claims. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006560 | These text messages between two employees of non-party Katena concern confidential negotiations under NDA with prospective investors and Katena's proprietary business strategy regarding such negotiations. |
| Exhibit 2 of Complaint & FAC | Highlighted screenshot of email on KATENA006604 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and the representative of a prospective customer under NDA and references the terms of a potential agreement. |
| Exhibit 2 of Complaint & FAC | Highlighted text message on KATENA006605 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing strategy. |
| Exhibit 2 of Complaint and FAC | Highlighted text messages on KATENA006607–6614 | These text messages between two employees of non-party Katena contain confidential discussions regarding contract negotiations and proprietary pricing strategy for a contract with a third party. |
| Exhibit 2 of Complaint and FAC | Highlighted text messages on KATENA006615–16 | These text messages between two employees of non-party Katena contain confidential information regarding Katena's finances. |
| Exhibit 2 of Complaint and FAC | Highlighted text messages on bottom of KATENA006616 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing strategy. |
| Exhibit 2 of Complaint and FAC | Highlighted messages on KATENA006619 | This text message between two employees of non-party Katena has been produced for the improper purpose of smearing non-party Katena's reputation and the reputations of the employees. This |

-7-

| | | information is not relevant to the merits of the case, rendering public interest low. |
|---|---|---|
| Exhibit 4 of Complaint and FAC | Highlighted text messages on KATENA007116 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing strategy. |
| Exhibit 4 of Complaint and FAC | Highlighted text messages on KATENA007117–7118 | These text messages between two employees of non-party Katena contain discussions regarding Katena's confidential financial information, including funds received from a third-party investor and quarterly revenue projections. These text messages also identify a potential investor. |
| Exhibit 4 of Complaint and FAC | Highlighted text message KATENA007120 | This text message between two employees of non-party Katena concerns confidential communications with a third-party supplier under NDA. |
| Exhibit 5 of Complaint and FAC | Highlighted text messages on KATEAN005889 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing for a contract with a third party. |
| Exhibit 5 of Complaint and FAC | Highlighted text messages on KATENA005891 | This text message between two employees of non-party Katena concern Katena's contract negotiations with a third party. |
| Exhibit 5 of Complaint and FAC | Highlighted text messages on KATENA005892–5893 | These text messages between two employees of non-party Katena concern Katena's confidential operations and payments of third-party business partners. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006195–006199 | These text messages between two employees of non-party Katena discuss confidential communications between Katena and prospective customers. The text messages also reveal Katena's strategy for contract negotiations with prospective customers. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006199–6200 | These text messages between the two employees of non-party Katena relates to a purely private matter. This information is not relevant to Coinmint's claims, and implicates the privacy rights of third parties. |

-8-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006200 | These text messages between two employees of non-party Katena concern Katena's confidential business strategies and plans, including discussions of Katena's strategic decisions regarding the structure of its equity offerings, and analysis of its impact on Katena's valuation. |
|---|---|---|
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006201 | This text message between two employees of non-party Katena concerns Katena's confidential communications with prospective customers. |
| Exhibit 6 of Complaint and FAC | Highlighted text message on KATENA006203–6204 | This text message between two employees of non-party Katena concerns Katena's confidential negotiations with a potential investor and potential customer. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006204–6206 | These text messages and screenshot sent between two employees of non-party Katena concern the confidential business strategy of a third-party business partner. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006208–6217 | These text messages between two employees of non-party Katena concern Katena's long-term and short-term business strategies for product development and delivery schedules, and Katena's business strategy for executing its contracts with customers. The text messages also discuss specific terms of Katena's contracts with customers, which constitute trade secret. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006217–6219 | These text messages between two employees of non-party Katena discuss Katena's confidential contract negotiations with a prospective customer, including the pricing term of the purchase order. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006219–6220 & KATENA006222–6223 | These text messages between two employees of non-party Katena concern Katena's long-term business strategies and prospective business dealings with third parties for energy efficiency. |

-9-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006221–6222 | These text messages include two screenshots of excerpts from a confidential communication between Katena and a prospective investor, which is covered by a NDA. These communications concern negotiations for investments into Katena. |
|---|---|---|
| Exhibit 7 of Complaint & FAC | Highlighted screenshot on KATENA006702 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and the representative of a prospective customer under NDA and references the terms of a potential agreement. |
| Exhibit 7 of Complaint & FAC | Highlighted text messages on KATENA006703–6707, KATENA006708–6711 | The text messages between two employees of non-party Katena concerns Katena's confidential contract negotiations with a prospective customer, the terms of that potential contract, Katena's analysis of those terms, and Katena's proprietary pricing strategy. |
| Exhibit 7 of Complaint & FAC | Highlighted text messages on KATENA006712–06716 | The text messages between two employees of non-party Katena discuss Katena's long-term and short-term business strategies for product development, projected revenues and profits, and company valuation. |
| Exhibit 7 of Complaint & FAC | Highlighted text messages on KATENA006717–6718 | The text messages between two employees of non-party Katena concern Katena's shipment of product to a third-party customer and the contract terms governing that transaction, including the price for delivery. |
| Exhibit 11 of Complaint & FAC | Highlighted text messages on KATENA006721–6722, KATENA006724, & KATENA006727–6728 | These text messages between two employees of non-party Katena contain information regarding Katena's contract negotiations with prospective customers, private conversations with third-party investors, and Katena's proprietary pricing strategy. These text messages also include a screenshot of an email, excerpting a confidential communication between Katena and a potential third-party investor. This communication was made under NDA. |

-10-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| Exhibit 11 of Complaint & FAC | Highlighted text messages on KATENA006726 | These text messages between two employees of non-party Katena include discussions of negotiations with prospective customers, and Katena's business operations, including nonpublic payment of third parties. |
|---|---|---|
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006736–6740 & KATENA006756 | These text messages between two employees of non-party Katena include Katena's negotiations and strategy toward prospective customers and investors. This information is covered by a NDA. The text messages also provide an employee's competitive business analysis of a competitor's pricing strategy. |
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006741 & KATENA006746–6749 | These text messages between two employees of non-party Katena concern Katena's non-public recruitment efforts and personnel decisions. |
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006742–006743 | These text messages between two employees of non-party Katena reveal Katena's business strategy for finances, and its negotiations with certain third-party investors. |
| Exhibit 12 of Complaint & FAC | Highlighted text message on KATENA006744 | This text message between the two employees of non-party Katena relates to a purely private matter. This information is not relevant to Coinmint's claims, and implicates the privacy rights of third parties. |
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006745–6746 & KATENA006750–6752 | These text messages between two employees of non-party Katena contain Katena's business strategy for securing potential investors. |
| Exhibit 13 of Complaint & FAC | Highlighted text messages on KATENA006418 | The text messages between two employees of non-party Katena concern Katena's finances and proposed business strategies for raising capital. The text messages also include information regarding Katena's nonpublic recruitment efforts, including confidential information relating to Katena's employment offerings and benefits. |

-11-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| Exhibit 13 of Complaint & FAC | Screenshot of email highlighted on KATENA006419 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and a potential third-party investor. This communication was made under NDA and references the terms of a potential agreement. |
|---|---|---|
| Exhibit 14 of Complaint & FAC | Highlighted text messages on KATENA005878–5881 | The text messages include discussions of Katena's confidential communications with potential customers and investors. The text messages expressly reference the parties' NDA and the terms of a potential agreement. |

\*\*\*

22.     Based on the foregoing reasons, there is good cause to seal the following portions of Coinmint's Stay Opposition and exhibits attached thereto:

| *Document* | *Sealing Description* | *Basis for Sealing* |
|---|---|---|
| Exhibit 2 of the Stay Opposition | Entirety | Exhibit 2 is an excerpt from a deposition of Michael Gao, an employee of Katena who is not a party in this action, in the arbitration. The excerpt contains discussions of Katena's highly sensitive and confidential product development, business plans, and go-to-market strategy. Specifically, the testimony includes discussions of Katena's partnership with third parties for the development of microchips.<br><br>This testimony is from the separate arbitration, which prohibits disclosure or use outside of the arbitration. |
| Exhibit 3 of Stay Opposition | Highlighted text messages on KATENA008167–8168 | These text messages between two employees of non-party Katena concern Katena's nonpublic recruiting efforts and personnel decisions, including hiring decisions. The text messages also contain information regarding the terms of Katena's contract with Coinmint. |

-12-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO
SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| | | |
|---|---|---|
| Exhibit 4 of Stay Opposition | Entirety | Exhibit 4 of the Opposition is a declaration of Michael Gao, which was filed in the separate arbitration between non-party Katena and Coinmint. The declaration contains nonpublic information regarding Katena's corporate structure and equity model, as well as confidential information regarding Katena's product development and schedule. The declaration also includes personnel decisions, including its hiring and firing of certain individuals.<br><br>This testimony is from the separate arbitration, which prohibits disclosure or use outside of the arbitration |
| Exhibit 5 of Stay Opposition | Highlighted text messages on KATENA005948–5949 | These text messages between two employees of non-party Katena concern Katena's proprietary pricing and the identifies of third parties. |
| Exhibit 5 of Stay Opposition | Highlighted text messages on KATENA005958–5959 | These text messages between two employees of non-party Katena are not relevant to the underlying claims, or the merits of Coinmint's Opposition to the motion to stay. These text messages, if disclosed, may be used for the improper purpose of harming Katena's reputation, or the reputations of the employees. Coinmint attached these text messages for the improper purpose of smearing Katena publicly. |
| Exhibit 6 of Stay Opposition | Highlighted text messages on KATENA007484 | These text messages between two employees of non-party Katena contain personally identifiable information, including the name and email address, of a third party. |
| Exhibit 6 of Stay Opposition | Highlighted text messages on KATENA007491–7492 | These text messages between two employees of non-party Katena contain discussions of purely private matters, which are not relevant to the merits of the motion to stay and implicate privacy rights of third parties. |
| Exhibit 6 of Stay Opposition | Highlighted screenshot of email on KATENA007493 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and the representative of a |

-13-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| | | prospective customer under NDA and references the terms of a potential agreement. |
|---|---|---|
| Exhibit 6 of Stay Opposition | Highlighted text messages on KATENA007496–7501 | These text messages between two employees on non-party Katena concern Katena's confidential business strategy for marketing Katena globally. The text messages also include discussions of Katena's personnel decisions in relation to its global marketing strategy. |
| Exhibit 8 of Stay Opposition | See above at Exhibit 2 of Complaint and FAC. | Exhibit 8 attached to Coinmint's Opposition, is the same document attached as Exhibit 2 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 9 of Stay Opposition | Highlighted text messages on KATENA008142 | This text message between two employees of non-party Katena reveals Katena's proprietary pricing strategy, which is trade secret. |
| Exhibit 9 of Stay Opposition | Highlighted text messages on KATENA008413 & KATENA008145 | This text message between two employees of non-party Katena discusses Katena's nonpublic recruitment efforts and personnel decisions regarding the hiring of a third party. |
| Exhibit 11 of Stay Opposition | Entirety | Exhibit 11 is an excerpt from the deposition of Henry Monzon from the arbitration between non-party Katena and Coinmint. The deposition testimony includes discussions of Katena's business plans for partnering with third parties to design and develop a microchip for its product. It also contains information regarding Katena's fundraising with investors.<br><br>This testimony is from the separate arbitration, which prohibits disclosure or use outside of the arbitration. |
| Exhibit 13 of Stay Opposition | See above at Exhibit 6 of Complaint and FAC. | Exhibit 13 attached to Coinmint's Opposition, is the same document attached as Exhibit 6 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this |

-14-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| | | |
|---|---|---|
| | | exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 15 of Stay Opposition | Highlighted text messages on KATENA005874 | These text messages between two employees of non-party Katena concern Katena's finances and the terms of capital received from third party investors. |
| Exhibit 17 of Stay Opposition | Highlighted text messages on KATENA006638 & KATENA006640 | The text messages between two employees of non-party Katena discusses Katena's contract negotiations with potential customers, and Katena's proprietary pricing strategy. This information is not relevant to the merits of the motion to stay. |
| Exhibit 17 of the Stay Opposition | Highlighted text messages on KATENA00641 & KATENA006645–6648 | These text messages between two employees of non-party Katena concern Katena's nonpublic recruitment efforts and personnel decisions. These text messages also include screenshots of a conversation with the party regarding Katena's confidential employment offerings. |
| Exhibit 17 of Stay Opposition | The text message highlighted on KATENA00643 | This text message between two employees of non-party Katena reveals Katena's proprietary pricing strategy, which is trade secret. |
| Exhibit 17 of Stay Opposition | Highlighted text messages on KATENA00644–0645 | These text messages between two employees of non-party Katena discuss Katena's finances, potential investors, and Katena's confidential business plans and analysis upon receipt of investment funds. This information regarding Katena's potential business operations is not otherwise public, and is not relevant to the merits of the motion to stay. |
| Exhibit 18 of Stay Opposition | Highlighted text messages on KATENA006700 | These text messages between two employees of non-party Katena concern Katena's nonpublic recruitment efforts and personnel decisions. The text messages also discuss the hiring of a third party for an engineering role. Katena's recruitment efforts are not relevant to the merits of the motion to stay. |
| Exhibit 19 of Stay Opposition | See above at Exhibit 14 of Complaint and FAC. | Exhibit 19 attached to Coinmint's Opposition, is the same document attached as Exhibit 14 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this |

-15-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

|  |  | exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
|---|---|---|
| Exhibit 20 of Stay Opposition | See above at Exhibit 11 of Complaint and FAC. | Exhibit 20 attached to Coinmint's Opposition, is the same document attached as Exhibit 11 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 21 of Stay Opposition | Highlighted emails on KATENA003842–3846 | The redacted emails in Exhibit 21 are emails between non-party Katena and a third-party investor. The emails concern Katena's finances, including its revenues from purchase orders, its profit projections, and its product development strategy. The redacted emails also contain confidential information regarding Katena's proprietary pricing strategy with third party customers. |
| Exhibit 22 of Stay Opposition | See above at Exhibit 12 of Complaint and FAC. | Exhibit 22 attached to Coinmint's Opposition, is the same document attached as Exhibit 12 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 23 of Stay Opposition | See above at Exhibit 13 of Complaint and FAC. | Exhibit 23 attached to Coinmint's Opposition, is the same document attached as Exhibit 13 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 24 of Stay Opposition | Highlighted text messages on KATENA006659 & KATENA006662–6664 | These text messages between two employees of Katena concern Katena's confidential negotiation strategies with third party investors, including the terms of the investment. Additionally, these text messages excerpt a confidential communication between Katena and a potential investor under a |

-16-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL

| | | NDA and references the terms of a potential investment. |
|---|---|---|
| Exhibit 24 of Stay Opposition | Highlighted text message on KATENA006660 | The text message between two employees of non-party Katena concerns Katena's recruitment efforts and personnel decisions regarding the interviewing and hiring of a third-party individual. This information is not relevant to the merits of the motion to stay. |
| Exhibit 27 of Opposition | See above at Exhibit 4 of Complaint and FAC. | Exhibit 27 attached to Coinmint's Opposition, is the same document attached as Exhibit 4 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 28 of Opposition | Entirety | Exhibit 28 is the Sales and Purchase Agreement between Coinmint and Katena. This contract was entered into under an NDA, and includes a confidentiality provision at Paragraph 11. The terms of the contract are commercially sensitive and constitute trade secret. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of May 2023, in Santa Fe, New Mexico.

/s/David D. Eaton
David D. Eaton

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

*/s/David P. Chiappetta*
David P. Chiappetta

-18-

3:23-CV-00599-RS
DECLARATION OF DAVID D. EATON ISO NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S MOTION TO SEAL CERTAIN CONFIDENTIAL BUSINESS MATERIALS FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL