**PERKINS COIE LLP**

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

John R. Hardin, *pro hac vice*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Jacob J. Taber, *pro hac vice*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

Attorneys for Nonparty Katena Computing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COINMINT, LLC,

Plaintiff,

v.

DX CORR DESIGN, INC., a California corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,

Defendants.

Case No. 3:23-cv-00599-RS

**[PROPOSED] ORDER GRANTING NON-PARTY KATENA COMPUTING TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

THIS MATTER came before the Court on Non-Party Katena Computing Technologies, Inc.'s Motion to File Documents Under Seal ("Motion"). Having considered the Motion, and all supporting documents, and being fully advised:

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Accordingly, the following portions of Plaintiff's Complaint, First Amended Complaint, and Coinmint, LLC's Opposition to Motion to Stay ("Stay Opposition"), and exhibits attached thereto, filed provisionally under seal, shall be sealed from the public record:

| ***Document*** | ***Sealing Description*** | ***Basis for Sealing*** |
|---|---|---|
| Exhibit 1 of Complaint & FAC | Redacted portions of Slide 2 and Slide 5 | Exhibit 1 is non-party Katena's confidential pitch deck to investors in 2021. The redacted portions of Slide 2 contain information regarding non-party Katena's long-term business strategies, profitability, financial projections through 2023. The redacted portions of Slide 5 contain information regarding Katena's proprietary technology, including a product roadmap and comparisons of Katena's products to competitors. This information is commercially sensitive and confidential. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006586–6589 | These text messages between two employees of non-party Katena concern confidential contract negotiations with prospective customers under NDA and Katena business strategy regarding such negotiations. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006590 | These text messages between two employees of non-party Katena concern confidential contract negotiations with a prospective customer under NDA. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006594 and 6595 | These text messages between two employees of non-party Katena concern non-party Katena's confidential recruitment efforts and personnel decisions. |

| | | |
|---|---|---|
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006599 | These text messages between two employees of non-party Katena concern the confidential terms of a contract between Katena and its service provider, DxCorr. They have no relevance to the merits of the underlying claims. |
| Exhibit 2 of Complaint & FAC | Highlighted text messages on KATENA006560 | These text messages between two employees of non-party Katena concern confidential negotiations under NDA with prospective investors and Katena's proprietary business strategy regarding such negotiations. |
| Exhibit 2 of Complaint & FAC | Highlighted screenshot of email on KATENA006604 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and the representative of a prospective customer under NDA and references the terms of a potential agreement. |
| Exhibit 2 of Complaint & FAC | Highlighted text message on KATENA006605 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing strategy. |
| Exhibit 2 of Complaint and FAC | Highlighted text messages on KATENA006607–6614 | These text messages between two employees of non-party Katena contain confidential discussions regarding contract negotiations and proprietary pricing strategy for a contract with a third party. |
| Exhibit 2 of Complaint and FAC | Highlighted text messages on KATENA006615–16 | These text messages between two employees of non-party Katena contain confidential information regarding Katena's finances. |
| Exhibit 2 of Complaint and FAC | Highlighted text messages on bottom of KATENA006616 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing strategy. |
| Exhibit 2 of Complaint and FAC | Highlighted messages on KATENA006619 | This text message between two employees of non-party Katena has been produced for the improper purpose of smearing non-party Katena's reputation and the reputations of the employees. This information is not relevant to the merits of the case, rendering public interest low. |

| | | |
|---|---|---|
| Exhibit 4 of Complaint and FAC | Highlighted text messages on KATENA007116 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing strategy. |
| Exhibit 4 of Complaint and FAC | Highlighted text messages on KATENA007117–7118 | These text messages between two employees of non-party Katena contain discussions regarding Katena's confidential financial information, including funds received from a third-party investor and quarterly revenue projections. These text messages also identify a potential investor. |
| Exhibit 4 of Complaint and FAC | Highlighted text message KATENA007120 | This text message between two employees of non-party Katena concerns confidential communications with a third-party supplier under NDA. |
| Exhibit 5 of Complaint and FAC | Highlighted text messages on KATEAN005889 | This text message between two employees of non-party Katena concerns Katena's confidential and proprietary pricing for a contract with a third party. |
| Exhibit 5 of Complaint and FAC | Highlighted text messages on KATENA005891 | This text message between two employees of non-party Katena concern Katena's contract negotiations with a third party. |
| Exhibit 5 of Complaint and FAC | Highlighted text messages on KATENA005892–5893 | These text messages between two employees of non-party Katena concern Katena's confidential operations and payments of third-party business partners. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006195–006199 | These text messages between two employees of non-party Katena discuss confidential communications between Katena and prospective customers. The text messages also reveal Katena's strategy for contract negotiations with prospective customers. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006199–6200 | These text messages between the two employees of non-party Katena relates to a purely private matter. This information is not relevant to Coinmint's claims, and implicates the privacy rights of third parties. |

| | | |
|---|---|---|
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006200 | These text messages between two employees of non-party Katena concern Katena's confidential business strategies and plans, including discussions of Katena's strategic decisions regarding the structure of its equity offerings, and analysis of its impact on Katena's valuation. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006201 | This text message between two employees of non-party Katena concerns Katena's confidential communications with prospective customers. |
| Exhibit 6 of Complaint and FAC | Highlighted text message on KATENA006203–6204 | This text message between two employees of non-party Katena concerns Katena's confidential negotiations with a potential investor and potential customer. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006204–6206 | These text messages and screenshot sent between two employees of non-party Katena concern the confidential business strategy of a third-party business partner. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006208–6217 | These text messages between two employees of non-party Katena concern Katena's long-term and short-term business strategies for product development and delivery schedules, and Katena's business strategy for executing its contracts with customers. The text messages also discuss specific terms of Katena's contracts with customers, which constitute trade secret. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006217–6219 | These text messages between two employees of non-party Katena discuss Katena's confidential contract negotiations with a prospective customer, including the pricing term of the purchase order. |
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006219–6220 & KATENA006222–6223 | These text messages between two employees of non-party Katena concern Katena's long-term business strategies and prospective business dealings with third parties for energy efficiency. |

| | | |
|---|---|---|
| Exhibit 6 of Complaint and FAC | Highlighted text messages on KATENA006221–6222 | These text messages include two screenshots of excerpts from a confidential communication between Katena and a prospective investor, which is covered by a NDA. These communications concern negotiations for investments into Katena. |
| Exhibit 7 of Complaint & FAC | Highlighted screenshot on KATENA006702 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and the representative of a prospective customer under NDA and references the terms of a potential agreement. |
| Exhibit 7 of Complaint & FAC | Highlighted text messages on KATENA006703–6707, KATENA006708–6711 | The text messages between two employees of non-party Katena concerns Katena's confidential contract negotiations with a prospective customer, the terms of that potential contract, Katena's analysis of those terms, and Katena's proprietary pricing strategy. |
| Exhibit 7 of Complaint & FAC | Highlighted text messages on KATENA006712–06716 | The text messages between two employees of non-party Katena discuss Katena's long-term and short-term business strategies for product development, projected revenues and profits, and company valuation. |
| Exhibit 7 of Complaint & FAC | Highlighted text messages on KATENA006717–6718 | The text messages between two employees of non-party Katena concern Katena's shipment of product to a third-party customer and the contract terms governing that transaction, including the price for delivery. |
| Exhibit 11 of Complaint & FAC | Highlighted text messages on KATENA006721–6722, KATENA006724, & KATENA006727–6728 | These text messages between two employees of non-party Katena contain information regarding Katena's contract negotiations with prospective customers, private conversations with third-party investors, and Katena's proprietary pricing strategy. These text messages also include a screenshot of an email, excerpting a confidential communication between Katena and a potential third-party investor. This communication was made under NDA. |

| | | |
|---|---|---|
| Exhibit 11 of Complaint & FAC | Highlighted text messages on KATENA006726 | These text messages between two employees of non-party Katena include discussions of negotiations with prospective customers, and Katena's business operations, including nonpublic payment of third parties. |
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006736–6740 & KATENA006756 | These text messages between two employees of non-party Katena include Katena's negotiations and strategy toward prospective customers and investors. This information is covered by a NDA. The text messages also provide an employee's competitive business analysis of a competitor's pricing strategy. |
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006741 & KATENA006746–6749 | These text messages between two employees of non-party Katena concern Katena's non-public recruitment efforts and personnel decisions. |
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006742–006743 | These text messages between two employees of non-party Katena reveal Katena's business strategy for finances, and its negotiations with certain third-party investors. |
| Exhibit 12 of Complaint & FAC | Highlighted text message on KATENA006744 | This text message between the two employees of non-party Katena relates to a purely private matter. This information is not relevant to Coinmint's claims, and implicates the privacy rights of third parties. |
| Exhibit 12 of Complaint & FAC | Highlighted text messages on KATENA006745–6746 & KATENA006750–6752 | These text messages between two employees of non-party Katena contain Katena's business strategy for securing potential investors. |
| Exhibit 13 of Complaint & FAC | Highlighted text messages on KATENA006418 | The text messages between two employees of non-party Katena concern Katena's finances and proposed business strategies for raising capital. The text messages also include information regarding Katena's nonpublic recruitment efforts, including confidential information relating to Katena's employment offerings and benefits. |

| | | |
|---|---|---|
| Exhibit 13 of Complaint & FAC | Screenshot of email highlighted on KATENA006419 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and a potential third-party investor. This communication was made under NDA and references the terms of a potential agreement. |
| Exhibit 14 of Complaint & FAC | Highlighted text messages on KATENA005878–5881 | The text messages include discussions of Katena's confidential communications with potential customers and investors. The text messages expressly reference the parties' NDA and the terms of a potential agreement. |

***

| ***Document*** | ***Sealing Description*** | ***Basis for Sealing*** |
|---|---|---|
| Exhibit 2 of the Stay Opposition | Entirety | Exhibit 2 is an excerpt from a deposition of Michael Gao, an employee of Katena who is not a party in this action, in the arbitration. The excerpt contains discussions of Katena's highly sensitive and confidential product development, business plans, and go-to-market strategy. Specifically, the testimony includes discussions of Katena's partnership with third parties for the development of microchips.<br><br>This testimony is from the separate arbitration, which prohibits disclosure or use outside of the arbitration. |
| Exhibit 3 of Stay Opposition | Highlighted text messages on KATENA008167–8168 | These text messages between two employees of non-party Katena concern Katena's nonpublic recruiting efforts and personnel decisions, including hiring decisions. The text messages also contain information regarding the terms of Katena's contract with Coinmint. |
| Exhibit 4 of Stay Opposition | Entirety | Exhibit 4 of the Opposition is a declaration of Michael Gao, which was filed in the separate arbitration between non-party Katena and Coinmint. The declaration contains nonpublic information regarding Katena's corporate structure and equity model, as well as confidential information regarding |

| | | |
|---|---|---|
| | | Katena's product development and schedule. The declaration also includes personnel decisions, including its hiring and firing of certain individuals.<br><br>This testimony is from the separate arbitration, which prohibits disclosure or use outside of the arbitration |
| Exhibit 5 of Stay Opposition | Highlighted text messages on KATENA005948–5949 | These text messages between two employees of non-party Katena concern Katena's proprietary pricing and the identifies of third parties. |
| Exhibit 5 of Stay Opposition | Highlighted text messages on KATENA005958–5959 | These text messages between two employees of non-party Katena are not relevant to the underlying claims, or the merits of Coinmint's Opposition to the motion to stay. These text messages, if disclosed, may be used for the improper purpose of harming Katena's reputation, or the reputations of the employees. Coinmint attached these text messages for the improper purpose of smearing Katena publicly. |
| Exhibit 6 of Stay Opposition | Highlighted text messages on KATENA007484 | These text messages between two employees of non-party Katena contain personally identifiable information, including the name and email address, of a third party. |
| Exhibit 6 of Stay Opposition | Highlighted text messages on KATENA007491–7492 | These text messages between two employees of non-party Katena contain discussions of purely private matters, which are not relevant to the merits of the motion to stay and implicate privacy rights of third parties. |
| Exhibit 6 of Stay Opposition | Highlighted screenshot of email on KATENA007493 | This screenshot of an email, which was sent as a text message between two employees of non-party Katena, excerpts a confidential communication between Katena and the representative of a prospective customer under NDA and references the terms of a potential agreement. |
| Exhibit 6 of Stay Opposition | Highlighted text messages on | These text messages between two employees on non-party Katena concern Katena's confidential business strategy for marketing Katena globally. |

| | | |
|---|---|---|
| | KATENA007496–7501 | The text messages also include discussions of Katena's personnel decisions in relation to its global marketing strategy. |
| Exhibit 8 of Stay Opposition | See above at Exhibit 2 of Complaint and FAC. | Exhibit 8 attached to Coinmint's Opposition, is the same document attached as Exhibit 2 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 9 of Stay Opposition | Highlighted text messages on KATENA008142 | This text message between two employees of non-party Katena reveals Katena's proprietary pricing strategy, which is trade secret. |
| Exhibit 9 of Stay Opposition | Highlighted text messages on KATENA008413 & KATENA008145 | This text message between two employees of non-party Katena discusses Katena's nonpublic recruitment efforts and personnel decisions regarding the hiring of a third party. |
| Exhibit 11 of Stay Opposition | Entirety | Exhibit 11 is an excerpt from the deposition of Henry Monzon from the arbitration between non-party Katena and Coinmint. The deposition testimony includes discussions of Katena's business plans for partnering with third parties to design and develop a microchip for its product. It also contains information regarding Katena's fundraising with investors.<br><br>This testimony is from the separate arbitration, which prohibits disclosure or use outside of the arbitration. |
| Exhibit 13 of Stay Opposition | See above at Exhibit 6 of Complaint and FAC. | Exhibit 13 attached to Coinmint's Opposition, is the same document attached as Exhibit 6 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |

| | | |
|---|---|---|
| Exhibit 15 of Stay Opposition | Highlighted text messages on KATENA005874 | These text messages between two employees of non-party Katena concern Katena's finances and the terms of capital received from third party investors. |
| Exhibit 17 of Stay Opposition | Highlighted text messages on KATENA006638 & KATENA006640 | The text messages between two employees of non-party Katena discusses Katena's contract negotiations with potential customers, and Katena's proprietary pricing strategy. This information is not relevant to the merits of the motion to stay. |
| Exhibit 17 of the Stay Opposition | Highlighted text messages on KATENA00641 & KATENA006645–6648 | These text messages between two employees of non-party Katena concern Katena's nonpublic recruitment efforts and personnel decisions. These text messages also include screenshots of a conversation with the party regarding Katena's confidential employment offerings. |
| Exhibit 17 of Stay Opposition | The text message highlighted on KATENA00643 | This text message between two employees of non-party Katena reveals Katena's proprietary pricing strategy, which is trade secret. |
| Exhibit 17 of Stay Opposition | Highlighted text messages on KATENA00644–0645 | These text messages between two employees of non-party Katena discuss Katena's finances, potential investors, and Katena's confidential business plans and analysis upon receipt of investment funds. This information regarding Katena's potential business operations is not otherwise public, and is not relevant to the merits of the motion to stay. |
| Exhibit 18 of Stay Opposition | Highlighted text messages on KATENA006700 | These text messages between two employees of non-party Katena concern Katena's nonpublic recruitment efforts and personnel decisions. The text messages also discuss the hiring of a third party for an engineering role. Katena's recruitment efforts are not relevant to the merits of the motion to stay. |
| Exhibit 19 of Stay Opposition | See above at Exhibit 14 of Complaint and FAC. | Exhibit 19 attached to Coinmint's Opposition, is the same document attached as Exhibit 14 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |

| | | |
|---|---|---|
| Exhibit 20 of Stay Opposition | See above at Exhibit 11 of Complaint and FAC. | Exhibit 20 attached to Coinmint's Opposition, is the same document attached as Exhibit 11 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 21 of Stay Opposition | Highlighted emails on KATENA003842–3846 | The redacted emails in Exhibit 21 are emails between non-party Katena and a third-party investor. The emails concern Katena's finances, including its revenues from purchase orders, its profit projections, and its product development strategy. The redacted emails also contain confidential information regarding Katena's proprietary pricing strategy with third party customers. |
| Exhibit 22 of Stay Opposition | See above at Exhibit 12 of Complaint and FAC. | Exhibit 22 attached to Coinmint's Opposition, is the same document attached as Exhibit 12 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 23 of Stay Opposition | See above at Exhibit 13 of Complaint and FAC. | Exhibit 23 attached to Coinmint's Opposition, is the same document attached as Exhibit 13 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 24 of Stay Opposition | Highlighted text messages on KATENA006659 & KATENA006662–6664 | These text messages between two employees of Katena concern Katena's confidential negotiation strategies with third party investors, including the terms of the investment. Additionally, these text messages excerpt a confidential communication between Katena and a potential investor under a NDA and references the terms of a potential investment. |

| | | |
|---|---|---|
| Exhibit 24 of Stay Opposition | Highlighted text message on KATENA006660 | The text message between two employees of non-party Katena concerns Katena's recruitment efforts and personnel decisions regarding the interviewing and hiring of a third-party individual. This information is not relevant to the merits of the motion to stay. |
| Exhibit 27 of Opposition | See above at Exhibit 4 of Complaint and FAC. | Exhibit 27 attached to Coinmint's Opposition, is the same document attached as Exhibit 4 to Coinmint's Complaint and FAC. Because compelling reasons exist to apply the narrowly tailored redactions to this exhibit, good cause necessarily is satisfied too. This exhibit should be redacted for the same reasons described above. |
| Exhibit 28 of Opposition | Entirety | Exhibit 28 is the Sales and Purchase Agreement between Coinmint and Katena. This contract was entered into under an NDA, and includes a confidentiality provision at Paragraph 11. The terms of the contract are commercially sensitive and constitute trade secret. |

DATED this day _____ of ______, 2023.

_______________________________
The Honorable Richard Seeborg
United States District Court Judge