**PERKINS COIE LLP**

David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

John R. Hardin, *pro hac vice*
JohnHardin@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Jacob J. Taber, *pro hac vice*
JTaber@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

Attorneys for Nonparty Katena Computing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00599-RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT SUBMISSION**<br><br>GRANTED<br>*/s/ Richard Seeborg*<br>Judge Richard Seeborg<br>Dated: 7/28/2023 |

On June 28, 2023, the Court entered an Order with respect to Katena Technologies, Inc.'s ("Katena") Administrative Motion to File Documents Under Seal [Doc. 41] in this case. Pursuant to the Court's Order, Plaintiff Coinmint, LLC ("Coinmint") and Katena were to confer and submit a joint submission on July 28, 2023.

The parties have been successful in their efforts to resolve a number of relevant issues. In hopes of resolving many, if not most of the remaining issues, Coinmint and Katena request that the Court grant an extension of one week (through August 4, 2023) to file the joint submission, so that they may continue to meet and confer.

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

DATED: July 28, 2023

s/ *David P. Chiappetta*
**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:  415.344.7000
**Attorneys for Nonparty**
**Katena Computing Technologies, Inc.**

s/ *Kevin Liu*
**GORDON REES SCULLY MANSUKHANI, LLP**
Kevin Liu, Bar No. 295287
kliu@grsm.com
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Attorneys for Plaintiff Coinmint, LLC