1   FLETCHER C. ALFORD  (SBN:  152314)
    falford@grsm.com
2   KEVIN LIU  (SBN:  295287)
    kliu@grsm.com
3   MYLES LANZONE (SBN: 257791)
    mlanzone@grsm.com
4   GORDON REES SCULLY MANSUKHANI, LLP
    275 Battery Street, Suite 2000
5   San Francisco, CA 94111
    Telephone:  (415) 986-5900
6   Facsimile:  (415) 986-8054

7   ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
    rlemus@grsm.com
8   GORDON REES SCULLY MANSUKHANI, LLP
    3D/International Tower
9   1900 West Loop South, Suite 1000
    Houston, TX 77027
10  Telephone:  (713) 490-4876

11  Attorneys for Plaintiff
    COINMINT, LLC

12

13              UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  COINMINT, LLC,                    CASE NO. 3:23-cv-00599-RS

17                  Plaintiff,        ORDER
                                      **JOINT SUBMISSION RE: ORDER**
18       vs.                          **REGARDING MOTIONS TO SEAL**

19  DX CORR DESIGN, INC., a California
    Corporation, SAGAR REDDY, an individual,
20  ROBERT BLECK, an individual, JIM
    DENAUT, an individual, FRANK KINNEY,
21  an individual, and DOES 1- 40, inclusive,

22                  Defendants.

23

24

25

26

27

28

---

**JOINT SUBMISSION RE: ORDER REGARDING MOTIONS TO SEAL**

                                              **Case No. 3:23-cv-00599-RS**

Pursuant to the Court's August 24, 2023 Order [ECF No. 47], attached are the final versions of the redacted exhibits, consistent with the Court's Order.

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: September 14, 2023                    GORDON REES SCULLY MANSUKHANI, LLP


                                             By:    */s/ Kevin Liu*
                                                    Fletcher C. Alford
                                                    Kevin Liu
                                                    Robert Lemus
                                                    Myles Lanzone
                                                    Attorneys for Plaintiff
                                                    Coinmint, LLC


Dated: September 14, 2023                    PERKINS COIE LLP


                                             By:    */s/ David P. Chiappetta*
                                                    **PERKINS COIE LLP**
                                                    David P. Chiappetta, Bar No. 172099
                                                    DChiappetta@perkinscoie.com
                                                    505 Howard Street, Suite 1000
                                                    San Francisco, California 94105
                                                    Telephone: 415.344.7000
                                                    **Attorneys for Nonparty Katena**
                                                    **Computing Technologies, Inc.**

**JOINT SUBMISSION RE: ORDER REGARDING MOTIONS TO SEAL**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

# COMPLAINT EXHIBIT 1



CONFIDENTIAL

KATENA005817

# Katena overview

## Leadership team



**Henry Monzon**
**CEO**

*25+ years
technology*

nocturne

▣ BITFURY

Qualcoʍʍ



**Sagar Reddy**
**CTO**

*25+ years
semiconductors*

dxcorr

MIPS


◈Sun



**Michael Gao**
**CSO**

*10 years deep-tech
entrepreneur*


Luminous
Computing

## At a Glance

- Founded in 2019
- Deliver next generation ASIC's for Bitcoin mining with significantly improved energy efficiency vs industry
- Superior Silicon Valley semiconductor engineering
- Dual business model with hardware sales and self-mining
- US-centric approach with strict regulation compliance
- 1st product by Sept 2021, flagship product by mid-2022

## Key Financial Metrics

2   Key Financial Metrics source: Katena financial plan based on BTC at $25K price


Katena

CONFIDENTIAL

KATENA005818

# Katena business overview

## Hardware Sales of Miners

✓ Most energy-efficient Bitcoin miner

✓ Better economics and supply access

✓ Path to solidify technology leadership position

✓ Improve value chain dynamics

8

## Self-mining operations

✓ Superior economics by mining our own hardware at cost

✓ Operate in western hemisphere countries

✓ Prioritize ESG in mining operation decisions

✓ Resilient model with less sensitivity to energy prices

 Katena

CONFIDENTIAL

KATENA005819

# The Katena Engineering Advantages



## Proprietary design tools

- Built over **20+ years of experience**
- **Automate** an extremely laborious process (100+ man-years saved)
- Enable **rapid prototyping** for optimized performance and faster time-to-market
- Enables production **capacity at every major foundry**



## R&D team expertise

- Deep **experience in custom circuits** design methodology (e.g. Samsung MRAM)
- **Expertise in highly complex** compute chip design (e.g. Intel Lakefield processor)
- Completed **60+ ASIC designs** and tape-outs, more than entire Bitcoin ASIC industry combined



## American engineering

- **15+ year track record** solving the most pressing challenges of Fortune 500 companies (Ex- Intel, Samsung, AMD)
- Unique ability to **recruit and retain top talent**
- U.S.-based IP (U.S. Patent-pending) U.S. leadership team, U.S. headquartered company and U.S. and Tier 1 markets for Katena Bitcoin mining sites

4

 Katena

CONFIDENTIAL

# Superior technology



*Product Roadmap*
*"Plan of Record"*

| | MicroBT M30S++ | BITMAIN Antminer S19J | K10 | K10s | K5 |
|---|---|---|---|---|---|
| **Process node** | 7nm | 5nm | | | |
| **Hash rate** | 112 TH/s | 90 TH/s | | | |
| **Energy Efficiency** | 31 J/TH | 34.5 J/TH | | | |

 **Fundamental re-design drives energy efficiency**  **Mature nodes offer better economics and supply access**  **Clear path to industry technology leadership**

5

 Katena

CONFIDENTIAL



CONFIDENTIAL

KATENA005822

COMPLAINT EXHIBIT 2

| Number of participants | 2 |
|---|---|
| Participants | ████ @s.whatsapp.net Michael<br>████ @s.whatsapp.net Henry (owner) |
| Number of messages | 244 |
| First message sent date/time | May 04, 2021 06:57:00 |
| Last message sent date/time | May 04, 2021 22:18:34 |



████ @s.whatsapp.net Henry — May 04, 2021 06:57:00

Michael never sent his feedback on sales agreement yesterday

████ @s.whatsapp.net Henry — May 04, 2021 07:02:25

I talked to him Wed last week about this, he must be busy or....

████ @s.whatsapp.net Henry — May 04, 2021 07:02:36

I talk to ████ this morning

████ @s.whatsapp.net Henry — May 04, 2021 07:02:43

They're now also interested in investing

████ @s.whatsapp.net Henry — May 04, 2021 07:32:20

I'm wondering if I should pull sales order option from ████ they're not moving fast enough my feeling is they're buying themselves time

KATENA006586

███████████ @s.whatsapp.net Henry     May 04, 2021 07:33:01

Maybe they don't have the urgency to procure machines right away, maybe they're waiting on something, maybe some other supplier to come thru first

███████████ @s.whatsapp.net Henry     May 04, 2021 07:33:49

At least ███████ has come thru starting wires

███████████ @s.whatsapp.net Henry     May 04, 2021 08:05:23

Putting pressure on ██████ for Pre order, using that card now...

███████████ @s.whatsapp.net Henry     May 04, 2021 08:05:36

Message to █████, my first contact;Hey man, sent note to █████ this morning, some things moving on my end...so wanted to give it to you straight. ;Unless things get moving within 48hrs- I'm going to assume ██████ is not in a rush to place a pre-order this week as I haven't gotten any feedback from you guys on timing-size of order confirmation-terms of what was offered. If so, I'm going to release capacity and we can continue convo'. ███████████████████████ capacity will be addressed but delivery time is always tricky. Let me know

███████████ @s.whatsapp.net Michael     May 04, 2021 09:08:44

With what $?

███████████ @s.whatsapp.net Henry     May 04, 2021 09:09:44

they're making intro's to a couple of their investors

CONFIDENTIAL     KATENA006587



@s.whatsapp.net Michael                    May 04, 2021 09:09:51

Oh great

@s.whatsapp.net Henry                      May 04, 2021 09:09:58

told them ▮ range

@s.whatsapp.net Michael                    May 04, 2021 09:10:00

That's actually maybe going to pan out

@s.whatsapp.net Henry                      May 04, 2021 09:10:32

yeah

@s.whatsapp.net Henry                      May 04, 2021 09:10:45

if we land anywhere in the ▮ range, we'll have good upside

@s.whatsapp.net Michael                    May 04, 2021 09:11:21

Your feeling still that ▮ will come thru soon?

@s.whatsapp.net Michael                    May 04, 2021 09:11:42

They seemed pretty bought in last week



██████ @s.whatsapp.net Michael     May 04, 2021 09:11:51

Tech call went well…

██████ @s.whatsapp.net Michael     May 04, 2021 09:12:09

I can't figure out why the stall, except for maybe ██████

██████ @s.whatsapp.net Michael     May 04, 2021 09:12:21

Looking back, that's the same reason ██ probably was slow

██████ @s.whatsapp.net Henry     May 04, 2021 09:13:29

yeah ██ told me if Katena- ██ deal falls thru, it's on ██

██████ @s.whatsapp.net Henry     May 04, 2021 09:14:19

they should at least counter, ██ that is

██████ @s.whatsapp.net Michael     May 04, 2021 09:16:05

Yeah

██████ @s.whatsapp.net Michael     May 04, 2021 09:16:08

True

▮▮▮▮ @s.whatsapp.net Michael                    May 04, 2021 09:16:21

Given tech went well, what else can they wait for, right?

▮▮▮▮ @s.whatsapp.net Michael                    May 04, 2021 09:16:37

If I remember correctly their rigs committee is yesterday

▮▮▮▮ @s.whatsapp.net Michael                    May 04, 2021 09:16:44

So probably they talked capacity then

▮▮▮▮ @s.whatsapp.net Michael                    May 04, 2021 09:17:41

Btw to fomo these guys more

▮▮▮▮ @s.whatsapp.net Michael                    May 04, 2021 09:17:55

You can always remind them, you have JP Morgan engaged to do private placement

▮▮▮▮ @s.whatsapp.net Michael                    May 04, 2021 09:18:07

And if that $ comes through you can threaten to take all capacity yourself

▮▮▮▮ @s.whatsapp.net Michael                    May 04, 2021 09:18:13

(this is more for Coinmint)

▮▮▮▮ @s.whatsapp.net Henry                    May 04, 2021 09:18:55

yeah i also like the tone around

CONFIDENTIAL

KATENA006590



@s.whatsapp.net Henry — May 04, 2021 09:19:01

maybe katena will go more vertical

@s.whatsapp.net Henry — May 04, 2021 09:19:10

and limit sales

@s.whatsapp.net Henry — May 04, 2021 09:19:17

i think i'll start passing this message out

@s.whatsapp.net Michael — May 04, 2021 09:19:23

You should ping Maloney, JPM now engaged

@s.whatsapp.net Michael — May 04, 2021 09:19:24

Yeah

@s.whatsapp.net Henry — May 04, 2021 09:19:37

signals the market confidence on our own tech

@s.whatsapp.net Henry — May 04, 2021 09:19:44

yeah pinged him already this am

KATENA006591



@s.whatsapp.net Henry — May 04, 2021 09:20:26

yeah dude, let's open up the round

@s.whatsapp.net Henry — May 04, 2021 09:20:29

JP runs process

@s.whatsapp.net Henry — May 04, 2021 09:20:40

i'll negotiate a lower fee for those we bring in

@s.whatsapp.net Henry — May 04, 2021 09:21:01

let's get that fucking data room and deck sanitized, compliance by JP, and we're in front of investors

@whatsapp.net Henry — May 04, 2021 09:30:55

**Attorney Client**

@s.whatsapp.net Michael — May 04, 2021 09:33:51

Btw if Maloney tells the truth in his resume

@s.whatsapp.net Michael — May 04, 2021 09:34:03

He has MFN status with Bitmain and MicroBT



@s.whatsapp.net Michael — May 04, 2021 09:34:15

Meaning, he knows $45/th prices etc

@s.whatsapp.net Henry — May 04, 2021 09:34:37

MFN?

@s.whatsapp.net Michael — May 04, 2021 09:34:38

Not only that but he gets those prices

@s.whatsapp.net Michael — May 04, 2021 09:34:43

Most favored nation

@s.whatsapp.net Henry — May 04, 2021 09:34:50

Oh shit

KATENA006593



Look.

Coinmint all these guys are just playing us

The only world where this would be different is if Maloney really wants the job



@s.whatsapp.net Henry — May 04, 2021 09:37:29

ha1

@s.whatsapp.net Henry — May 04, 2021 09:37:33

da f

@s.whatsapp.net Henry — May 04, 2021 09:37:47

i do think he wants the job

@s.whatsapp.net Michael — May 04, 2021 09:38:57

Hmm.. Then where's the urgency

@s.whatsapp.net Michael — May 04, 2021 09:39:16

If this is how he will act on the job, broken leg every day

@s.whatsapp.net Michael — May 04, 2021 09:39:18

Haha

@s.whatsapp.net Henry — May 04, 2021 09:39:59

hahaha

KATENA006595



@s.whatsapp.net Henry — May 04, 2021 09:40:08

yeah right...

@s.whatsapp.net Henry — May 04, 2021 09:40:18

why can't everyone as fast as we do

@s.whatsapp.net Henry — May 04, 2021 09:40:21

i don't get it

@s.whatsapp.net Michael — May 04, 2021 09:40:34

I think they are fast

@s.whatsapp.net Michael — May 04, 2021 09:40:41

They are quickly negotiating counter deals with Bitmain

@s.whatsapp.net Henry — May 04, 2021 09:40:41

hey i need org chart for sagar's team in asic eng

@s.whatsapp.net Michael — May 04, 2021 09:40:42

Haha

KATENA006596



CONFIDENTIAL

KATENA006597



CONFIDENTIAL

KATENA006598



CONFIDENTIAL
KATENA006599



CONFIDENTIAL

KATENA006600



CONFIDENTIAL

KATENA006601



CONFIDENTIAL

KATENA006602



CONFIDENTIAL



CONFIDENTIAL

KATENA006604

CONFIDENTIAL

KATENA006605



CONFIDENTIAL
KATENA006606



**@s.whatsapp.net Michael** — May 04, 2021 11:20:52

Why would *████* be able to bring in this much $$..

**@s.whatsapp.net Michael** — May 04, 2021 11:21:13

And besides this is a China deal. They will probably go with ████ in the end..

**@s.whatsapp.net Michael** — May 04, 2021 11:21:26

I have some skepticism, these guys will go ask the factory stuff etc

**@s.whatsapp.net Michael** — May 04, 2021 11:21:37

They'll want to see a China office, China staff etc

**@s.whatsapp.net Henry** — May 04, 2021 11:23:44

No idea

**@s.whatsapp.net Henry** — May 04, 2021 11:48:48

Yeah dude I'm thinking the same

**@s.whatsapp.net Henry** — May 04, 2021 11:49:07

Why would ████ have an 'in' without usual due diligence



@s.whatsapp.net Henry                    May 04, 2021 11:49:17

Beyond just seeing TSMC contract

@s.whatsapp.net Michael                  May 04, 2021 11:54:43

Too good to be true

@s.whatsapp.net Henry                    May 04, 2021 11:59:49

now

@s.whatsapp.net Henry                    May 04, 2021 11:59:51

Tech

@s.whatsapp.net Henry                    May 04, 2021 12:12:28

is the CEO

@s.whatsapp.net Henry                    May 04, 2021 12:12:43

s the MIT guy

@s.whatsapp.net Henry                    May 04, 2021 12:13:06

And CTO



CONFIDENTIAL



**CONFIDENTIAL****KATENA006610**



CONFIDENTIAL

KATENA006611



CONFIDENTIAL

KATENA006612



CONFIDENTIAL



CONFIDENTIAL
KATENA006614



**CONFIDENTIAL**

██████ @s.whatsapp.net Michael                        May 04, 2021 14:25:33

But if we can assume more, then that is great

██████ @s.whatsapp.net Henry                        May 04, 2021 14:25:45

We should not assume ██████

██████ @s.whatsapp.net Michael                        May 04, 2021 14:58:30

Interesting call with Mike from Coinmint

System Message System Message                        May 04, 2021 14:58:42

Missed Voice Call

██████ @s.whatsapp.net Michael                        May 04, 2021 14:58:46

He tells me the fowling

██████ @s.whatsapp.net Michael                        May 04, 2021 14:58:47

Following

██████ @s.whatsapp.net Michael                        May 04, 2021 14:59:03

CEO is signed off on $60/th, $100m order

                                              KATENA006616

@s.whatsapp.net Michael                    May 04, 2021 14:59:10

They have cash in hadn to pay down payment

@s.whatsapp.net Michael                    May 04, 2021 14:59:19

CEO has already been briefed on Katena

@s.whatsapp.net Michael                    May 04, 2021 14:59:33

They want US to recommend them a tech due diligence firm, he will just say he found them hims
elf

@s.whatsapp.net Michael                    May 04, 2021 14:59:57

Tuesday next week they'd meet to confirm Katena order or not

@s.whatsapp.net Michael                    May 04, 2021 15:00:10

Lock PO by Thursday next week

@s.whatsapp.net Michael                    May 04, 2021 15:00:31

"Why is it so slow?" I ask, he tells me they literally had a leadership shakeup, new CEO etc

@s.whatsapp.net Michael                    May 04, 2021 15:00:43

New CEO already signed off on Katena but they were navigating that for past two weeks

@s.whatsapp.net Michael                    May 04, 2021 15:00:48

hats also why legal delay

███████ @s.whatsapp.net Michael — May 04, 2021 15:01:11

Their best quote on Bitmain hardware is $70/tyg

███████ s.whatsapp.net Michael — May 04, 2021 15:01:12

Th

███████ @s.whatsapp.net Michael — May 04, 2021 15:01:14

For q4

███████ @s.whatsapp.net Michael — May 04, 2021 15:01:26

preferred nation is fake news, he just put that on resume

███████ @s.whatsapp.net Michael — May 04, 2021 15:01:29

Doesn't mean much

███████ @s.whatsapp.net Michael — May 04, 2021 15:03:46

Call me sometimes

███████ @s.whatsapp.net Michael — May 04, 2021 15:03:47

Sometimes

███████ @s.whatsapp.net Michael — May 04, 2021 15:03:49

Sometime*

KATENA006618

@s.whatsapp.net Henry — May 04, 2021 15:29:10

Ok good, So who do we think

@s.whatsapp.net Henry — May 04, 2021 15:29:21

One of Sagar's bitch engineers

@s.whatsapp.net Henry — May 04, 2021 15:29:24

Lol

@s.whatsapp.net Henry — May 04, 2021 15:32:24

What's the risk at this point, besides tech dd

@s.whatsapp.net Henry — May 04, 2021 16:06:57

Sagar calling some people he knows to identify tech dd consultant

@s.whatsapp.net Henry — May 04, 2021 16:07:03

3 people

@s.whatsapp.net Henry — May 04, 2021 16:07:35

So conversion rate needs to be 1 of 3 to work out

KATENA006619



@s.whatsapp.net Henry                    May 04, 2021 16:07:37

Not bad



@s.whatsapp.net Michael                  May 04, 2021 17:12:51

Attorney Client

@s.whatsapp.net Michael                  May 04, 2021 17:13:06

I need to send this out tonight for China for 24hr signature

@s.whatsapp.net Henry                    May 04, 2021 17:58:28

I'll bump him

@s.whatsapp.net Henry                    May 04, 2021 18:15:45

https://twitter.com/francissuarez/status/1389747493114687492?s=24



s.whatsapp.net Henry                     May 04, 2021 18:55:26

Attorney Client

s.whatsapp.net Henry                     May 04, 2021 18:55:28

See email


@s.whatsapp.net Henry                          May 04, 2021 18:55:31

Let's get China on it

@s.whatsapp.net Michael                         May 04, 2021 20:26:35

Already sent to Edwin to get James on it

@s.whatsapp.net Michael                         May 04, 2021 22:16:40

Is Sagar on this tech dd thing?

@s.whatsapp.net Henry                          May 04, 2021 22:16:54

He said he called 3 people

@s.whatsapp.net Henry                          May 04, 2021 22:17:00

Did u talk to him tonight?

@s.whatsapp.net Michael                         May 04, 2021 22:17:03

They all said no?

@s.whatsapp.net Henry                          May 04, 2021 22:17:03

He gets confused

███████████ @s.whatsapp.net Henry          May 04, 2021 22:17:16

He's worried about people knowing about it

███████████ @s.whatsapp.net Michael          May 04, 2021 22:17:19

Now he says he still had yet to call and it's 2 people now..

███████████ @s.whatsapp.net Henry          May 04, 2021 22:17:19

Or some bullshit

███████████ @s.whatsapp.net Henry          May 04, 2021 22:17:27

Told him it would all be confidential

███████████ @s.whatsapp.net Henry          May 04, 2021 22:17:56

We need to move on this , fuck;This is the way to Coinmint

███████████ @s.whatsapp.net Michael          May 04, 2021 22:18:15

Maloney has walked it to the finish line for us

███████████ @s.whatsapp.net Michael          May 04, 2021 22:18:22

This is the easiest possible dd process

CONFIDENTIAL                                                      KATENA006623



KATENA006624

COMPLAINT EXHIBIT 4

| Number of participants | 2 |
|---|---|
| Participants | @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner) |
| Number of messages | 39 |
| First message sent date/time | May 09, 2021 16:22:12 |
| Last message sent date/time | May 09, 2021 20:55:54 |



**@s.whatsapp.net Michael**  May 09, 2021 16:22:12

Just called Mike and got him to agree to NO escrow, btw

**@s.whatsapp.net Michael**  May 09, 2021 16:22:20

NONE

**@s.whatsapp.net Michael**  May 09, 2021 16:22:35

Also, shipping EXW, so no shipping liability to us

**@s.whatsapp.net Michael**  May 09, 2021 16:22:39

Got that taken out

**System Message System Message**  May 09, 2021 16:23:11

Missed Voice Call

**@s.whatsapp.net Henry**  May 09, 2021 16:25:22

Will this need to go to CEO legal etc committee I wonder

CONFIDENTIAL
KATENA007115

**█████████ @s.whatsapp.net Henry**   May 09, 2021 16:25:29

Or can Maloney pull it

**█████████ @s.whatsapp.net Michael**   May 09, 2021 16:25:32

Obviously it will

**█████████ @s.whatsapp.net Michael**   May 09, 2021 20:02:22

You should see if you can up the order with Maloney maybe

**█████████ @s.whatsapp.net Michael**   May 09, 2021 20:02:39

I didn't know how to do it without seeming desperate in that moment, but we could've probably bumped up to $150-200m

**█████████ @s.whatsapp.net Henry**   May 09, 2021 20:03:15

I'll explore it, first want to get all t's and c's done , legal etc

**█████████ @s.whatsapp.net Henry**   May 09, 2021 20:03:48

We need financials with all of 2021 Pre orders to be Rev recognized in 2022.

**█████████ @s.whatsapp.net Michael**   May 09, 2021 20:04:08

My thought.. After tech dd we can do it

@s.whatsapp.net Henry — May 09, 2021 20:04:10

@s.whatsapp.net Michael — May 09, 2021 20:04:23

We should tell Sagar to somehow get Bleck to be super enthusiastic

@s.whatsapp.net Henry — May 09, 2021 20:05:11

@s.whatsapp.net Henry — May 09, 2021 20:05:50

Did u talk to Sagar about it?

@s.whatsapp.net Michael — May 09, 2021 20:06:08

I will

@s.whatsapp.net Michael — May 09, 2021 20:06:19

Sagar is so incredibly bad at sales

@s.whatsapp.net Michael — May 09, 2021 20:06:35

After big PO signed we need to immediately go back to ████████, ask for real capacity

KATENA007117



@s.whatsapp.net Henry — May 09, 2021 20:06:56

Sagar needs to wow this guy

@s.whatsapp.net Henry — May 09, 2021 20:07:08

I mean this will be the easiest tech dd in history

@s.whatsapp.net Henry — May 09, 2021 20:07:40

Agree.

@s.whatsapp.net Henry — May 09, 2021 20:08:43

Heads up, [redacted] tech dd call being scheduled :;9 am, 10:30 am or 11 am pst , mon - wed

@s.whatsapp.net Michael — May 09, 2021 20:09:13

Do we have a name for the guy

@s.whatsapp.net Michael — May 09, 2021 20:09:14

@s.whatsapp.net Henry — May 09, 2021 20:09:14

One of these time slots

CONFIDENTIAL



CONFIDENTIAL

KATENA007119



CONFIDENTIAL

KATENA007120

COMPLAINT EXHIBIT 5

| | |
|---|---|
| Number of participants | 3 |
| Participants | @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner)<br>@s.whatsapp.net Reddy Sagar |
| Number of messages | 35 |
| First message sent date/time | May 13, 2021 07:26:52 |
| Last message sent date/time | May 13, 2021 23:48:03 |



**@s.whatsapp.net Henry** — May 13, 2021 07:26:52

Coinmint:;Only hiccup we have is getting the engineer report - we have a verbal confirmation yesterday from Bleck. I'm moving that across fast

**@s.whatsapp.net Henry** — May 13, 2021 07:36:35

🚫 You deleted this message

**@s.whatsapp.net Henry** — May 13, 2021 07:38:39

@14088367113 can you touch base with Blake this morning and just check in where he's at, I don't want these guys to have excuses not to sign. Docusign has literally already gone out for signatures....(it's now a $150M purchase order)



**@s.whatsapp.net Reddy Sagar** — May 13, 2021 09:21:29

Tried to call him, he didn't pick. Will keep trying

**@s.whatsapp.net Henry** — May 13, 2021 11:42:48

Coinmint signed 💪

█████ @s.whatsapp.net Henry     May 13, 2021 11:43:10

Wire is next, Robert is putting together a deck with overview of his results / assessment

█████ @s.whatsapp.net Reddy
Sagar     May 13, 2021 11:43:14

See attachment: Video\347es9f2-e7b9-4242-b8cf-caabe30f9a0d.mp4

█████ @s.whatsapp.net Henry     May 13, 2021 11:43:14

For Coinmint

█████ @s.whatsapp.net Henry     May 13, 2021 11:43:32

@14088367113 you still need to review what he will present

█████ @s.whatsapp.net Reddy
Sagar     May 13, 2021 11:43:47

Yes of course

█████ @s.whatsapp.net Henry     May 13, 2021 11:43:51

Because if something weird is there, then it could compromise wire

KATENA005890

**@s.whatsapp.net Henry** — May 13, 2021 11:44:12

Which is expected within 3 business days of contract, so by Tuesday next week wire should come in

**@s.whatsapp.net Reddy** — May 13, 2021 11:44:13

Sagar

He will not send it without my approval. Got text from him that he is in meetings till midday. SO will sync up after that

**@s.whatsapp.net Henry** — May 13, 2021 11:44:19

👍

**@s.whatsapp.net Henry** — May 13, 2021 11:44:48

There's more.. ;Just got off the phone with ▮▮▮▮▮, they asked until Monday midnight (deadline) to conduct due diligence on us

**@s.whatsapp.net Reddy** — May 13, 2021 11:45:06

Sagar

Cool

**@s.whatsapp.net Henry** — May 13, 2021 11:45:08

Expect a 2 hr call between now and Monday. All of us will need to be there

KATENA005891

CONFIDENTIAL

KATENA005892



@s.whatsapp.net Henry — May 13, 2021 17:34:15

Nirmalya doesn't answer on other group chat

@s.whatsapp.net Reddy
Sagar — May 13, 2021 19:29:29

Hold on. I know he is gone till night time today.

@s.whatsapp.net Reddy
Sagar — May 13, 2021 19:29:48

My expectation should be in a week mostly.

@s.whatsapp.net Henry — May 13, 2021 19:33:47

Kk

@s.whatsapp.net Henry — May 13, 2021 19:34:32

btw did u connect with Robert or not yet

@s.whatsapp.net Reddy
Sagar — May 13, 2021 19:39:46

Yes. He texted saying that he will have something for me tonight

@s.whatsapp.net Henry — May 13, 2021 19:55:31

Nice

KATENA005893



COMPLAINT EXHIBIT 6

| | |
|---|---|
| Number of participants | 2 |
| Participants | ███ @s.whatsapp.net Michael<br>███ @s.whatsapp.net Henry (owner) |
| Number of messages | 182 |
| First message sent date/time | May 13, 2021 07:34:45 |
| Last message sent date/time | May 13, 2021 23:01:17 |



███ @s.whatsapp.net Henry          May 13, 2021 07:34:45

We will

███ @s.whatsapp.net Henry          May 13, 2021 09:02:34

was it ███ you talk to you yesterday?



███ @s.whatsapp.net Michael          May 13, 2021 09:02:48



███ @s.whatsapp.net Henry          May 13, 2021 09:06:34

I have a call one I mention here later today



███ @s.whatsapp.net Henry          May 13, 2021 09:06:39

+ their M&A President

███ @s.whatsapp.net Michael          May 13, 2021 09:07:00

Btw what's up with Maloney? Just waiting for this stupid report?

CONFIDENTIAL



@s.whatsapp.net Henry — May 13, 2021 09:07:09

dude i guess.... ?

@s.whatsapp.net Michael — May 13, 2021 09:07:15

damn..

@s.whatsapp.net Michael — May 13, 2021 09:07:19

We didn't hear about this last night

@s.whatsapp.net Henry — May 13, 2021 09:07:31

I can ring him at 11 am pst, unless you can sooner

@s.whatsapp.net Michael — May 13, 2021 09:07:32

You better call ▮ to add some urgency

@s.whatsapp.net Henry — May 13, 2021 09:07:44

yeah but we don't want to sound desperate either

@s.whatsapp.net Michael — May 13, 2021 09:07:55

Yeah

KATENA006196

███████ @s.whatsapp.net Michael                May 13, 2021 09:08:06

Seems like price didn't move them

███████ @s.whatsapp.net Michael                May 13, 2021 09:09:46

Should I call or wait?

███████ @s.whatsapp.net Henry                May 13, 2021 09:11:25

call him and talk about a different topic, say hedge funds, crypto trading, etc. then indicate, all is at risk until agreement is signed + wire in

███████ @s.whatsapp.net Michael                May 13, 2021 09:11:47

That's super transparent lol

███████ @s.whatsapp.net Michael                May 13, 2021 09:11:52

Everyone knows what that calls about

███████ @s.whatsapp.net Henry                May 13, 2021 09:13:05

yeah true

███████ @s.whatsapp.net Henry                May 13, 2021 09:13:49

let's wait a couple hours…. what we can do Michael is have Sagar understand where Blake's at. seems they got verbal OK but waiting on written report

█████ @s.whatsapp.net Michael      May 13, 2021 09:14:11

Deadline is 2p because I guess that they probably aren't in the office after that

█████ @s.whatsapp.net Henry      May 13, 2021 09:14:41

it could also have to do with Maloney playing games (now back to you Bitmain, what can you do for me), or simply other internal procedures, moving money, process for approvals bs, etc.

█████ @s.whatsapp.net Michael      May 13, 2021 09:14:45

Let's start moving the ball forward at noon

█████ @s.whatsapp.net Henry      May 13, 2021 09:14:53

yeah agree

█████ @s.whatsapp.net Henry      May 13, 2021 09:15:03

at least i want to see Chairman opening the damn Docusign

█████ @s.whatsapp.net Henry      May 13, 2021 09:15:11

i'll call ██ this morning

█████ @s.whatsapp.net Henry      May 13, 2021 09:23:35

talking to ████ team shortly, supposedly they got good news re ███

KATENA006198

@s.whatsapp.net Henry                    May 13, 2021 09:56:28

sent this note 'private' to Maloney

@s.whatsapp.net Henry                    May 13, 2021 09:56:29

Hey Michael, between us and in good faith, I'm going to assume this deal and terms are done at t
his stage while you work signatures (today I presume). any changes at this late stage would not
be well received on our side as I've carved this volume out for you guys, at the expense of other
serious asks...I'm sure you can appreciate that

@s.whatsapp.net Michael                  May 13, 2021 09:57:13

Good note

@s.whatsapp.net Henry                    May 13, 2021 09:59:36

plays into his credibility/reputation on the line here, which in good faith we are being cool in con
sideration of his eventual on boarding with us etc

@s.whatsapp.net Henry                    May 13, 2021 09:59:46

he will get the undertone from it

@s.whatsapp.net Henry                    May 13, 2021 10:11:08



CONFIDENTIAL

KATENA006200



CONFIDENTIAL

KATENA006201



CONFIDENTIAL



**CONFIDENTIAL**

**KATENA006203**



CONFIDENTIAL



CONFIDENTIAL

KATENA006205

CONFIDENTIAL

KATENA006206



@s.whatsapp.net Henry — May 13, 2021 20:42:57

Yeah tomorrow early

@s.whatsapp.net Michael — May 13, 2021 20:43:09

Btw PR with Coinmint a possibility?

@s.whatsapp.net Henry — May 13, 2021 20:43:17

But do we want that?

@s.whatsapp.net Michael — May 13, 2021 20:43:24

Not sure

@s.whatsapp.net Henry — May 13, 2021 20:43:25

It will draw a ton of attention

@s.whatsapp.net Michael — May 13, 2021 20:43:33

Could help the fundraise

@s.whatsapp.net Michael — May 13, 2021 20:43:40

Not entirely sure

KATENA006207

███████ @s.whatsapp.net Michael — May 13, 2021 20:43:55

Yes/no we have to decide before Maloney joins us

███████ s.whatsapp.net Henry — May 13, 2021 20:43:56

They'll see agreements

███████ @s.whatsapp.net Henry — May 13, 2021 20:43:59

Investors

███████ @s.whatsapp.net Michael — May 13, 2021 20:44:04

True

███████ @s.whatsapp.net Henry — May 13, 2021 20:44:24

I'll build a direct bridge to CEO and Chairman next

███████ @s.whatsapp.net Henry — May 13, 2021 20:44:40

Bitmain is nasty as f dude

███████ @s.whatsapp.net Henry — May 13, 2021 20:44:48

They'll come after James and China team for sure

CONFIDENTIAL



KATENA006209



**CONFIDENTIAL**



CONFIDENTIAL



CONFIDENTIAL
KATENA006212



KATENA006213



CONFIDENTIAL



**pp.net Henry** — May 13, 2021 20:51:46

It definitely won't be easy to get other deals like Coinmint

**@s.whatsapp.net Michael** — May 13, 2021 20:51:57

True

**s.whatsapp.net Henry** — May 13, 2021 20:51:58

Don't expect that

**@s.whatsapp.net Henry** — May 13, 2021 20:52:01

It won't happen

**@s.whatsapp.net Michael** — May 13, 2021 20:52:07

What do you think will do

**@s.whatsapp.net Henry** — May 13, 2021 20:52:11

It's due to Maloney because of deal in the works for him

**s.whatsapp.net Michael** — May 13, 2021 20:52:20

Yeah, sweetheart deal

KATENA006215



██████ @s.whatsapp.net Henry — May 13, 2021 20:52:23

They'll negotiate hard

██████ @s.whatsapp.net Michael — May 13, 2021 20:52:25

Maybe we offer a job to CFO ██

██████ @s.whatsapp.net Michael — May 13, 2021 20:52:31

;)

██████ @s.whatsapp.net Henry — May 13, 2021 20:52:33

Lol

██████ @s.whatsapp.net Henry — May 13, 2021 20:52:55

CFO ██ is old school and slow

██████ @s.whatsapp.net Henry — May 13, 2021 20:52:58

Nothing like Maloney

██████ @s.whatsapp.net Henry — May 13, 2021 20:53:01

We don't want him

KATENA006216



@s.whatsapp.net Henry — May 13, 2021 20:53:12

But I get your point :)

@s.whatsapp.net Henry — May 13, 2021 20:53:37

Btw- expect to wrap up JPM engagement letter tomorrow

@s.whatsapp.net Henry — May 13, 2021 20:53:54

Been negotiating with Pankaj and Perkins will be drafting term sheet for us already by early next week

@s.whatsapp.net Henry — May 13, 2021 20:55:25

We're not quite out the woods yet btw, we need to get that Coinmint wire

@s.whatsapp.net Michael — May 13, 2021 20:57:11

I know, need Bleck report soon

@s.whatsapp.net Henry — May 13, 2021 20:57:33

called me

@s.whatsapp.net Henry — May 13, 2021 20:57:45

They got approval to negotiate ▮ initial order for Katena

KATENA006217

@s.whatsapp.net Henry      May 13, 2021 20:57:52

We have a call tomorrow

@s.whatsapp.net Henry      May 13, 2021 20:58:33

I told CEO we signed/locked $150M order, he was like "WOW, hope you can give us allocation for our small order"

@s.whatsapp.net Henry      May 13, 2021 20:59:15

I can use Coinmint PO 'in confidence ' to sales fomo others, don't need PR for that either

@s.whatsapp.net Michael      May 13, 2021 20:59:56

Lol

@s.whatsapp.net Michael      May 13, 2021 21:00:09

Now everyone will beg

@s.whatsapp.net Henry      May 13, 2021 21:00:15

Soluna btw has a ton of hydro energy source

@s.whatsapp.net Michael      May 13, 2021 21:00:20

Whoa



CONFIDENTIAL

KATENA006219



CONFIDENTIAL

KATENA006220



CONFIDENTIAL KATENA006221



CONFIDENTIAL

KATENA006222



CONFIDENTIAL

KATENA006223

COMPLAINT EXHIBIT 7

| Number of participants | 2 |
|---|---|
| Participants | ██████ @s.whatsapp.net Michael<br>██████ @s.whatsapp.net Henry (owner) |
| Number of messages | 128 |
| First message sent date/time | May 08, 2021 07:41:53 |
| Last message sent date/time | May 08, 2021 22:15:38 |



██████ @s.whatsapp.net Henry                    May 08, 2021 07:41:53

BTC at $59K!

██████ @s.whatsapp.net Henry                    May 08, 2021 07:48:06

Nothing from Maloney btw

██████ @s.whatsapp.net Henry                    May 08, 2021 08:29:44

Signal

██████ @s.whatsapp.net Henry                    May 08, 2021 11:14:09

Got Maloney's write up

██████ @s.whatsapp.net Henry                    May 08, 2021 11:14:11

On it

CONFIDENTIAL

KATENA006701





Hi Michael,,Re PO-;Request, can we split initial 25% deposit, 50/50 between 1-escrow, and 2-Katena direct payment. ;Regards,;Henry

Sent to Maloney

KATENA006702



**████████@s.whatsapp.net Henry**          May 08, 2021 17:28:22

If 100% will be in escrow, we get zero money until after Sept

**████████@s.whatsapp.net Henry**          May 08, 2021 17:28:28

working unit showcase

**████████@s.whatsapp.net Henry**          May 08, 2021 17:28:40

We want some $ directly into Katena

**████████@s.whatsapp.net Henry**          May 08, 2021 17:28:46

Was this discussed at all?

**████████@s.whatsapp.net Michael**          May 08, 2021 17:42:22

I NEVER discussed escrow with him.

**████████@s.whatsapp.net Michael**          May 08, 2021 17:43:43

treated it as a bad word after the ████████ discussion

**████████@s.whatsapp.net Henry**          May 08, 2021 17:43:59

Ok I'm pushing back

CONFIDENTIAL                                                          KATENA006703

██████████ @s.whatsapp.net **Michael**                    **May 08, 2021 17:44:00**

So I think this request is coming organically from him

██████████ @s.whatsapp.net **Henry**                    **May 08, 2021 17:44:20**

Hi Michael,;Re PO-;Request, can we split initial 25% deposit, 50/50 between 1-escrow, and 2-Katena direct payment. ;Regards,;Henry

██████████ whatsapp.net **Henry**                    **May 08, 2021 17:44:28**

Let's see what he says to this

██████████ @s.whatsapp.net **Henry**                    **May 08, 2021 17:44:40**

That puts $12.5M into Katena directly

██████████ @s.whatsapp.net **Michael**                    **May 08, 2021 17:44:42**

You should just be like, wafer PO actually needs to be paid for

██████████ @s.whatsapp.net **Henry**                    **May 08, 2021 17:44:53**

Yeah

██████████ @s.whatsapp.net **Henry**                    **May 08, 2021 17:45:01**

I'll use wafer capacity card

██████████ @s.whatsapp.net Michael      May 08, 2021 18:00:04

Wow Mike even put clauses in our favor into the document

██████████ @s.whatsapp.net Michael      May 08, 2021 18:00:08

He must really wanna be hired

██████████ @s.whatsapp.net Henry      May 08, 2021 18:03:12

We're going to have this signed one way or another. But this escrow thing fucks us up, when JP a
nd investors review our documentation this is a clear out

██████████ @s.whatsapp.net Henry      May 08, 2021 18:03:49

██████████████ don't have this, so while they're smaller deposits for now, at least it'
s actual deposits coming in. Binding. All in.

██████████ @s.whatsapp.net Michael      May 08, 2021 18:03:52

Agree that no escrow obviously fucks us up

██████████ @s.whatsapp.net Michael      May 08, 2021 18:04:03

*escrow

██████████ @s.whatsapp.net Michael      May 08, 2021 18:04:10

I don't know where he got the impression we would eat this



@s.whatsapp.net Michael — May 08, 2021 18:04:28

You know this could be Coinmint + ███ collusion

@s.whatsapp.net Henry — May 08, 2021 18:04:37

Shit , maybe

@s.whatsapp.net Michael — May 08, 2021 18:04:50

That's what they would do..

@s.whatsapp.net Henry — May 08, 2021 18:05:00

@s.whatsapp.net Michael — May 08, 2021 18:05:42

You should give that to Mike too

@s.whatsapp.net Michael — May 08, 2021 18:05:50

See if that gets him off the ledge

@s.whatsapp.net Henry — May 08, 2021 18:06:38

I'm ok to do that, but let's see what he says first of my 50% no escrow or 25% deposit

KATENA006706

**@s.whatsapp.net Michael**　　　May 08, 2021 18:06:45

I could actually bring up to Mike, hey look, escrow would make your orders delivered q2 instead so do you really want that

**@s.whatsapp.net Henry**　　　May 08, 2021 18:06:58

Ideally he just gets it thru, I mean why tech dd the ?

**@s.whatsapp.net Henry**　　　May 08, 2021 18:07:01

Then?

**@s.whatsapp.net Michael**　　　May 08, 2021 18:07:02

(Haven't said an thing yet to him)

**@s.whatsapp.net Michael**　　　May 08, 2021 18:07:14

Yeah what's the point, as long as working machine..

**@s.whatsapp.net Michael**　　　May 08, 2021 18:07:26

We can lock working machine pre order with any number of people

**@s.whatsapp.net Henry**　　　May 08, 2021 18:07:37

Yeah why lock in price now even, for all of 2022, if we can't see any $ until working unit showcase

CONFIDENTIAL

@s.whatsapp.net Henry                          May 08, 2021 18:08:00

Might as well lock orders with a stronger negotiating position once we have working units

@s.whatsapp.net Henry                          May 08, 2021 18:08:14

The whole point for Pre orders now is get $ in

@s.whatsapp.net Michael                        May 08, 2021 18:09:00

Yeah

@s.whatsapp.net Michael                        May 08, 2021 18:09:07

He may just be negotiating..

@s.whatsapp.net Michael                        May 08, 2021 18:09:40

Let's see what he says back

@s.whatsapp.net Michael                        May 08, 2021 18:09:45

No urgency really till Monday

@s.whatsapp.net Henry                          May 08, 2021 18:10:02

Yep

CONFIDENTIAL

█████ @s.whatsapp.net Michael          May 08, 2021 18:10:11

On other hand this might be why he's willing to do $60/th

█████ @s.whatsapp.net Michael          May 08, 2021 18:10:17

Because he's incurring no risk

█████ @s.whatsapp.net Michael          May 08, 2021 18:10:29

The only risk is opportunity cost if we don't manage to produce

█████ @s.whatsapp.net Henry          May 08, 2021 18:10:43

This will be big if we can get it thru;$ in;Big order;Big name

█████ @s.whatsapp.net Michael          May 08, 2021 18:11:06

Even if he only does escrow we should still do press

█████ @s.whatsapp.net Henry          May 08, 2021 18:11:09

We could offer some equity in Katena to Coinmint

█████ @s.whatsapp.net Michael          May 08, 2021 18:11:18

Let's not be desperate dude

CONFIDENTIAL



**@s.whatsapp.net Michael** — May 08, 2021 18:11:29

First we must mention, many others are doing down payments without escrow..

**@s.whatsapp.net Michael** — May 08, 2021 18:11:46

Perhaps investing at the same time as ordering

**s.whatsapp.net Henry** — May 08, 2021 18:11:53

Yeah our angle on "others" is we have demand abroad as well

**@s.whatsapp.net Michael** — May 08, 2021 18:11:56

PP allocation

**@s.whatsapp.net Michael** — May 08, 2021 18:12:11

They can do $10m there, will go up substantially if this works

**@s.whatsapp.net Henry** — May 08, 2021 18:12:11

Yep actually I've already mentioned this to Maloney

**@s.whatsapp.net Michael** — May 08, 2021 18:12:19

What'd he say

**█████████s.whatsapp.net Henry** — May 08, 2021 18:12:23

Open to it

**█████████s.whatsapp.net Michael** — May 08, 2021 18:12:47

One alternative

**█████████s.whatsapp.net Henry** — May 08, 2021 18:12:51

Just not pushing it, as I don't want to be sharing customer agreements to customers coming in now / that we want in, as it will expose us

**█████████s.whatsapp.net Michael** — May 08, 2021 18:12:59

He invests additional money up front, we use that to actually do wafer order

**█████████s.whatsapp.net Henry** — May 08, 2021 18:13:02

As part of data room due dil

**█████████s.whatsapp.net Michael** — May 08, 2021 18:13:17

$12.5m investment, that pays for wafers.. Then later, $100m order *on top*

**█████████s.whatsapp.net Michael** — May 08, 2021 18:13:19

Separate them

KATENA006711



█████████ @s.whatsapp.net Michael          May 08, 2021 18:13:29

But they're part of the same deal, so he actually needs to give money up front

█████████ @s.whatsapp.net Henry          May 08, 2021 18:13:31

We need sakes

█████████ s.whatsapp.net Henry          May 08, 2021 18:13:34

Sales

█████████ @s.whatsapp.net Henry          May 08, 2021 18:13:38

Or our valuation will be weak

█████████ @s.whatsapp.net Michael          May 08, 2021 18:13:44

True

█████████ @s.whatsapp.net Michael          May 08, 2021 18:13:54

Sales will push valuation beyond $█

█████████ @s.whatsapp.net Michael          May 08, 2021 18:14:03

EBITDA for this year will be over $█

KATENA006712

**█████████@s.whatsapp.net Henry** — May 08, 2021 18:14:09

No sales no big order, we have an uphill battle

**█████████@s.whatsapp.net Henry** — May 08, 2021 18:14:26

Sales before Equity option, for Customers

**█████████@s.whatsapp.net Michael** — May 08, 2021 18:14:31

Maybe there's a world where contingent orders with money down is all we can do

**█████████@s.whatsapp.net Michael** — May 08, 2021 18:14:43

Then we raise on money down in escrow

**█████████@s.whatsapp.net Michael** — May 08, 2021 18:14:45

Or something

**█████████@s.whatsapp.net Michael** — May 08, 2021 18:15:12

What I meant by this, he would still put $25m into escrow and cannot cancel it

**█████████@s.whatsapp.net Michael** — May 08, 2021 18:15:32

And he would have to put additional $75m to unlock any commitment, but escrow gets released in any case

KATENA006713



██████████ @s.whatsapp.net Michael     May 08, 2021 18:15:49

This should still count towards EBITDA

██████████ @s.whatsapp.net Michael     May 08, 2021 18:15:55

Because it is estimated EBITDA for the year

██████████ @s.whatsapp.net Henry     May 08, 2021 18:16:21

No it's not, first Rev needs to be recognized, that's when we deliver. This year we can only book what we deliver this year

██████████ @s.whatsapp.net Henry     May 08, 2021 18:16:34

when we deliver product

██████████ @s.whatsapp.net Michael     May 08, 2021 18:16:36

Fuck

██████████ @s.whatsapp.net Michael     May 08, 2021 18:16:42

████████████

19195909909@s.whatsapp.net Michael     May 08, 2021 18:16:48

████████

[REDACTED]s.whatsapp.net Henry — May 08, 2021 18:16:48

so start talking more like Year 1

[REDACTED]@s.whatsapp.net Michael — May 08, 2021 18:17:15

Maybe we can shift FY beginning and end, creative accounting

[REDACTED]@s.whatsapp.net Henry — May 08, 2021 18:17:16

And $100 Pre orders/Sales, to be recognized as we deliver product

[REDACTED]@s.whatsapp.net Henry — May 08, 2021 18:17:27

Yeah don't worry about this

[REDACTED]@s.whatsapp.net Henry — May 08, 2021 18:17:41

Just talk in terms of big Pre orders with deposits

[REDACTED]@s.whatsapp.net Henry — May 08, 2021 18:17:46

But we need to land them

[REDACTED]@s.whatsapp.net Henry — May 08, 2021 18:20:02

On financials, we need to make some changes re this I think. I'll talk to Jeremy tomorrow

KATENA006715



@s.whatsapp.net Michael      May 08, 2021 18:21:26

You gonna call Maloney about escrow issue?

@s.whatsapp.net Henry      May 08, 2021 18:21:41

Sent him email back

@s.whatsapp.net Michael      May 08, 2021 18:21:45

It is a bit of a showstopper

@s.whatsapp.net Michael      May 08, 2021 18:21:46

Ok

@s.whatsapp.net Michael      May 08, 2021 18:21:50

In that case wait for Monday

@s.whatsapp.net Henry      May 08, 2021 18:21:51

Will wait until Monday

@s.whatsapp.net Henry      May 08, 2021 18:21:53

Deposits (whether refundable or non-refundable) and early or pre-payments should not be recognized as revenue until the revenue-producing event has occurred.

@s.whatsapp.net Henry — May 08, 2021 18:22:08

This is the rule

@s.whatsapp.net Michael — May 08, 2021 18:23:12

When's Gaurav getting this shit back to you btw

@s.whatsapp.net Michael — May 08, 2021 18:23:33

And do you wanna accept liability for shipment in reality? What're we gonna do about that

@s.whatsapp.net Michael — May 08, 2021 18:23:40

Is there shipping insurance?

@s.whatsapp.net Henry — May 08, 2021 18:28:07

Monday

@s.whatsapp.net Henry — May 08, 2021 18:34:08

No, they own it, we can offer shipping services who have insurance

@s.whatsapp.net Henry — May 08, 2021 18:34:40

They pick up, they pay for shipping co fees, and they shipping co has insurance

KATENA006717



███ @s.whatsapp.net Michael — May 08, 2021 19:08:19

Seems like Mike Maloney is super hardline on this. But makes sense

███ @s.whatsapp.net Michael — May 08, 2021 19:08:30

Is this how ███ did its contracts?

███ @s.whatsapp.net Michael — May 08, 2021 19:08:34

Precedent etc

███ @s.whatsapp.net Henry — May 08, 2021 19:13:19

What's he hard line about exactly, what did he tell you on this specific point

███ @s.whatsapp.net Henry — May 08, 2021 19:13:35

I've already talked to him about it;As in $60/Th excludes delivery costs



███ @s.whatsapp.net Michael — May 08, 2021 19:14:05

You should specify EXW then

███ @s.whatsapp.net Michael — May 08, 2021 19:14:19

Not FOB, which makes shipping our obligation but then what about insurance

KATENA006718

**█████████@s.whatsapp.net Michael**   May 08, 2021 19:14:39

just reading tone of comments

**█████████@s.whatsapp.net Henry**   May 08, 2021 19:35:40

FOB DEFINITION | SHIPPING TERMS OF SALE. FOB, Free On Board, is a transportation term that indicates that the price for goods includes delivery at the Seller's expense to a specified point and no further.

**█████████@s.whatsapp.net Henry**   May 08, 2021 19:35:50

Specified point is a warehouse in HK

**█████████@s.whatsapp.net Henry**   May 08, 2021 19:36:41

But Michael has some good insights, so I'll chat with him about it

**█████████@s.whatsapp.net Henry**   May 08, 2021 20:32:27

James is working the problem

**█████████@s.whatsapp.net Michael**   May 08, 2021 22:04:27

?

**█████████@s.whatsapp.net Michael**   May 08, 2021 22:04:32

Which problem

KATENA006719

███████ @s.whatsapp.net Henry                    May 08, 2021 22:15:38

Export

CONFIDENTIAL                                                 KATENA006720

# COMPLAINT EXHIBIT 11

| Number of participants | 2 |
| Participants | ████ @s.whatsapp.net Michael<br>████ @s.whatsapp.net Henry (owner) |
| Number of messages | 47 |
| First message sent date/time | June 10, 2021 09:55:20 |
| Last message sent date/time | June 10, 2021 23:32:17 |



████ @s.whatsapp.net Michael      June 10, 2021 09:55:20

Fyi

████ @s.whatsapp.net Michael      June 10, 2021 09:55:27

Maloney on track to wire tomorrow

████ @s.whatsapp.net Michael      June 10, 2021 09:55:32

Trying to get something across finish line today

████ @s.whatsapp.net Michael      June 10, 2021 09:55:44

Settlement involved lowering price on part of order, but not whole

████ @s.whatsapp.net Michael      June 10, 2021 09:55:52

$43.3/th in the lowered part

████ @s.whatsapp.net Michael      June 10, 2021 09:55:56

He's gonna email me soon

KATENA006721



@s.whatsapp.net Michael — June 10, 2021 09:56:00

With the actual proposal

@s.whatsapp.net Michael — June 10, 2021 09:56:34

Maloney is willing to send the money without contract revisions

@s.whatsapp.net Michael — June 10, 2021 09:56:46

Just an email written acknowledgment of new terms nad acceptance

@s.whatsapp.net Henry — June 10, 2021 09:57:10

This is a good faith sign

@s.whatsapp.net Henry — June 10, 2021 09:57:27

Because for raise we can play it as part of total original agreement

@s.whatsapp.net Michael — June 10, 2021 09:57:28

Yup

@s.whatsapp.net Michael — June 10, 2021 09:57:38

That's right

CONFIDENTIAL

KATENA006722



@s.whatsapp.net Henry                    June 10, 2021 09:57:40

If there's no contract amendments

@s.whatsapp.net Michael                  June 10, 2021 09:57:49

I drove that hard with him

@s.whatsapp.net Michael                  June 10, 2021 09:57:57

Originally he wanted to redline

@s.whatsapp.net Michael                  June 10, 2021 09:57:59

Lol

@s.whatsapp.net Henry                    June 10, 2021 09:58:03

Hahaha

@s.whatsapp.net Henry                    June 10, 2021 09:58:11

The finish line is wire in

@s.whatsapp.net Henry                    June 10, 2021 09:58:17

He's got our wire instructions already

CONFIDENTIAL                                                    KATENA006723



@s.whatsapp.net Henry — June 10, 2021 09:58:30

So what's final terms exactly

@s.whatsapp.net Henry — June 10, 2021 09:59:04

We lowered what part, $7 5M only at $43.3/Th?

@s.whatsapp.net Michael — June 10, 2021 09:59:21

No, $7.5m and first $50m payment at $60/th

@s.whatsapp.net Michael — June 10, 2021 09:59:33

Actually let's wait for him to send written offer

@s.whatsapp.net Henry — June 10, 2021 09:59:39

Kk

@s.whatsapp.net Michael — June 10, 2021 09:59:40

He's going to do that soon

@s.whatsapp.net Henry — June 10, 2021 09:59:52

On standby if you need anything

KATENA006724



█████ @s.whatsapp.net Michael          June 10, 2021 10:00:02

Got it

█████ @s.whatsapp.net Michael          June 10, 2021 10:00:09

If I need to call you for Maloney, can I wake you up

█████ @s.whatsapp.net Henry          June 10, 2021 10:00:19

Yeah I'm here

█████ @s.whatsapp.net Henry          June 10, 2021 10:00:26

It's 9 pm here

█████ @s.whatsapp.net Henry          June 10, 2021 10:00:32

I'll keep phone on

█████ @s.whatsapp.net Henry          June 10, 2021 11:21:56

Crashing woke up at 5 am, Keeping phone on , But I trust you; Get wire in

█████ @s.whatsapp.net Michael          June 10, 2021 17:25:33

Have something tentatively with Coinmint

CONFIDENTIAL
KATENA006725

███████ @s.whatsapp.net Michael                June 10, 2021 17:25:39

Still trying to get wire tomorrow

███████ @s.whatsapp.net Michael                June 10, 2021 17:25:56

Phone with Maloney all day

███████ @s.whatsapp.net Michael                June 10, 2021 17:44:03

███████████████████████████████████████████████

███████ @s.whatsapp.net Michael                June 10, 2021 17:55:55

Fyi managed to get an early payment *bonus* from Coinmint, I think

███████ @s.whatsapp.net Michael                June 10, 2021 17:56:03

early delivery*

███████ @s.whatsapp.net Michael                June 10, 2021 17:56:19

If we deliver May units in January for example, we get 36% additional on top of their price..



CONFIDENTIAL

KATENA006727



CONFIDENTIAL

COMPLAINT EXHIBIT 12

| Number of participants | 2 |
|---|---|
| Participants | ████████ @s.whatsapp.net Michael<br>████████ @s.whatsapp.net Henry (owner) |
| Number of messages | 138 |
| First message sent date/time | June 28, 2021 07:56:40 |
| Last message sent date/time | June 28, 2021 23:39:03 |



**████████ @s.whatsapp.net Henry**   June 28, 2021 07:56:40

Let's get ████████ this morning; We don't need to oversell; The first partner is already fomo 'ing I'm sensing



**████████ @s.whatsapp.net Michael**   June 28, 2021 08:10:02

Awesome

**████████ @s.whatsapp.net Michael**   June 28, 2021 08:10:12

I'm ready to close some deals $$$



**████████ @s.whatsapp.net Henry**   June 28, 2021 08:10:53

Fuck yeah

**████████ @s.whatsapp.net Henry**   June 28, 2021 10:01:56

Getting on call with ████████ contact

CONFIDENTIAL

KATENA006736



CONFIDENTIAL



CONFIDENTIAL

KATENA006738



CONFIDENTIAL
KATENA006739



KATENA006740



**█████████ @s.whatsapp.net Henry** — June 28, 2021 11:11:01

Next calls should be with portfolio lead

**████████████ ls.whatsapp.net Michael** — June 28, 2021 11:11:05

Ok

**█████████████ .whatsapp.net Henry** — June 28, 2021 11:11:05

Supposedly

**██████████ @s.whatsapp.net Henry** — June 28, 2021 11:11:15

████████

**███████████ ls.whatsapp.net Henry** — June 28, 2021 11:11:23

███████ was it I think

**█████████ @s.whatsapp.net Henry** — June 28, 2021 11:11:46

Do I give Maloney an offer ?

**██████████ @s.whatsapp.net Henry** — June 28, 2021 11:12:03

What about ███████████ ? Who lines me up with ██████████ ?

KATENA006741



███████ @s.whatsapp.net Michael — June 28, 2021 11:48:38

Maloney -- we gotta get in touch..

███████ @s.whatsapp.net Michael — June 28, 2021 11:48:44

███ lines you up yes

███████ @s.whatsapp.net Michael — June 28, 2021 11:58:16

Dude if ███████ does financing..

███████ @s.whatsapp.net Michael — June 28, 2021 11:58:24

That would be very interesting. WE Can keep more of the upside



███████ @s.whatsapp.net Henry — June 28, 2021 11:58:33

Holy shit

███████ @s.whatsapp.net Henry — June 28, 2021 11:58:39

We got $7.5M from Coinmint

███████ @s.whatsapp.net Henry — June 28, 2021 11:58:52

👏 👏 👏

KATENA006742





CONFIDENTIAL

KATENA006744



CONFIDENTIAL



@s.whatsapp.net Michael — June 28, 2021 13:23:41

Btw fomoing

@s.whatsapp.net Michael — June 28, 2021 13:23:42

Really hard

@s.whatsapp.net Michael — June 28, 2021 13:23:52

They ping me when I don't respond now

@s.whatsapp.net Michael — June 28, 2021 13:23:57

So we set up a call this week

@s.whatsapp.net Henry — June 28, 2021 13:26:01

@s.whatsapp.net Michael — June 28, 2021 13:27:59

Let's talk to Maloney today

@s.whatsapp.net Henry — June 28, 2021 13:28:13

Ok what time should we call him

CONFIDENTIAL



@s.whatsapp.net Henry                          June 28, 2021 13:28:20

do we want ti offer him anything



@s.whatsapp.net Michael                        June 28, 2021 13:28:23

Let me try that now

@s.whatsapp.net Michael                        June 28, 2021 13:28:26

Oh



@s.whatsapp.net Henry                          June 28, 2021 13:28:33

he may be expecting it

@s.whatsapp.net Henry                          June 28, 2021 13:28:42

job offer I mean



@s.whatsapp.net Michael                        June 28, 2021 13:28:52

I think its a longer conversation.. Is he ready to work hard etc

@s.whatsapp.net Michael                        June 28, 2021 13:28:56

When he just went through this shit



@s.whatsapp.net Michael — June 28, 2021 13:29:06

In May, different story..

@s.whatsapp.net Henry — June 28, 2021 13:29:07

mmm

@s.whatsapp.net Michael — June 28, 2021 13:29:17

Let's do group call, try him now

@s.whatsapp.net Henry — June 28, 2021 13:29:23

what do we want to get out convo

@s.whatsapp.net Michael — June 28, 2021 13:29:34

Who is point of contact next

@s.whatsapp.net Michael — June 28, 2021 13:29:42

What are our plans for fundraise customer ref

@s.whatsapp.net Michael — June 28, 2021 13:29:46

What is payment schedule

KATENA006748



@s.whatsapp.net Henry | June 28, 2021 13:29:47

let's not assume he's leaving until he brings it up

@s.whatsapp.net Michael | June 28, 2021 13:29:50

Whether he is coming etc

@s.whatsapp.net Henry | June 28, 2021 13:29:56

yeah ok

@s.whatsapp.net Michael | June 28, 2021 13:30:00

Let's try him

@s.whatsapp.net Henry | June 28, 2021 13:30:11

u call everyone ?

System Message System Message | June 28, 2021 13:30:22

Missed group Voice Call

@s.whatsapp.net Michael | June 28, 2021 13:30:30

He declined

CONFIDENTIAL



s.whatsapp.net Henry — June 28, 2021 13:30:37

fucker

@s.whatsapp.net Henry — June 28, 2021 13:30:43

he's probably busy

@s.whatsapp.net Henry — June 28, 2021 13:30:47

We try him later

@s.whatsapp.net Henry — June 28, 2021 13:31:09

I want a deal with ███████ ;Let's give them today then we get on call again tomorrow

@s.whatsapp.net Henry — June 28, 2021 13:31:15

Build momentum and close on something

@s.whatsapp.net Michael — June 28, 2021 13:31:17

Yeah

@s.whatsapp.net Henry — June 28, 2021 13:31:27

and financing

KATENA006750



CONFIDENTIAL

KATENA006751

██████ @s.whatsapp.net Henry                     June 28, 2021 16:54:23

Hey I've decided I'm sending you a bonus $100K for Company milestone, first $7.5M wire

██████ @s.whatsapp.net Henry                     June 28, 2021 16:54:43

In payroll btw

██████ @s.whatsapp.net Michael                   June 28, 2021 17:03:34

Thanks man!

██████ @s.whatsapp.net Michael                   June 28, 2021 17:03:43

Really appreciate it

██████ @s.whatsapp.net Michael                   June 28, 2021 17:03:46

Will keep hustling hard

██████ @s.whatsapp.net Henry                     June 28, 2021 17:04:02

yeah let's get more sales

██████ @s.whatsapp.net Michael                   June 28, 2021 17:14:17

How are the financials looking :)



@s.whatsapp.net Henry — June 28, 2021 17:19:38

better soon I hope

@s.whatsapp.net Henry — June 28, 2021 17:19:46

check gusto email

@s.whatsapp.net Henry — June 28, 2021 17:19:53

payroll

@s.whatsapp.net Henry — June 28, 2021 17:20:21

Speed up your hiring workflow by connecting an ATS

Connect an applicant tracking system to pull new hire information directly into Gusto when you onboard an employee or contractor.

New people

| Name | Start | Status |
| --- | --- | --- |
| Henry Monzon | Jun 1 | Complete — All tasks complete |
| Zijing Gao | Jun 21 | • Action needed — Overdue tasks |



@s.whatsapp.net Michael — June 28, 2021 17:23:59

Btw any chance it can go through our S-Corp ;)

KATENA006753



@s.whatsapp.net Michael — June 28, 2021 17:24:08

Or should I fill this out

@s.whatsapp.net Henry — June 28, 2021 17:24:19

Fill this out

@s.whatsapp.net Michael — June 28, 2021 17:24:41

OK, you know best with these tax things

@s.whatsapp.net Henry — June 28, 2021 17:24:41

Yeah can do S Corp too

@s.whatsapp.net Michael — June 28, 2021 17:24:46

Oh cool

@s.whatsapp.net Michael — June 28, 2021 17:24:56

Ok I will fill this out but wire instructions may be S Corp

@s.whatsapp.net Henry — June 28, 2021 17:25:02

but payroll will be separate

KATENA006754



@s.whatsapp.net Michael — June 28, 2021 17:25:10

Yeah I understand

@s.whatsapp.net Henry — June 28, 2021 17:25:10

so maybe bonuses can do separate

@s.whatsapp.net Michael — June 28, 2021 17:25:13

Ok cool

@s.whatsapp.net Henry — June 28, 2021 17:25:40

Put in your bank info on gusto

@s.whatsapp.net Michael — June 28, 2021 17:25:49

Already did

@s.whatsapp.net Michael — June 28, 2021 18:32:32

Getting more and more excited about the altcoin miner

@s.whatsapp.net Michael — June 28, 2021 18:32:36

Huge opportunity!!

@s.whatsapp.net Michael                    June 28, 2021 18:32:41

I think Sagar can be driven harder on that

@s.whatsapp.net Henry                    June 28, 2021 18:40:33

that's awesome

@s.whatsapp.net Henry                    June 28, 2021 23:39:03

It's $100K net by the way, coming your way Jul 1st

COMPLAINT EXHIBIT 13

| Number of participants | 2 |
| Participants | @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner) |
| Number of messages | 6 |
| First message sent date/time | July 24, 2021 01:28:11 |
| Last message sent date/time | July 24, 2021 12:39:55 |

KATENA006417



@s.whatsapp.net Henry                    July 24, 2021 07:36:39

Hey, why not fund Maloney with $500K now and do yet another capital call

@s.whatsapp.net Henry                    July 24, 2021 07:51:07

Question is, we lose $500k as a sales commission or whatever I guess

@s.whatsapp.net Henry                    July 24, 2021 07:53:22

Unless we find a scheme



CONFIDENTIAL

KATENA006419

COMPLAINT EXHIBIT 14

| Number of participants | 3 |
|---|---|
| Participants | ███ @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner)<br>@s.whatsapp.net Reddy Sagar |
| Number of messages | 24 |
| First message sent date/time | May 14, 2021 00:19:19 |
| Last message sent date/time | May 14, 2021 23:56:21 |



**███ @s.whatsapp.net Reddy Sagar**   May 14, 2021 00:19:19

Just had an hour long conversation with him. Helped him with what the report should be etc. I was not very happy with what he had

**███ @s.whatsapp.net Michael**   May 14, 2021 00:42:46

@14088367113 what did he have before?

**███ @s.whatsapp.net Reddy Sagar**   May 14, 2021 00:54:13

It was too floral. Too much into architecture etc. Wanted to steer the whole thing to asic viability



**███ @s.whatsapp.net Henry**   May 14, 2021 06:49:10

Remember the Coinmint audience won't understand shit anyway

**███ @s.whatsapp.net Henry**   May 14, 2021 06:49:14

How did it wrap up

CONFIDENTIAL

███ @s.whatsapp.net Henry | May 14, 2021 06:49:28

Btw- ███████ is sending NDA for their due diligence today

███ @s.whatsapp.net Henry | May 14, 2021 13:48:00

When is final version being completed by Robert?;@19195909909 are you checking final version too? ;Note wire is expected by Tuesday assuming all goes well

███ @s.whatsapp.net Michael | May 14, 2021 14:07:41

@14088367113 ?

███ @s.whatsapp.net Reddy
Sagar | May 14, 2021 14:20:59

I am pressuring him as much as I can to get it done. I didn't receive anything last night. So hope fully by tonight

███ @s.whatsapp.net Henry | May 14, 2021 14:27:02

negotiations w/JP Morgan are completed post my call just now. assuming JPM legal is fine, then i 'll be signing engagement letter w/them shortly...

███ @s.whatsapp.net Reddy
Sagar | May 14, 2021 14:27:15

Nice

CONFIDENTIAL
KATENA005878

@s.whatsapp.net Henry     May 14, 2021 15:05:41

@14088367113 also- ███ is clueless on next two payments to imec. he said he's waiting your back and forth w/them to be completed. For planning purposes, and also for JP Morgan/Equity raise due diligence, it helps if more payments are made to imec as it shows acceptance. at least 2nd payment, 3rd payment is the larger one.

@s.whatsapp.net Henry     May 14, 2021 15:06:14

when will we wrap up tape-in process or whatever verifications so I can issue at least 2nd payment to them?

@s.whatsapp.net Reddy     May 14, 2021 15:18:58

Sagar

Henry, this is on imec, like I mentioned should be next week in my opinion. All layer review is done. So they should be taping in to tsmc next week

@s.whatsapp.net Henry     May 14, 2021 15:56:29

Ok man

@s.whatsapp.net Henry     May 14, 2021 21:44:26

Hey @1███ did Robert make progress?

@s.whatsapp.net Henry     May 14, 2021 21:44:31

Did you get anything ?

CONFIDENTIAL



**1⬛⬛⬛⬛ @s.whatsapp.net Reddy**
**Sagar**
May 14, 2021 21:58:57

Looks like he is still working on it. I called him several times today and tried to put some pressure to get it done

**⬛⬛⬛ @s.whatsapp.net Henry**
May 14, 2021 22:00:46

I see

**⬛ @s.whatsapp.net Reddy**
**Sagar**
May 14, 2021 22:31:42

I don't want to pressure him too much though



**⬛ @s.whatsapp.net Henry**
May 14, 2021 22:33:04

Annoying

**⬛ @s.whatsapp.net Henry**
May 14, 2021 22:33:37

Let's give him until tomorrow, assume he'll have time as it's Saturday...



**⬛ @s.whatsapp.net Reddy**
**Sagar**
May 14, 2021 22:33:54

Yeah. That's what I thought

KATENA005880



KATENA005881

OPP TO STAY EXHIBIT 2

AMERICAN ARBITRATION ASSOCIATION

COMMERCIAL ARBITRATION RULES


COINMINT, LLC,                          )
                                        )
              Claimant,                 )
                                        )
          vs.                           ) Case No.
                                        ) 01-22-0001-7627
KATENA COMPUTING TECHNOLOGIES,          )
INC.,                                   )
                                        )
              Respondent.               )
_____ )




VIDEO DEPOSITION OF MICHAEL GAO

FEBRUARY 8, 2023

SAN DIEGO, CALIFORNIA




Pages 1 - 318

Reported by

Cynthia J. Vega, RMR, RDR, CSR 6640, CCRR 95

Job No. 81543

**MICHAEL GAO**

**February 08, 2023**

1    A.    No.

2    Q.    Okay.  We'll talk about some more of those

3    later.

4          So did you think it was important to --

5    that would have been an important part of marketing

6    efforts at Katena to have its name listed on your

7    LinkedIn profile?

8    **A.    No.  It's actually a period where we're**

9    **building our mining machines and, you know, during**

10   **the crypto winter it's better to just, you know,**

11   **ship instead of trumpet ourselves.**

12   Q.    You said this is actually a period where

13   you're building your mining machines; correct?

14   **A.    We're in the process of designing them.**

15   Q.    Okay.  But not building them?

16   **A.    Well, we are building some prototype boards**

17   **and, you know, various equipment designed to test**

18   **the mining machines.  So, you know, I referred to it**

19   **as building the mining machines.**

20   Q.    Well, in fact, as you sit here today,

21   Katena has never had -- never built or had built on

22   its behalf a single mining rig; correct?

23   **A.    Yes.  That's correct.**

24   Q.    That's correct?

25   **A.    Yes.**

1  fabrication in early 2023."

2          Is the design of that chip finalized?

3          MR. TABER:  Object that the question

4  misread the declaration, which says, quote, "which

5  we project will be ready for fabrication in early

6  2023."  The words "we project" were unintentionally,

7  I assume, omitted, just to clear up the record.

8  BY MR. ALFORD:

9     Q.   Is the design of that chip finalized as you

10  sit here today?

11     **A.   It is not finalized.**

12     Q.   Okay.  It obviously hasn't been fabricated

13  yet; right?

14     **A.   No.**

15          MR. TABER:  Objection.  Argumentative.

16  BY MR. ALFORD:

17     Q.   No?

18     **A.   No.**

19     Q.   Okay.  Has Katena ever had a chip

20  fabricated on its behalf for use in a Bitcoin mining

21  rig?

22     **A.   We sent a design out for fabrication of the**

23  **12 nanometer that was sold to Coinmint, but it never**

24  **was fabricated.**

25     Q.   Who did you send that design to?

**MICHAEL GAO**

1      A.    DxCorr conveyed it to ███ which conveyed

2  it to the Taiwan semiconductor manufacturing

3  corporation.

4           That's ███████████

5      Q.    Is ███ a wafer broker?

6      A.    That's not the tech -- the industry term

7  for them.  They are a value chain aggregator, which

8  means that they are an R&D house that happens to

9  also aggregate wafer demand for ███, but also

10 handles things like customer support and other

11 things like that.

12     Q.    Okay.  I saw a -- I saw some reference in

13 emails between you and Mr. Monzon, reference to a

14 third-party wafer broker, but you wouldn't use that

15 term to refer to ███; correct?

16     A.    I'd like to see the document you're

17 referring to.

18     Q.    I'm just asking you whether you've ever

19 referred to ███ as a third-party wafer broker.

20     A.    I would like to clarify the context around

21 that.  And in order to do that, I've got to see the

22 document.

23          MR. TABER:  If you know the answer to the

24 question, you can answer it.

25 ///

MICHAEL GAO

**February 08, 2023**

```
1   BY MR. ALFORD:
2       Q.   Right.  I don't --
3       A.   Okay.
4       Q.   I'm asking the questions.  And I get to
5   decide whether I ask you about a document or ask you
6   about your own recollection.
7       A.   Okay.  You referred to a document, so --
8       Q.   Right.
9       A.   -- that's --
10      Q.   And now I'm asking you about your own
11  recollection.
12           Have you ever referred to ███ as a
13  third-party wafer broker?
14      A.   I might have.
15      Q.   What in your mind is the difference, if
16  any, between an aggregator and a third-party wafer
17  broker?
18      A.   I mean, it depends on which perspective
19  you're coming from.  If you're just looking for
20  wafers and you're looking for someone to give you
21  the wafers and someone else has an allocation, you
22  might refer to them as a wafer broker even though,
23  you know, in another capacity they're a value chain
24  aggregator.  Because a value chain aggregator has a
25  lot of implications including like, oh, we can do
```

MICHAEL GAO
**February 08, 2023**

1    your chip design for you and all sorts of things

2    like that and, you know, we want to maybe -- I'm

3    just speculating here, but in certain conversations

4    we might emphasize that we did all the design and

5    ███ did not play a part.

6         Q.   The chip that was sent by DxCorr to ███,

7    that was the one you said that was going to be used

8    in the mining rigs that were going to be sold to

9    Katena; correct?

10             MR. TABER:  Objection.  Vague as to "chip."

11             THE WITNESS:  I'm sorry.  Can you restate

12   that?

13   BY MR. ALFORD:

14        Q.   Sure.  Is my -- I want to make sure I

15   understood your testimony correctly.

16        A.   Yes.

17        Q.   I think I heard you say that the design of

18   the chip that DxCorr sent to ███ was the design for

19   the chip that was going to be used in the Katena

20   mining rigs.  Did I get that right?

21        A.   Yes.

22        Q.   Okay.

23             MR. TABER:  Did you mean to say the

24   Coinmint mining rigs?  You said the Katena.

25             MR. ALFORD:  I'm sorry.  Yes.  I misspoke.

MICHAEL GAO

**February 08, 2023**

1  Thank you.

2  BY MR. ALFORD:

3      Q.   The chip design that was sent by DxCorr to

4  IMEC was for the chip that you contemplated would be

5  used in the mining rigs that were going to be sold

6  to Coinmint; correct?

7      **A.   Yes.**

8      Q.   Okay.  And did Katena have a contract with

9  DxCorr?

10     **A.   Yes.**

11     Q.   Okay.  Have you seen a copy of that

12  contract?

13     **A.   At some point I'm sure I saw it.**

14     Q.   Was that contract in existence in the

15  spring of 2021?

16     **A.   I don't remember.**

17     Q.   At any time in 2021, did Katena transfer

18  any funds to DxCorr?

19     **A.   2021?**

20     Q.   Right.

21     **A.   Yes.  We must have.**

22     Q.   When was the final design of the chip?  And

23  now I'm going to talk about the chip that you told

24  us you contemplated would be used in the mining rig

25  sold to Coinmint.  So when I use the word "chip,"

```
1              MR. ALFORD:  I'll once again object to
2    everything in that as nonresponsive.
3    BY MR. ALFORD:
4       Q.   Let's take a look at paragraph 9 of your
5    declaration.  Do you still have that in front of
6    you?
7              MR. TABER:  That's Exhibit 511?
8              MR. ALFORD:  Correct.
9    BY MR. ALFORD:
10      Q.   And let's take a look.  I know you read it
11   in detail earlier.  And I want to turn your
12   attention to paragraph 9, the last sentence in that
13   paragraph.
14      A.   Let me read the paragraph again.
15      Q.   I'm asking about the last sentence which
16   says, "We anticipate contracting with partners in
17   other parts of the world for the fabrication and
18   assembly of the chip and mining rigs, as is common
19   in this industry."
20           Did I read that correctly?
21      A.   Yes.  You read that correctly.
22      Q.   Okay.  As of today when you sit here under
23   oath, have any of those contracts, in fact, been
24   executed by Katena?
25      A.   I don't remember.
```

1    felt uncomfortable about it, which that was what I

2    was referring to, then, you know, we would be happy

3    to make it a condition of the round closing if they

4    felt more comfortable that way.  And that we believe

5    that, you know, Sagar would go right along with it

6    and there was 100 percent chance that that would get

7    done if it was the right thing to do.

8    BY MR. ALFORD:

9        Q.    At any time has DXCorr owned any equity,

10   held any equity in Katena?

11       A.    No.

12       Q.    At any time has Katena held any equity in

13   DXCorr?

14       A.    No.

15       Q.    And I want to turn your attention to a

16   little bit later part of the same text string where

17   at the page 6616 on May 4 at 14:58 in the afternoon,

18   you say, "Interesting call with Mike from Coinmint";

19   right?

20       A.    Let me just read this surrounding context.

21             Yes, I did say that.

22       Q.    Okay.  And you're referring to Michael

23   Maloney; right?

24       A.    Yes.

25       Q.    And you say, "He tells me the following:

1    line by, you know, actually performing well in that

2    tech DD process.

3    BY MR. ALFORD:

4        Q.    And it was less than a week before you sent

5    this text, you had this text -- let me start over.

6              Less than a week before you had this text

7    exchange we've been talking about, you interviewed

8    Mr. Maloney for a job at Katena; correct?

9        A.    I don't remember specifically when that

10   first conversation with Maloney was.

11       Q.    And did Katena ever discuss with

12   Mr. Maloney the possibility of giving him equity in

13   Katena?  Was that ever discussed?

14       A.    I don't remember what was discussed, but

15   that is -- you know, it's standard practice within

16   the start-up industry to give equity to all

17   employees.  In fact, even our executive assistant

18   today has equity in the company.  And on top of

19   that, the, you know, vast majority of Maloney's

20   wealth, we understood it would come from his

21   existing stake in Coinmint.

22       Q.    Okay.  So by discussing with Mr. Maloney

23   the possibility of bringing him on board as CFO of

24   Katena, implicit in that was the likelihood that he

25   was going to be offered equity in the company,

MICHAEL GAO

**February 08, 2023**

1    right, because it's standard in the industry?

2        A.    We were -- you know, at the time if it

3    progressed to that stage, we certainly would have

4    offered far less equity than what he already had

5    within Coinmint.

6            MR. ALFORD:  I object that that's

7    nonresponsive and it lacks foundation in terms of

8    whatever equity he had in Coinmint.

9    BY MR. ALFORD:

10       Q.    Did it ever occur to you that by

11   offering -- let me start over.

12           Did it ever occur to you that by discussing

13   with Mr. Maloney the prospect that he might join

14   Katena and get equity in Katena, you were putting

15   him in a conflict of interest with his then current

16   employer Coinmint?

17           MR. TABER:  Objection.  False foundation.

18   Objection.  Calls for a legal conclusion.

19           THE WITNESS:  That's a misrepresentation of

20   the situation which was actually that Maloney, you

21   know, had a stake in Coinmint that was worth more

22   than whatever we would be willing to offer him.  And

23   as a result of that, the predominant economic

24   interest that we were aware of was for him to do

25   what was right for Coinmint and that, you know, we

MICHAEL GAO

**February 08, 2023**

1        CERTIFIED SHORTHAND REPORTER'S CERTIFICATE

2

3            I, Cynthia J. Vega, a Certified Shorthand

4    Reporter for the State of California, do hereby

5    certify:

6            That the witness in the foregoing

7    deposition was by me duly sworn; that the deposition

8    was then taken before me at the time and place

9    herein set forth; that the testimony and proceedings

10   were reported by me stenographically and were

11   transcribed through computerized transcription under

12   my direction; and the foregoing is a true and

13   correct record of the testimony and proceedings

14   taken at that time.

15           I further certify that I am not of counsel

16   or attorney for either or any of the parties in the

17   foregoing proceeding and caption named or in any way

18   interested in the outcome of the cause in said

19   caption.

20           IN WITNESS WHEREOF, I have subscribed my

21   name this 20th day of February, 2023.

22

23           *Cynthia J. Vega*

24

25           Cynthia J. Vega, CSR No. 6640

OPP TO STAY EXHIBIT 3

| Number of participants | 3 |
|---|---|
| Participants |  @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner)<br>@s.whatsapp.net Reddy Sagar |
| Number of messages | 6 |
| First message sent date/time | May 24, 2021 07:42:15 |
| Last message sent date/time | May 24, 2021 11:13:28 |



@s.whatsapp.net Henry            May 24, 2021 07:42:15

Founders call today 3 pm pst

@s.whatsapp.net Henry            May 24, 2021 07:42:41

@14088367113 expect updates in general by then



@s.whatsapp.net Reddy Sagar            May 24, 2021 10:45:41

I'm

@s.whatsapp.net Reddy Sagar            May 24, 2021 10:45:44

In



@s.whatsapp.net Henry            May 24, 2021 11:12:43

@14088367113 we need to roll in Engineers now, into Katena. Or we'll take an impact on valuation. I'll discuss later today at founders sync, I'm setting up payroll as soon as Coinmint wire comes in

KATENA008167

**@s.whatsapp.net Henry**                    May 24, 2021 11:13:28

Which is expected by June 1 👍 , as Coinmint needs full report from Blake first (btw- where da f is he on this, done today or tomorrow latest?)

CONFIDENTIAL                                            KATENA008168

OPP TO STAY EXHIBIT 4

DocuSign Envelope ID: 5D8D4EE6-0D18-4BB8-A1CB-3672947B7078

# AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| COINMINT, LLC, | Case No. 01-22-0001-7627 |
|       Claimant / Counter Respondent, | **DECLARATION OF MICHAEL GAO** |
|   -against- | |
| KATENA COMPUTING TECHNOLOGIES, INC. | |
|       Respondent / Counter Claimant. | |

I, Michael Gao, declare as follows:

1.　　I am the CEO of Katena Computing Technologies, Inc. ("Katena"), the Respondent in the above-entitled action.　The facts stated herein are personally known to me and if called upon to testify, I would testify to the same.

2.　　I am a co-founder of Katena, along with my colleague, Sagar Reddy, and our former colleague, Henry Monzon.

3.　　After we founded Katena, I served as its Chief Strategy Officer, Sagar the CTO, and Henry, the CEO.　Sagar and I focused on the technical side of designing and building bitcoin mining rigs, including the specialized computer chips that power them.　Henry was responsible for marketing, sales, and raising additional capital to support the growth of the company.　Each of us held approximately 1/3 of the equity of the company.

4.　　Because Katena is business-facing, not consumer-facing, our website is just a simple splash page with our logo and email address.　We launched Katena's website in Fall 2020, and it has remained unchanged since that time.

5.　　In April 2021 both Henry and I spoke with Michael Maloney about the possibility of doing business with Coinmint.　Over the course of April and May 2021, I was involved in

negotiations with Maloney concerning the Sales and Purchase Agreement, along with Henry and our outside counsel, Gaurav Mathur.  To the best of my recollection, no one else at Katena played a substantial role in negotiating the contract between Katena and Coinmint.  I do not recall speaking with anyone at Coinmint other than Maloney and Coinmint's retained due diligence expert, Robert Bleck.

6.      Earlier this year, Sagar and I decided to part ways with Henry.  We had personal disagreements with his leadership style.  After our decision, Henry remained involved with Katena in a consulting capacity through October of this year.

7.      It is my understanding that Henry has agreed to appear voluntarily for a deposition in this matter and to testify at the hearing.



11. I am told that Coinmint is speculating that Henry was fired for stealing the company's assets and that Katena is now an empty shell. That is a complete and total falsehood. Under the leadership of its two co-founders, Katena is working hard to develop the next generation of bitcoin mining rigs.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 8th day of December, 2022 in Lafayette, California.



Michael Cao

OPP TO STAY EXHIBIT 5

| Number of participants | 3 |
|---|---|
| Participants | ▇@s.whatsapp.net Michael<br>▇@s.whatsapp.net Henry (owner)<br>▇@s.whatsapp.net Reddy Sagar |
| Number of messages | 91 |
| First message sent date/time | May 05, 2021 00:46:31 |
| Last message sent date/time | May 05, 2021 22:55:15 |



**▇@s.whatsapp.net Michael**  May 05, 2021 00:46:31

Think it over?? $15k for one day..

**▇@s.whatsapp.net Reddy Sagar**  May 05, 2021 01:06:35

Money not the issue here

**▇@s.whatsapp.net Michael**  May 05, 2021 01:06:47

What is? @14088367113

**▇@s.whatsapp.net Reddy Sagar**  May 05, 2021 01:07:19

It's their respective companies getting to know

**▇@s.whatsapp.net Michael**  May 05, 2021 01:07:25

Fuck

**▇@s.whatsapp.net Michael**  May 05, 2021 01:07:35

Can't they do it under the table

CONFIDENTIAL

███████ @s.whatsapp.net Michael                          May 05, 2021 01:07:53

I'm sure Maloney would pay them in Monero or something if they wanted that

███████ @s.whatsapp.net Reddy
Sagar                                                    May 05, 2021 01:08:09

Nah, everybody just turned to pussies over the past few years

███████ @s.whatsapp.net Michael                          May 05, 2021 01:08:20

Why..

███████ @s.whatsapp.net Michael                          May 05, 2021 01:08:35

@14088367113 literally do you not know a single person who's just a freelance contractor

███████ @s.whatsapp.net Michael                          May 05, 2021 01:08:42

All of them at big companies??

███████ @s.whatsapp.net Reddy
Sagar                                                    May 05, 2021 01:09:25

Maybe age, not sure. Yup all of them are in very large companies. Apple, Intel, nvdia etc etc

███████ @s.whatsapp.net Henry                            May 05, 2021 05:43:39

I need a solution to this today; We have $100M on this order alone; Let's have Michael talk to thes
e peeps vs you on explaining the scope, why it's confidential etc; What about the guys you mentio
ned to me at one point that could join as systems Eng guys, they were at consulting firms ?

**@s.whatsapp.net Henry** — May 05, 2021 07:13:38

@19195909909 Michael from Coinmint wants to chat this afternoon btw. So I need a solution to this problem. It'll be the easiest tech due diligence. Btw is ██████'s tech dd guy an option ?;Sa w this coming- This is why I mentioned prior a 3rd party we could point people to would be the perfect solution in this phase between tape out and working units

**@s.whatsapp.net Reddy** — Sagar — May 05, 2021 10:52:25

Spoke to Robert. He removed for from his linked in profile

**@s.whatsapp.net Reddy** — Sagar — May 05, 2021 10:52:45

Website stuff happening. Will update once removed

**@s.whatsapp.net Henry** — May 05, 2021 10:58:23

Ok

**@s.whatsapp.net Reddy** — Sagar — May 05, 2021 12:36:36

All green from my side. Please check once

**@s.whatsapp.net Henry** — May 05, 2021 13:19:37

Looks good on both sides, DXCorr webpage and Robert LinkedIn

KATENA005949

▮ @s.whatsapp.net Henry                    May 05, 2021 13:20:11

Only issue

▮ @s.whatsapp.net Henry                    May 05, 2021 13:20:46

When I do a Google search for "Robert Blek DXCorr" i see preview in Google search results that h
e's an Advisor to DXCorr

▮ @s.whatsapp.net Henry                    May 05, 2021 13:21:05

Maybe we can say he used to be an Advisor in the past, if this comes up



@s.whatsapp.net Henry — May 05, 2021 13:21:28

https://www.google.com/search?q=robert+bleck+dxcorr&rlz=1C5CHFA_enUS901US901&ei=4P
2SYNHkCYOWtQWWtqKIBA&oq=robert+bleck+dxcorr&gs_lcp=Cgdnd3Mtd2I6EAMyBwghEAoQo
AE6EQguENQCELADEIsDEKgDEJMCOgUIABCwAzoJCAAQsAMQBxAeOgcIABCwAxAeOggILhCw
AxDIAzoGCAAQFhAeOgUIIRCgAUoFCDgSATFQIx1YhiZg9yZoAXAAeACAAfgBiAHiCZIBBTAuNi4
xmAEAoAEBqgEHZ3dzLXdpesgBC7gBAsABAQ&sclient=gws-wiz&ved=0ahUKEwjR1NbSrrPwAhU
DS60KHRabCEEQ4dUDCA4&uact=5



@s.whatsapp.net Reddy — May 05, 2021 13:34:00
Sagar

Yup, but that's up to Google to scrub it out of it's search results

@s.whatsapp.net Michael — May 05, 2021 13:41:44

Perhaps @18583758026 we can say he's a former advisor??



@s.whatsapp.net Michael — May 05, 2021 13:41:48

How bad does that look

@s.whatsapp.net Henry — May 05, 2021 13:42:34

I think it's fine to say this;But play it down, not a topic to discuss in depth etc

@s.whatsapp.net Michael — May 05, 2021 13:42:50

Yeah ok. Who is communicating this to him

@s.whatsapp.net Reddy Sagar — May 05, 2021 13:42:51

Oh yeah of course.

@s.whatsapp.net Henry — May 05, 2021 13:42:58

And he has zero interest in DXCorr today

@s.whatsapp.net Reddy Sagar — May 05, 2021 13:42:59

So green signal?

@s.whatsapp.net Reddy Sagar — May 05, 2021 13:43:06

0 interest

KATENA005952



@s.whatsapp.net Michael — May 05, 2021 13:43:12

Yes

@s.whatsapp.net Reddy Sagar — May 05, 2021 13:43:12

No stocks etc etc

@s.whatsapp.net Henry — May 05, 2021 13:43:18

Zero

@s.whatsapp.net Reddy Sagar — May 05, 2021 13:43:23

No w2 nothing

@s.whatsapp.net Michael — May 05, 2021 13:43:29

Ok great

@s.whatsapp.net Reddy Sagar — May 05, 2021 13:43:30

Or 1099 or anything

@s.whatsapp.net Michael — May 05, 2021 13:43:40

Henry you are following up with Maloney or should I..

KATENA005953



**@s.whatsapp.net Reddy**
Sagar
May 05, 2021 13:43:54

I can ask Robert to linked in to him

**@s.whatsapp.net Michael**
May 05, 2021 13:43:56

Sagar tell him to send Maloney the linkedin, cold emails

**@s.whatsapp.net Michael**
May 05, 2021 13:43:58

Ok

**@s.whatsapp.net Michael**
May 05, 2021 13:44:03

m@Coinmint.one

**@s.whatsapp.net Henry**
May 05, 2021 13:44:05

Michael you lead with Maloney

**@s.whatsapp.net Michael**
May 05, 2021 13:44:10

Ok I will call him

**@s.whatsapp.net Reddy**
Sagar
May 05, 2021 13:44:13

All in agreement for the green signal?

██████ @s.whatsapp.net **Michael**   **May 05, 2021 13:44:22**

I'll call Maloney first

██████ @s.whatsapp.net **Reddy**
**Sagar**   **May 05, 2021 13:44:28**

Ok I will hold

██████ @s.whatsapp.net **Michael**   **May 05, 2021 13:47:44**

@14088367113 he's been notified

██████ @s.whatsapp.net **Michael**   **May 05, 2021 13:47:59**

Green signal, tell Bleck to reach out

██████ @s.whatsapp.net **Michael**   **May 05, 2021 13:48:12**

And his linkedin is CFO of Coinmint

██████ @s.whatsapp.net **Michael**   **May 05, 2021 13:48:16**

Not the other Maloney

██████ @s.whatsapp.net **Reddy**
**Sagar**   **May 05, 2021 13:52:49**

Ok



**█████████ @s.whatsapp.net Henry**     May 05, 2021 14:01:47

Problem solved hopefully

**█████████ @s.whatsapp.net Henry**     May 05, 2021 14:01:53

Now on to the deal

**█████████ @s.whatsapp.net Michael**     May 05, 2021 14:06:58

@14088367113 has he reached out?

**█████████ @s.whatsapp.net Michael**     May 05, 2021 14:07:32

@18583758026 if he can sign today he can come in tomorrow and Friday give thumbs up

**█████████ @s.whatsapp.net Michael**     May 05, 2021 14:07:45

That's the timeline we need, anything else is too slow

**█████████ @s.whatsapp.net Henry**     May 05, 2021 14:08:16

Sign what today, agreement with Coinmint ?

**█████████ @s.whatsapp.net Reddy**     May 05, 2021 14:12:42
Sagar

That should all be fine. I suggest let them move forward independently?



**@s.whatsapp.net Reddy**
Sagar
May 05, 2021 14:13:24

Also he just confirmed that he sent a message to him on linked in. Won't allow him to contact directly as 3rd level contact

**@s.whatsapp.net Reddy**
Sagar
May 05, 2021 14:13:28

Let m know

**@s.whatsapp.net Michael**
May 05, 2021 15:01:12

Send as an email too

**@s.whatsapp.net Reddy**
Sagar
May 05, 2021 15:22:05

Asked him to do so

**@s.whatsapp.net Henry**
May 05, 2021 15:31:55

Guys- say hello to the new chick in James team

**@s.whatsapp.net Henry**
May 05, 2021 15:31:58

On telegram

**@s.whatsapp.net Henry**
May 05, 2021 15:32:07

Lol

KATENA005957



Sagar ██████ @s.whatsapp.net Reddy — May 05, 2021 15:34:50

Jeez Yeah, was wondering if that was a scam text.

Sagar ██████ @s.whatsapp.net Reddy — May 05, 2021 15:34:55

But let me say hello

██████ @s.whatsapp.net Henry — May 05, 2021 15:35:32

██

██████ s.whatsapp.net Henry — May 05, 2021 15:35:36

No haha

██████ @s.whatsapp.net Henry — May 05, 2021 15:35:46

She's ██ biatch 😆

Sagar ██████ @s.whatsapp.net Reddy — May 05, 2021 15:38:22

for real?

██████ @s.whatsapp.net Henry — May 05, 2021 15:42:36

Kidding man

KATENA005958



@s.whatsapp.net Henry — May 05, 2021 15:42:38

Lol

@s.whatsapp.net Reddy
Sagar — May 05, 2021 15:42:44

Oh ok

@s.whatsapp.net Reddy
Sagar — May 05, 2021 15:43:35

Hey, thats happened before, where we had to have a japanese intern for 6 months hired at dx as a good gesture for a dram deal with ▮▮▮▮ back in the day

@s.whatsapp.net Henry — May 05, 2021 15:54:49

Ahahah

@s.whatsapp.net Henry — May 05, 2021 15:56:29

Ok let me beta test a Japanese geisha next

@s.whatsapp.net Henry — May 05, 2021 15:56:32

Lol

KATENA005959



**▬▬▬▬ @s.whatsapp.net Reddy**
Sagar

May 05, 2021 15:57:45

Heh heh

**▬▬▬▬▬ @s.whatsapp.net Michael**

May 05, 2021 16:00:28

Welcome to Air Katena

**▬▬▬▬▬ @s.whatsapp.net Michael**

May 05, 2021 16:00:37

We'll be taking off shortly

**▬▬▬▬▬ @s.whatsapp.net Henry**

May 05, 2021 16:01:54

😷😷😷

**▬▬▬▬ @s.whatsapp.net Reddy**
Sagar

May 05, 2021 22:08:57

Just got message, Robert and m connected. They have will have a call tomorrow

**▬▬▬▬▬ @s.whatsapp.net Henry**

May 05, 2021 22:09:07

Nice

**▬▬▬▬▬ @s.whatsapp.net Michael**

May 05, 2021 22:12:14

@18583758026 whole thing needs to be done Friday

CONFIDENTIAL



███ @s.whatsapp.net Michael    May 05, 2021 22:12:24

Or maybe over weekend, if we want Monday to backchannel this

███ @s.whatsapp.net Henry    May 05, 2021 22:12:37

Yeah

███ @s.whatsapp.net Henry    May 05, 2021 22:12:55

So let's

███ @s.whatsapp.net Reddy    May 05, 2021 22:55:15
Sagar

I am open

CONFIDENTIAL

OPP TO STAY EXHIBIT 6

| Number of participants | 2 |
|---|---|
| Participants |  @s.whatsapp.net Pipan Rachel<br>@s.whatsapp.net Henry (owner) |
| Number of messages | 87 |
| First message sent date/time | April 11, 2021 13:12:40 |
| Last message sent date/time | April 11, 2021 22:34:14 |

KATENA007484



CONFIDENTIAL

KATENA007485



CONFIDENTIAL



CONFIDENTIAL

KATENA007487



CONFIDENTIAL

KATENA007488



CONFIDENTIAL

KATENA007489



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

KATENA007493



**@s.whatsapp.net Pipan**
Rachel
April 11, 2021 21:45:05

YAY!!!!!

**@s.whatsapp.net Pipan**
Rachel
April 11, 2021 21:45:22

Also, meant to tell you, have a potential candidate for a CFO usa based

**@s.whatsapp.net Pipan**
Rachel
April 11, 2021 21:45:26

currently CFO at coinmint

**@s.whatsapp.net Henry**
April 11, 2021 21:45:35

Ohhh

**@s.whatsapp.net Pipan**
Rachel
April 11, 2021 21:45:39

he's an old friend, haven't told him anything, but I know he's looking

**@s.whatsapp.net Pipan**
Rachel
April 11, 2021 21:45:49

i have his CV I'll shoot it over



**@s.whatsapp.net Henry**
April 11, 2021 21:45:55

Please do

**Rachel** @s.whatsapp.net Pipan — April 11, 2021 21:46:54

Michael Maloney Resume.pdf
**See attachment:** *Document|8f0ae3bc-e8e9-4033-bfe3-52bf45fe3483.pdf*

**Rachel** @s.whatsapp.net Pipan — April 11, 2021 21:47:03

Bitfury had him to the Necker summit when he was at EY

@s.whatsapp.net Henry — April 11, 2021 21:49:01

pretty good. do you think he would be game for stage we're at?

**Rachel** @s.whatsapp.net Pipan — April 11, 2021 21:50:30

Yeah. I'm sure you know the drama/immaturity going down at Coinmint so that alone makes him want to be somewhere where real adults are making things happen; and I think he would thrive in the high startup mode again (I know this frustrated him at Galaxy -- for being so cutting edge they were slow slow slow in deals and moving things forward). I think he'd be really good at it and I think you're both the good kind of shark.

@s.whatsapp.net Henry — April 11, 2021 21:51:22

we run hard and have a ton of deep talent in the team, as you can see... happy to have an intro call with him asap then

@s.whatsapp.net Henry — April 11, 2021 21:51:47

did have call w/law firm you shared, they are super interested btw

KATENA007495



**Rachel** @s.whatsapp.net Pipan — April 11, 2021 21:52:01

Haha they better be, this is an incredible opp for them

**Rachel** @s.whatsapp.net Pipan — April 11, 2021 21:52:09

Great I'll intro you on email!



@s.whatsapp.net Henry — April 11, 2021 21:52:15

perfect



@s.whatsapp.net Henry — April 11, 2021 22:00:46

Btw, couple thing on deck, I want you to add "Eastern European/Russian" roots company not just "Eastern European", it'll hit a nerve in my circles and exactly what I want



**Rachel** @s.whatsapp.net Pipan — April 11, 2021 22:00:59

You got it

@s.whatsapp.net Henry — April 11, 2021 22:01:01

I can always clarify only as a side note ;)

KATENA007496



CONFIDENTIAL

KATENA007497



KATENA007498



CONFIDENTIAL



KATENA007500



CONFIDENTIAL

OPP TO STAY EXHIBIT 9

| Number of participants | 2 |
|---|---|
| Participants | ██████████ @s.whatsapp.net Henry (owner) ██████████ @s.whatsapp.net Reddy Sagar |
| Number of messages | 33 |
| First message sent date/time | May 04, 2021 11:48:10 |
| Last message sent date/time | May 04, 2021 16:02:55 |



**██████████ @s.whatsapp.net Henry** — May 04, 2021 11:48:10

Hey dude

**██████████ @s.whatsapp.net Henry** — May 04, 2021 11:48:14

Call me when you get a chance

**██████████ @s.whatsapp.net Reddy Sagar** — May 04, 2021 11:49:59

Will do

**██████████ @s.whatsapp.net Henry** — May 04, 2021 11:53:46

Your phone sucks

**██████████ @s.whatsapp.net Henry** — May 04, 2021 15:58:14

Hey dude

CONFIDENTIAL

**Sagar** ████████ @s.whatsapp.net Reddy    May 04, 2021 15:58:24

Yes

████ @s.whatsapp.net Henry    May 04, 2021 15:58:32

Need an Engineer for Coinmint to hire to do tech due dil on Katena

**Sagar** ████████ @s.whatsapp.net Reddy    May 04, 2021 15:58:45

???

████ @s.whatsapp.net Henry    May 04, 2021 15:58:45

The CFO at Coinmint will just say Eng is his recommendation

████ @s.whatsapp.net Henry    May 04, 2021 15:58:48

Didn't come from us

████ @s.whatsapp.net Henry    May 04, 2021 15:58:54

Coinmint is customer

████ @s.whatsapp.net Henry    May 04, 2021 15:59:01

Wanting to place $100M order

@s.whatsapp.net Reddy

Sagar

May 04, 2021 15:59:05

Oh, that kind. But her wants us to recommend and engineer?

@s.whatsapp.net Henry

May 04, 2021 15:59:23

Who can you identify that will do tech due dil on you , friendly , rubber stamp and credible

@s.whatsapp.net Henry

May 04, 2021 15:59:33

For Coinmint CFO to look good

@s.whatsapp.net Reddy

Sagar

May 04, 2021 15:59:58

Thinking… Thinking….

@s.whatsapp.net Henry

May 04, 2021 16:00:00

The. Coinmint CFO will join Katena after he gets us this deal

@s.whatsapp.net Henry

May 04, 2021 16:00:22

One of your engineers can act as consultant

@s.whatsapp.net Henry

May 04, 2021 16:00:37

Or someone in your network

CONFIDENTIAL

KATENA008143



@s.whatsapp.net Henry — May 04, 2021 16:00:42
To say we walk on water

@s.whatsapp.net Henry — May 04, 2021 16:00:55
We are top eng team, results are 100% real

@s.whatsapp.net Henry — May 04, 2021 16:01:06
Recommendation to Coinmint: Place order

@s.whatsapp.net Henry — May 04, 2021 16:01:08
Now

@s.whatsapp.net Reddy
Sagar — May 04, 2021 16:01:27
Weird. I will need to check with a guy from my previous work. Let me call 3 guys right now that I can think of to see if they will do it

@s.whatsapp.net Henry — May 04, 2021 16:01:40
Yeah

@s.whatsapp.net Henry — May 04, 2021 16:01:47
Why weird

KATENA008144



@s.whatsapp.net Henry     May 04, 2021 16:01:58

We are basically giving them the text due dil lead

@s.whatsapp.net Henry     May 04, 2021 16:02:09

Tech

@s.whatsapp.net Reddy
Sagar     May 04, 2021 16:02:17

Not that. The fact that he wants to join us

@s.whatsapp.net Henry     May 04, 2021 16:02:36

Oh yeah

@s.whatsapp.net Henry     May 04, 2021 16:02:45

He sees the upside that's why

@s.whatsapp.net Henry     May 04, 2021 16:02:52

And his interview is this deal lol

@s.whatsapp.net Reddy
Sagar     May 04, 2021 16:02:55

Any way calling these guys

CONFIDENTIAL

KATENA008146

OPP TO STAY EXHIBIT 11

```
                AMERICAN ARBITRATION ASSOCIATION


COINMINT, LLC,                    ) Case No.
                                 ) 01-22-0001-7627
                                 )
Claimant/Counter Respondent,     )
                                 )
                                 )
      vs.                        )
                                 )
KATENA COMPUTING                 )
TECHNOLOGIES, INC.               )
                                 )
Respondent/Counter Claimant.     )
_____ )
```

VIDEOTAPED DEPOSITION OF HENRY MONZON

SAN DIEGO, CALIFORNIA

FEBRUARY 7, 2023

REPORTED BY:  KIMBERLY CRANE, CSR No. 11594, RPR

JOB NO. 81542

HENRY MONZON

1      Q.   Okay.  Mr. -- you put Mr. Bleck in touch
2    with the folks at ▇▇▇▇▇▇, correct?
3      **A.   I don't recall putting Mr. Bleck in contact**
4    **with ▇▇▇▇▇▇▇**
5      Q.   Okay.  And you continued to represent to ▇
6    ▇▇▇▇ and other potential investors that Mr. Bleck's
7    report was unbiased and accurate even though you knew
8    he was Sutter's "bitch," correct?
9           MR. TABER:  Objection.  Argumentative.
10   Objection.  Foundation.  Objection.  Mischaracterizes
11   and ignores the testimony.
12          **THE WITNESS:  No.**
13   BY MR. ALFORD:
14     Q.   Now, you were strongly opposed to an escrow
15   clause in the con- -- let me back up.
16          You were strongly opposed to any clause in
17   the contract between Coinmint and Katena that would
18   require Co- -- that would require Katena to escrow
19   the deposit by Coinmint until the working unit was
20   produced, correct?
21          MR. TABER:  Objection.  Vague.
22          **THE WITNESS:  Can you repeat the question?**
23   BY MR. ALFORD:
24     Q.   Sure.  You were strongly opposed to the
25   inclusion in the Coinmint contract of any clause that

1  would have required Katena to escrow the down payment

2  or deposit made by Coinmint until Katena produced a

3  working unit, correct?

4  　　　MR. TABER:  Same objection.

5  　　　**THE WITNESS:  I was absolutely opposed to**

6  **escrow -- escrow requirements in any contract**

7  **negotiations during the time and -- that the primary**

8  **reason is because we wanted to build a pool of**

9  **capitol to go to the foundry and get privatization**

10  **and attention and capacity and all of that.**

11  BY MR. ALFORD:

12  　　　Q.　Also, because you knew that if these funds

13  were escrowed, you would not be able to represent

14  them to potential investors as revenue of the company

15  and it would hurt the valuation, correct?

16  　　　**A.　Deposits are not considered a recognized**

17  **revenue, they're deposits.  They -- they -- they**

18  **become recognized revenue when the product is**

19  **delivered.  We -- I'm sorry, repeat the question**

20  **again.**

21  　　　Q.　Sure.  Well, let me follow up on that.

22  　　　As of early May of 2021, you felt it was

23  important that none of the funds paid by Coinmint,

24  pursuant to the contract, be escrowed because you

25  felt that if they weren't escrowed, you could

HENRY MONZON

February 07, 2023

```
1    STATE OF CALIFORNIA )

2                        : SS.

3    COUNTY OF SAN DIEGO )

4

5            I, Kimberly Crane, in and for the County of

6    San Diego, do hereby certify:

7            That as such reporter, I reported in

8    machine shorthand the proceedings held in the

9    foregoing case;

10           That my notes were transcribed into

11   typewriting under my direction, and the proceedings

12   held on February 7, 2023, contained within pages 1

13   through 237, are a true and correct transcription.

14           Dated this 3rd day of March, 2023.

15

16

17           *Kimberly Crane*

18

19           Kimberly Crane, CSR No. 11594

20

21

22

23

24

25
```

OPP TO STAY EXHIBIT 15

| Number of participants | 3 |
| --- | --- |
| Participants | @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner)<br>@s.whatsapp.net Reddy Sagar |
| Number of messages | 31 |
| First message sent date/time | May 17, 2021 07:43:32 |
| Last message sent date/time | May 17, 2021 23:00:28 |



**@s.whatsapp.net Henry**          May 17, 2021 07:43:32

Oh geez…

**@s.whatsapp.net Henry**          May 17, 2021 07:44:04

I was hoping to push for wire today, when I talk to Maloney. But with this pending still, doubt he'll do it (I wouldn't if i were on his shoes)

**@s.whatsapp.net Henry**          May 17, 2021 07:44:57

At this point it's a check box, let's not make it a science project;(Btw- BTC is at $44-$45K, this is also a risk item between us)



Sagar          **@s.whatsapp.net Reddy**          May 17, 2021 12:27:29

BTW, Robert says that he never got the contractor agreement from Mike. Could you check on that please

**@s.whatsapp.net Henry**          May 17, 2021 12:36:13

Seriously?

KATENA005872



**Sagar** ██████ @s.whatsapp.net Reddy — May 17, 2021 12:36:18

Yeah

██████ @s.whatsapp.net Henry — May 17, 2021 12:37:44

I'll mention it

██████ @s.whatsapp.net Henry — May 17, 2021 12:37:49

Need to be careful

**Sagar** ██████ @s.whatsapp.net Reddy — May 17, 2021 12:38:23

Okay

██████ @s.whatsapp.net Henry — May 17, 2021 12:38:40

Maloney responded:;Thanks - I have that right here, so should be done today

**Sagar** ██████ @s.whatsapp.net Reddy — May 17, 2021 12:39:02

Ok. Will let him know

██████ @s.whatsapp.net Henry — May 17, 2021 12:53:29

Is Robert ready with his final report?

KATENA005873



**████ @s.whatsapp.net Reddy**
**Sagar**

May 17, 2021 12:56:44

Not yet. Says he is working on it

**████ @s.whatsapp.net Henry**

May 17, 2021 13:15:24

See attachment: *Video\29abdd1b-442e-4ac4-941a-13f9d1774a57.mp4*

**████ @s.whatsapp.net Reddy**
**Sagar**

May 17, 2021 13:23:06

Yeah. Getting frustrating

**████ @s.whatsapp.net Henry**

May 17, 2021 15:14:49

JPM engagement letter is signed

**████ @s.whatsapp.net Henry**

May 17, 2021 15:14:51

It's official

**████ @s.whatsapp.net Henry**

May 17, 2021 15:15:23

████████████████

KATENA005874

@s.whatsapp.net Henry | May 17, 2021 17:57:34

@14088367113 any news?

@s.whatsapp.net Reddy
Sagar | May 17, 2021 18:28:24

Said he is going to work on it after 7

@s.whatsapp.net Henry | May 17, 2021 18:31:56

Did he get his Contract at last ?

@s.whatsapp.net Reddy
Sagar | May 17, 2021 18:32:12

I don't believe so

@s.whatsapp.net Henry | May 17, 2021 18:45:46

Spoke with Maloney, contract got taken care of

whatsapp.net Henry | May 17, 2021 18:46:08

Just need that damn report

@s.whatsapp.net Henry | May 17, 2021 18:55:15

Report;Their mtg internally with report;Wire;Likely wire this week if we they can get that report tomorrow

CONFIDENTIAL

KATENA005875

@s.whatsapp.net Reddy
**Sagar**

May 17, 2021 18:55:34

ok

@s.whatsapp.net Reddy
**Sagar**

May 17, 2021 22:40:28

Ok, I can't see that Robert is working as he is asking a bunch of questions

@s.whatsapp.net Reddy
**Sagar**

May 17, 2021 22:40:38

So hopefully we get something

@s.whatsapp.net Michael

May 17, 2021 22:47:15

@14088367113 you mean you can see?

@s.whatsapp.net Michael

May 17, 2021 22:47:29

You should get on a call with him to accelerate the process

@s.whatsapp.net Reddy
**Sagar**

May 17, 2021 23:00:28

I will manage

CONFIDENTIAL

KATENA005876

OPP TO STAY EXHIBIT 17

| Number of participants | 2 |
|---|---|
| Participants | ████ @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner) |
| Number of messages | 74 |
| First message sent date/time | May 18, 2021 11:28:04 |
| Last message sent date/time | May 18, 2021 19:33:00 |

CONFIDENTIAL



████████@s.whatsapp.net Michael                    May 18, 2021 11:31:55

Fuck he is back to back

████████@s.whatsapp.net Michael                    May 18, 2021 11:31:59

What do we do about Maloney?

████████@s.whatsapp.net Michael                    May 18, 2021 11:32:14

If follow up meeting required we can't even close wire this week, just have to hope Bitcoin holds

████████@s.whatsapp.net Henry                      May 18, 2021 11:32:37

Shit

████████@s.whatsapp.net Henry                      May 18, 2021 11:32:45

Why doesn't Blake send full report

████████@s.whatsapp.net Michael                    May 18, 2021 11:32:51

He's slow

████████@s.whatsapp.net Michael                    May 18, 2021 11:33:05

And Bleck also says he hasn't gotten contract yet from Maloney at all



@s.whatsapp.net Michael — May 18, 2021 11:33:11

Why isn't this just a yes/no from report??

@s.whatsapp.net Henry — May 18, 2021 11:34:11

I promoted this exact point on group chat just mow

@s.whatsapp.net Henry — May 18, 2021 11:34:13

Now

@s.whatsapp.net Michael — May 18, 2021 11:34:30

Anything from ?

@s.whatsapp.net Michael — May 18, 2021 11:34:37

We might have to drop to for them

@s.whatsapp.net Henry — May 18, 2021 11:34:39

Maloney better not be fucking us

@s.whatsapp.net Michael — May 18, 2021 11:34:44

Yeah

KATENA006640

@s.whatsapp.net Henry — May 18, 2021 11:34:47

Nothing yet

@s.whatsapp.net Michael — May 18, 2021 11:34:51

I don't get that sense yet

@s.whatsapp.net Michael — May 18, 2021 11:35:13

did you have chat with him about position here

@s.whatsapp.net Henry — May 18, 2021 11:35:26

Hey dude take a look at JP Morgan deck slides, give your inputs, that's for road show

@s.whatsapp.net Henry — May 18, 2021 11:35:55

We talked late last night, told him yeah let's do that etc, he was busy and it was late, we agreed to chat today

@s.whatsapp.net Michael — May 18, 2021 11:36:13

What else you guys talk about?

@s.whatsapp.net Henry — May 18, 2021 11:36:58

nothing



**█████████s.whatsapp.net Henry**  May 18, 2021 11:37:10

He's got back end bs he's dealing with

**█████████s.whatsapp.net Henry**  May 18, 2021 11:37:14

Ops stuff

**█████████s.whatsapp.net Henry**  May 18, 2021 11:37:37

He told me he resolved agreement with contractor, yet today I keep hearing same bs from Blake

**█████████s.whatsapp.net Henry**  May 18, 2021 11:37:42

So don't know what's going on

**█████████s.whatsapp.net Henry**  May 18, 2021 15:43:08

Hey I need your inputs on use of proceeds

**█████████s.whatsapp.net Henry**  May 18, 2021 15:43:15

🚫 You deleted this message

**█████████s.whatsapp.net Henry**  May 18, 2021 15:43:19

But I need that ASAP

KATENA006642



**@s.whatsapp.net Henry**   May 18, 2021 15:43:28

**@s.whatsapp.net Michael**   May 18, 2021 16:25:58

Hey dude what do we do about Maloney

**@s.whatsapp.net Michael**   May 18, 2021 16:26:23

Ok, ... Didn't we already do that for the financials

**s.whatsapp.net Henry**   May 18, 2021 16:26:50

Not really; Need this carefully reviewed based on latest data you have from team etc

**@s.whatsapp.net Henry**   May 18, 2021 16:27:04

Nothing until that Jack ass Robert gets full report done

**@s.whatsapp.net Henry**   May 18, 2021 16:27:13

Then we can go back to Maloney

**@s.whatsapp.net Michael**   May 18, 2021 16:27:21

Fuck

███████ @s.whatsapp.net Michael     May 18, 2021 16:27:25

He's never gonna be done..

███████ @s.whatsapp.net Henry     May 18, 2021 16:27:43

Why can't Sagar manage this relationship?

███████ @s.whatsapp.net Henry     May 18, 2021 16:27:45

So stupid

███████ @s.whatsapp.net Henry     May 18, 2021 16:39:01

With $37.5M coming in, I'm going to lock ████ 100% renewable op site it for us

███████ @s.whatsapp.net Henry     May 18, 2021 16:39:16

And that solves the substance behind our mining op story

███████ @s.whatsapp.net Henry     May 18, 2021 16:39:22

Plus setup payroll

███████ @s.whatsapp.net Henry     May 18, 2021 16:39:27

Plus etc

CONFIDENTIAL

@s.whatsapp.net Henry      May 18, 2021 16:39:44

without this wire is going to mean we take a hit in valuation

@s.whatsapp.net Henry      May 18, 2021 16:39:50

So we will need to raise less

@s.whatsapp.net Henry      May 18, 2021 16:40:11

If wire comes in by Monday next week we are golden;Seems Maloney is managing capital release on his end

@s.whatsapp.net Henry      May 18, 2021 16:40:41

You need to talk to him offline;Re his engagement with Katena, I think he should already start thinking of his own offer comp to join



██████@s.whatsapp.net Henry                    May 18, 2021 16:57:56



██████@s.whatsapp.net Henry                    May 18, 2021 16:58:22

Message here- I'm assuming wire will come, we'll wrap up current deal etc

██████@s.whatsapp.net Henry                    May 18, 2021 16:58:42

(he'd need to come back to me to "disappoint" if otherwise)



@s.whatsapp.net Michael          May 18, 2021 17:12:51

Yeah originally Maloney proposal was..;Last week Tuesday: green light;last week Thursday: sign; yesterday, he starts at Katena

@s.whatsapp.net Michael          May 18, 2021 17:13:12

So now it was Friday signature, still waiting on wire.. but he definitely wants to start asap



@s.whatsapp.net Henry          May 18, 2021 17:36:30

**■■■@s.whatsapp.net Henry**   May 18, 2021 17:37:05

See his response;We know he is motivated ;He won't join without getting us wire -> this is obvious and an eventuality

**■■■@s.whatsapp.net Michael**   May 18, 2021 17:51:20

That's good

**■■■@s.whatsapp.net Henry**   May 18, 2021 17:51:24

chess move reaction confirms eventuality ;Should we start celebrating?

**■■■@s.whatsapp.net Michael**   May 18, 2021 17:51:40

Hahahaha

**■■■@s.whatsapp.net Michael**   May 18, 2021 17:51:47

Not yet!! Let's wait

**■■■@s.whatsapp.net Henry**   May 18, 2021 17:51:51

Kk

**■■■@s.whatsapp.net Michael**   May 18, 2021 17:52:15

Lol

KATENA006648



**@s.whatsapp.net Henry** — May 18, 2021 17:52:21

If I'm on his shoes, I'd have to be quite confident to put my reputation out like this

**@s.whatsapp.net Michael** — May 18, 2021 17:52:22

Did he respond another text

**@s.whatsapp.net Michael** — May 18, 2021 17:52:25

Yeah

**@s.whatsapp.net Henry** — May 18, 2021 17:52:40

North of 90%

**@s.whatsapp.net Henry** — May 18, 2021 17:52:50

No other responses

**@s.whatsapp.net Michael** — May 18, 2021 17:52:59

Yeah, he seems to be considering it a done deal

**@s.whatsapp.net Henry** — May 18, 2021 18:31:41

Fuck;BTC at $41k

KATENA006649



CONFIDENTIAL

OPP TO STAY EXHIBIT 18

| Number of participants | 2 |
|---|---|
| Participants | ████████ @s.whatsapp.net Michael ████████ @s.whatsapp.net Henry (owner) |
| Number of messages | 5 |
| First message sent date/time | May 29, 2021 10:42:55 |
| Last message sent date/time | May 29, 2021 12:07:41 |



████ @s.whatsapp.net Henry — May 29, 2021 10:42:55

Man, Maloney selectively engages, keeping us warm, without mentioning 1-report ready, 2-wire

████ @s.whatsapp.net Henry — May 29, 2021 10:43:18

How do we move him, messaged him privately to talk about his offer comp but no response yet



████ @s.whatsapp.net Michael — May 29, 2021 11:38:51

Can't move him because Bleck is the real issue



████ @s.whatsapp.net Henry — May 29, 2021 11:49:02

And Sagar MIA;I can't have a lead just disappear without notice;How's the Eng lead role coming along, push recruiter

████ @s.whatsapp.net Henry — May 29, 2021 12:07:41

████████████████

CONFIDENTIAL

KATENA006700

OPP TO STAY EXHIBIT 21

| | |
|---|---|
| **From:** | Bao, Cecilia |
| **Sent:** | Wednesday, June 16, 2021 7:46 PM PDT |
| **To:** | Justin Yang |
| **CC:** | Bruyns, Antoine; Henry Monzon |
| **Subject:** | RE: Full deck or short deck in data room? |
| **Attachments:** | Katena Investor Presentation (06.16.2021) vF.pdf |

Got it. See attached for final version of investor presentation we plan to upload to data room.

Henry and Justin, let us know if you're signed off here.

Best,
Cecilia

**Cecilia Bao** | J.P. Morgan | Technology Investment Banking | 560 Mission Street, San Francisco, CA 94105 | T: ███████ | M: ███████    cecilia.bao@jpmorgan.com

**From:** Justin Yang [mailto:justin@katenacomputing.com]
**Sent:** Wednesday, June 16, 2021 6:48 PM
**To:** Bao, Cecilia (CIB IBC, USA) <cecilia.bao@jpmorgan.com>
**Cc:** Bruyns, Antoine (CIB IBC, USA) <antoine.bruyns@jpmorgan.com>; Henry Monzon <henry@katenacomputing.com>
**Subject:** Re: Full deck or short deck in data room?



Thanks,
Justin


On Jun 16, 2021, at 9:29 PM, Bao, Cecilia <cecilia.bao@jpmorgan.com> wrote:

Thanks Justin.

I've attached the deck with slides 3 and 15 reflecting those changes below, but just wanted to confirm with you on pg 15 (pipeline slide) that I'm interpreting this correctly:



Best,

KATENA003842

Cecilia

**Cecilia Bao** | J.P. Morgan | Technology Investment Banking | 560 Mission Street, San Francisco, CA 94105 | T: ▮▮▮▮▮▮▮▮ | M: ▮▮▮▮▮▮▮ | cecilia.bao@jpmorgan.com

**From:** Justin Yang [mailto:justin@katenacomputing.com]
**Sent:** Wednesday, June 16, 2021 5:56 PM
**To:** Bruyns, Antoine (CIB IBC, USA) <antoine.bruyns@jpmorgan.com>
**Cc:** Henry Monzon <henry@katenacomputing.com>; Bao, Cecilia (CIB IBC, USA) <cecilia.bao@jpmorgan.com>
**Subject:** Re: Full deck or short deck in data room?



Otherwise the deck looks good.

Thanks,
Justin

On Jun 16, 2021, at 8:08 PM, Bruyns, Antoine <antoine.bruyns@jpmorgan.com> wrote:

Justin — attached final deck for reference (incorporating your latest tweaks).

Antoine Bruyns
Vice President
Technology Investment Banking
J.P. Morgan
M: ▮▮▮▮▮▮▮▮▮

**From:** Bruyns, Antoine (CIB IBC, USA)
**Sent:** Wednesday, June 16, 2021 4:51 PM
**To:** 'Justin Yang' <justin@katenacomputing.com>
**Cc:** 'Henry Monzon' <henry@katenacomputing.com>; Bao, Cecilia (CIB IBC, USA)

CONFIDENTIAL

KATENA003843



CONFIDENTIAL



CONFIDENTIAL



**CONFIDENTIAL**



CONFIDENTIAL

KATENA003847

OPP TO STAY EXHIBIT 24

| Number of participants | 2 |
|---|---|
| Participants | ⬛⬛⬛⬛⬛⬛⬛ s.whatsapp.net Michael<br>⬛⬛⬛⬛⬛⬛⬛ s.whatsapp.net Henry (owner) |
| Number of messages | 40 |
| First message sent date/time | July 27, 2021 07:29:56 |
| Last message sent date/time | July 27, 2021 21:06:27 |

CONFIDENTIAL



CONFIDENTIAL

KATENA006660



@s.whatsapp.net Henry     July 27, 2021 10:56:45

maybe he's waiting on you

@s.whatsapp.net Michael     July 27, 2021 10:56:46

Yeah I sent an email

@s.whatsapp.net Henry     July 27, 2021 10:56:58

just bridge me direct

@s.whatsapp.net Henry     July 27, 2021 10:57:02

whatever is faster

@s.whatsapp.net Henry     July 27, 2021 11:01:49

Maloney- how r we getting more $ from him

@s.whatsapp.net Henry     July 27, 2021 11:02:02

Now is the time , we could term sheet any day now

@s.whatsapp.net Michael     July 27, 2021 11:18:13

I'm pinging him



@s.whatsapp.net Henry

July 27, 2021 12:04:42

@s.whatsapp.net Henry

July 27, 2021 12:04:53

Call █████

@s.whatsapp.net Henry

July 27, 2021 12:05:17

Maybe he can do ████ SAFE with ████ discount and I FOMO ████ for remaining ████ SAFE

KATENA006662

███████ @s.whatsapp.net Michael                    July 27, 2021 12:27:05

Ok I'll talk to him

███████ @s.whatsapp.net Michael                    July 27, 2021 20:30:09

I just fomod ███

███████ @s.whatsapp.net Michael                    July 27, 2021 20:30:14

Had a good call with him..

███████ @s.whatsapp.net Michael                    July 27, 2021 20:30:22

Also have Maloney news

███████ @s.whatsapp.net Michael                    July 27, 2021 20:30:35

He is having dinner with Ashton Thursday, will have more info then

███████ @s.whatsapp.net Michael                    July 27, 2021 20:30:45

He may be able to wire a few more million but I'm still working that

███████ @s.whatsapp.net Michael                    July 27, 2021 20:31:03

I told him we need it to clinch 5nm potentially, so he better get on that if he's gonna come here

███████ @s.whatsapp.net Michael                    July 27, 2021 20:31:14

He's also meeting with debt people for 3 days straight next week



CONFIDENTIAL



KATENA006665