**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:   415.344.7000
Facsimile:    415.344.7050

Attorneys for Non-Party
KATENA COMPUTING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>    Defendants. | Case No. 23-cv-00599-RS<br><br>**NON-PARTY KATENA COMPUTING TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

Pursuant to Civil Local Rules 3-12 and 7-11, Katena Computing Technologies, Inc. ("Katena") files this administrative motion (the "Motion") asking the Court to consider whether the above-captioned case (the "DX Corr Design Case"), which is currently before the Honorable Chief District Judge Richard Seeborg and stayed pending arbitration, should be related to *Coinmint, LLC v. Katena Computing Technologies, Inc. and Does 1-40, inclusive*, Case No. 23-cv-04683-DMR (the "Katena Case"), which was recently removed to this Court.

In the Northern District, there are two requirements for a case to be deemed as "related." First, the two cases must "concern substantially the same parties, property, transaction, or event." Civil L.R. 3-12(a)(1). Next, it must appear "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a)(2).

The Katena Case and DX Corr Design Case plainly concern "substantially the same parties, property, transaction or event." Civil L.R. 3-12(a)(1). Both cases involve *the same plaintiff*, Coinmint, LLC ("Coinmint"), and each arises out of Coinmint's efforts to avoid its obligations under *the same contract* based on *the same arguments* and *the same alleged facts*. Katena is the sole named defendant in the Katena Case, which is predicated on (false) allegations that Katena carried out a fraudulent scheme to defraud Coinmint in concert with as-yet-unnamed Doe defendants. Meanwhile, the defendants in the DX Corr Design Case are individuals and entities that Coinmint alleges conspired with Katena in carrying out *that very same scheme*.

Specifically, the Complaint in the DX Corr Design Case and that in the Katena Case are each predicated on the same alleged elaborate scheme through which Katena and its co-conspirators purportedly tricked Coinmint into entering into a $150 million purchase contract under which Katena was to manufacture Bitcoin mining rigs for Coinmint (*cf.* DX Corr Design Case Complaint (DX Corr Design Case ECF No. 22-4) at ¶ 9, and Katena Case Complaint (Katena Case ECF No. 1, Attachment 1, Exhibit A) at ¶ 11). In each of its Complaints, Coinmint alleges that, despite making advance deposit payments to Katena, it has received nothing in

return, and has thus been defrauded out of $23,397,197.91.[1] (*cf.* DX Corr Design Case Complaint at ¶¶ 9-10, and Katena Case Complaint at ¶ 12).

Both cases are also related to an arbitration filed by Coinmint, pending before the American Arbitration Association (the "Arbitration," AAA Case No. 01-22-0001-7627), through which Coinmint is similarly attempting to avoid its obligations under the same contract, based yet again on the same allegations relating to the same purported scheme.[2] This Court has already stayed the DX Corr Design Case pending the Arbitration. (Dx Corr Design Case ECF No. 40.)

Given the above, it is clear that the two cases concern "substantially the same parties, property, transaction or events," as required by Civil L.R. 3-12(a)(1). Moreover, since the facts and legal issues underlying each of the two actions nearly wholly overlap, having two different judges (or juries) determining these same facts is not only colossally wasteful, but also runs the risk of different factual findings, leading to inconsistent results. As such, it also "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges," under Civil L.R. 3-12(a)(2).

For the reasons stated above this Court should relate the Katena Action to the DX Corr Design Case under Civil L.R. 3-12 and, once it has done so, stay the Katena Case pending the Arbitration as it already has stayed the DX Corr Design Case. Katena is requesting the former through this Administrative Motion, and has already filed a separate motion requesting the latter.

On September 14, 2023, Katena's counsel wrote to Plaintiff's counsel via email, informing Plaintiff's counsel of Katena's intent to file this motion, and asking whether Plaintiff agreed to or would oppose the motion. *See* Declaration of John Hardin in Support of Administrative Motion to Consider Whether Cases Should be Related ("Hardin Decl.") at ¶ 2. Plaintiff's counsel did not respond to this email. *Id.* Having received no response, on September 19, 2023, Katena's Counsel asked Plaintiff's counsel *in-person* whether Plaintiff agreed to or

---

[1] Note that the amount of damages claimed in each of Coinmint's Complaints is identical to the penny.
[2] The hearing in the Arbitration commenced several weeks ago has already begun taking evidentiary testimony from certain non-parties and is set to commence on August 28, 2023. In fact, it is likely that the Arbitration will have already commenced by the time this motion is heard.

-3-

would oppose the motion. Hardin Decl. at ¶ 3. Plaintiff's counsel stated that they would respond that same evening. *Id.* However, to date, no response has been received. *Id.*

For the foregoing reasons, and pursuant to Civil L.R. 3-12, Katena respectfully requests that the Court enter an order relating *Coinmint, LLC v. Katena Computing Technologies, Inc. and Does 1-40, inclusive*, Case No. 23-cv-04683-DMR, with *Coinmint, LLC v. DX Corr Design, Inc., Sagar Reddy, Robert Bleck, Jim Denaut, Frank Kinney, and Does 1-40, inclusive*, Case No. 3:23-cv-00599-RS.

DATED: September 28, 2023  **PERKINS COIE LLP**

By: */s/ David P. Chiappetta*
　　　David P. Chiappetta

Attorneys for Non-Party
KATENA COMPUTING TECHNOLOGIES, INC.