1  **PERKINS COIE LLP**
   David P. Chiappetta, Bar No. 172099
2  DChiappetta@perkinscoie.com
   Torryn Taylor Rodgers, Bar No. 319126
3  TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: +1.415.344.7000
5  Facsimile:  +1.415.344.7050

7  Attorneys for Non-Party
   KATENA COMPUTING TECHNOLOGIES, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>    Defendants. | Case No. 23-cv-00599-RS<br><br>**DECLARATION OF JOHN R. HARDIN IN SUPPORT OF NON-PARTY KATENA COMPUTING TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

J. Hardin Decl. ISO Katena's Admin motion to Consider Whether Cases Should be Related

163235722.3

I, John Hardin, declare as follows:

1.	I am a partner at the law firm Perkins Coie LLP and counsel for DX Corr Design, Inc. and Sagar Reddy in the above-captioned case, and for Katena Computing Technologies, Inc. ("Katena") in *Coinmint, LLC v. Katena Computing Technologies, Inc., and Does 1-40, inclusive*, Case No. 23-cv-04683 (the "Katena Case").  I am a member in good standing of the State Bar of Texas and admitted *pro hac vice* in the above-captioned action. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2.	On September 14, 2023, I sent an email to Fletcher Alford of Gordon Rees Scully Mansukhani, LLP, counsel for Plaintiff Coinmint, LLC ("Coinmint") in both the above-captioned case and in the Katena Case, informing him of Katena's intention to file an Administrative Motion to Consider Whether Cases Should be Related, and asking whether Coinmint would agree to or oppose such a motion. I did not receive any reply.

3.	Having received no response, on September 19, 2023, I asked Mr. Alford and his partner Kevin Liu *in-person* whether Coinmint agreed to or would oppose the motion. Mr. Alford informed me that he would let me know that same evening. To date, I have received no response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of September 2023, in Dallas, Texas.

_____
John R. Hardin