**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Non-Party
KATENA COMPUTING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>    Defendants. | Case No. 23-cv-00599-RS<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY KATENA COMPUTING TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

Before the Court is the Administrative Motion to Consider Whether Cases Should be Related filed by Katena Computing Technologies, Inc. ("Katena"), which is not a party to the above-captioned action. Having considered the Motion, the Court finds that the recently-filed *Coinmint, LLC v. Katena Computing Technologies, Inc., and Does 1-40, inclusive*, Case No. 23-cv-04683-DMR, concerns substantially the same parties, property, transaction, or event as the previously-filed above-captioned action *Coinmint, LLC v. DX Corr Design, Inc., Sagar Reddy, Robert Bleck, Jim Denaut, Frank Kinney, and Does 1-40, inclusive*, Case No. 23-cv-00599-RS, and that it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The Motion is thus GRANTED. Pursuant to Civil Local Rule 3-12, the Clerk shall reassign *Coinmint, LLC v. Katena Computing Technologies, Inc., and Does 1-40, inclusive*, Case No. 23-cv-04683-DMR, to the undersigned. All associated deadlines are reset accordingly.

**IT IS SO ORDERED**

Date: _____, 2023

_____
RICHARD SEEBORG
United States District Judge