1 David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
2 Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
3 PERKINS COIE LLP
505 Howard Street, Suite 1000
4 San Francisco, California 94105
Telephone: +1.415.344.7000
5 Facsimile:  +1.415.344.7050

6

7 Attorneys for Non-Party
KATENA COMPUTING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COINMINT, LLC, | Case No. 3:23-cv-00599-RS |
|---|---|
| Plaintiff, | **AMENDED CERTIFICATE OF SERVICE** |
| v. | |
| DX CORR DESIGN, INC. a California corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive, | |
| Defendant. | |

# AMENDED CERTIFICATE OF SERVICE

I, Lisa DeCosta, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 505 Howard Street, Suite 1000, San Francisco, CA 95105. On September 28, 2023, I served a copy of the within document(s):

1. **NON-PARTY KATENA COMPUTING TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

2. **DECLARATION OF JOHN R. HARDIN IN SUPPORT OF NON-PARTY KATENA COMPUTING TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

3. **[PROPOSED] ORDER GRANTING NON-PARTY KATENA COMPUTING TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ by transmitting via my e-mail address (ldecosta@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

*See attached Service List*

I declare under penalty of perjury under the laws of the State of United States of America that the above is true and correct.

Executed on September 28, 2023, at San Francisco, California.

_____
Lisa DeCosta

-1-

**SERVICE LIST**

| | |
|---|---|
| Benjamin Sirota<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, NY 10022<br>Benjamin.sirota@kobrekim.com | *Counsel for Jim DeNaut* |
| Roger Wintle<br>The Heritage Law Group<br>2033 Gateway Place, #500<br>San Jose, CA 95110<br>rdw@higusa.com | *Counsel for Robert Bleck* |

Frank Kinney
307 W. Lyon Farm Drive
Greenwich, CT 06831

(*By mail only*)