**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
SAGAR REDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>    Defendants. | Case No. 23-cv-00599-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Coinmint, LLC ("Coinmint"), and Defendant Sagar Reddy ("Reddy"), subject to the approval of the Court, that the following shall govern this action as follows:

1. WHEREAS, on February 9, 2023, Defendant Reddy removed the above-captioned action to this Court (Dkt. 1); and

2. WHEREAS, on April 24, 2023, the Court ordered this action stayed pending an arbitration that is being conducted between Plaintiff Coinmint and non-party Katena Computing Technologies, Inc. (the "Arbitration") (Dkt. 40); and

3. WHEREAS, the Court contemporaneously set an Initial Case Management Conference for December 14, 2023, at 10:00 AM (Dkt. 40 – Minute Order); and

4. WHEREAS, the Arbitration remains ongoing; and

5. WHEREAS, the signatories to this Stipulation and [Proposed] Order are the only parties to have made an appearance in the action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Upon approval by this Court, the Case Management Conference set for December 14, 2023, shall be taken off calendar, and a Case Management Conference set on or after January 25, 2024, so that the parties may update the Court on the status of the arbitration.

IT IS SO STIPULATED.

DATED: December 7, 2023        **PERKINS COIE LLP**

By: /s/
    David P. Chiappetta
Attorneys for Defendant
SAGAR REDDY

DATED: December 7, 2023        **GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/
    Kevin Liu
Attorneys for Plaintiff
COINMINT, LLC

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, it is ordered that the Case Management Conference set for Thursday, December 14, 2023, at 10:00 AM, be taken off calendar, and that a Case Management Conference be set for Thursday, _____, at 10:00 AM. The parties are ordered to file a joint Case Management Statement no later than seven calendar days prior to the date of the reset Case Management Conference, describing for the Court the status of the Arbitration.

**IT IS SO ORDERED.**

Date: _____, 2023

By: _____
Richard Seeborg
Chief District Judge of the U.S. District Court
for the Northern District of California

## **SIGNATURE ATTESTATION**

I hereby attest under Local Rule 5-1(i)(3) that Kevin Liu, counsel for Plaintiff Coinmint, LLC, concurs in the filing of this document and has authorized me to sign this document on his behalf.

Date: December 7, 2023

By: /s/ _____

    David P. Chiappetta

-4-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE