**KOBRE & KIM LLP**
Daniel Zaheer (State Bar No. 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.:   +1 415 582 4800
Fax.:   +1 415 582 4811
Email: daniel.zaheer@kobrekim.com

Steven G. Kobre (*pro hac vice* forthcoming)
Benjamin Sirota (*pro hac vice* forthcoming)
Caroline Rivera (*pro hac vice* forthcoming)
800 Third Avenue
New York, New York 10022
Tel.:   +1 212 488 1200
Fax.:   +1 212 488 1220
Email: steven.kobre@kobrekim.com
        benjamin.sirota@kobrekim.com
        caroline.rivera@kobrekim.com

*Attorneys for Defendant Jim DeNaut*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>　　　　　Defendants. | Case No. 23-cv-00599-RS<br><br>**NOTICE OF APPEARANCE** |

1  **TO ALL THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that Daniel Zaheer of the law firm Kobre & Kim LLP, at 150

3  California Street, 19th Floor, San Francisco, CA 94111, telephone number (415) 582-4800,

4  facsimile number (415) 582-4811, and email address daniel.zaheer@kobrekim.com, hereby

5  enters his appearance in this matter as counsel for Defendant Jim DeNaut and may receive

6  notices and orders from the Court at the address and numbers provided herein. The undersigned

7  certifies that he is admitted to practice before this Court.

9  Dated:  January 19, 2024

Respectfully submitted,

KOBRE & KIM LLP

/s/ Daniel Zaheer

Daniel Zaheer (State Bar No. 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.:    +1 415 582 4800
Fax.:   +1 415 582 4811
Email: daniel.zaheer@kobrekim.com

*Attorney for Defendant Jim DeNaut*

**CERTIFICATE OF SERVICE**

    I, Daniel Zaheer, certify that I caused to be served a copy of the within document to the following parties who will not receive notification via CM/ECF:

Roger Wintle
The Heritage Law Group
2033 Gateway Place, #500
San Jose, CA 95110
rdw@higusa.com

*Counsel for Robert Bleck*

Frank Kinney
307 W. Lyon Farm Drive
Greenwich, CT 06831

                                                            /s/ Daniel Zaheer
                                                            Daniel Zaheer