**KOBRE & KIM LLP**
Daniel Zaheer (State Bar No. 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.:   +1 415 582 4800
Fax.:   +1 415 582 4811
Email: daniel.zaheer@kobrekim.com

Steven G. Kobre (*pro hac vice* forthcoming)
Benjamin Sirota (*pro hac vice* forthcoming)
Caroline Rivera (*pro hac vice* forthcoming)
800 Third Avenue
New York, New York 10022
Tel.:   +1 212 488 1200
Fax.:   +1 212 488 1220
Email: steven.kobre@kobrekim.com
         benjamin.sirota@kobrekim.com
         caroline.rivera@kobrekim.com

*Attorneys for Defendant Jim DeNaut*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 23-cv-00599-RS<br><br>**DECLARATION OF BENJAMIN SIROTA IN SUPPORT OF JIM DENAUT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

I, Benjamin Sirota, declare as follows:

1. I am a Partner at the law firm of Kobre & Kim LLP. I am counsel for Jim DeNaut in the above-captioned case, and for Mr. DeNaut in *DeNaut v. Alford, et al.*, No. 24-cv-145 (N.D. Cal.). I am a member in good standing of the State Bar of New York and my application to appear *pro hac vice* in this action is forthcoming. I submit this declaration based on my personal knowledge unless otherwise stated and, if called to testify, could and would testify to the following facts.

2. On January 10, 2024, I learned that Thomas Quinn of Gordon Rees Scully Mansukhani, LLP ("Gordon Rees") was representing Fletcher Alford and Robert Lemus in *DeNaut v. Alford, et al.*, No. 24-cv-145 (N.D. Cal.).

3. On January 11, 2024, I emailed Mr. Quinn and asked his position regarding Mr. DeNaut's relatedness motion. Mr. Quinn responded, copying Mr. Alford and stating, in relevant part, "I am not admitted to practice in California so I am reluctant to agree to the conferral request. I am copying Fletcher Alford so that he can respond as needed."

4. As of January 19, 2024, Mr. Alford has not responded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of January 2024, in New York, New York.

Dated: January 19, 2024
New York, New York

Respectfully submitted,

/s/ Benjamin Sirota
Benjamin Sirota

1

Case No. 23-cv-599
DECLARATION OF BENJAMIN SIROTA IN SUPPORT OF JIM DENAUT'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**E-FILING ATTESTATION**

I, Daniel Zaheer, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Daniel Zaheer
Daniel Zaheer