**KOBRE & KIM LLP**
Daniel Zaheer (State Bar No. 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.:   +1 415 582 4800
Fax.:   +1 415 582 4811
Email: daniel.zaheer@kobrekim.com

Steven G. Kobre (*pro hac vice* forthcoming)
Benjamin Sirota (*pro hac vice* forthcoming)
Caroline Rivera (*pro hac vice* forthcoming)
800 Third Avenue
New York, New York 10022
Tel.:   +1 212 488 1200
Fax.:   +1 212 488 1220
Email: steven.kobre@kobrekim.com
          benjamin.sirota@kobrekim.com
          caroline.rivera@kobrekim.com

*Attorneys for Defendant Jim DeNaut*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 23-cv-00599-RS<br><br>**[PROPOSED] ORDER GRANTING JIM DENAUT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

Before the Court is Defendant Jim DeNaut's Administrative Motion to Consider Whether Cases Should Be Related.  Having considered the Motion, the Court finds that *DeNaut v. Alford, et al.*, Case No. 24-cv-145 (N.D. Cal.) concerns substantially the same parties, property, transaction, or event as the previously-filed, above-captioned action *Coinmint, LLC v. DX Corr Design, Inc., et al.*, Case No. 23-cv-599-RS, and that it is likely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Mr. DeNaut's Motion is thus **GRANTED**.  Pursuant to Civil Local Rule 3-12, the Clerk shall reassign *DeNaut v. Alford*, *et al.*, Case No. 24-cv-145, to the undersigned.  All associated deadlines are reset accordingly.

**IT IS SO ORDERED.**

Date: _____, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge