**KOBRE & KIM LLP**
Daniel Zaheer (State Bar No. 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.:   +1 415 582 4800
Fax.:   +1 415 582 4811
Email: daniel.zaheer@kobrekim.com

Steven G. Kobre (*pro hac vice* forthcoming)
Benjamin Sirota (*pro hac vice* forthcoming)
Caroline Rivera (*pro hac vice* forthcoming)
800 Third Avenue
New York, New York 10022
Tel.:   +1 212 488 1200
Fax.:   +1 212 488 1220
Email: steven.kobre@kobrekim.com
          benjamin.sirota@kobrekim.com
          caroline.rivera@kobrekim.com

*Attorneys for Defendant Jim DeNaut*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC, | Case No. 23-cv-00599-RS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Daniel Zaheer, certify that I caused to be served a copy of the within documents to the following parties who (i) will not receive notification via CM/ECF in the above-captioned action or (ii) are parties in *DeNaut v. Alford*, *et al.*, No. 24-cv-145 (N.D. Cal.), pursuant to Civ. L. R. 7-11.  A courtesy copy of the within documents will be lodged with both Judge Richard Seeborg and Judge Kandis A. Westmore.

Roger Wintle
The Heritage Law Group
2033 Gateway Place, #500
San Jose, CA 95110
rdw@higusa.com

*Counsel for Robert Bleck*

Thomas Quinn
Gordon Rees Scully Mansukhani, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
tquinn@grsm.com

*Counsel for Fletcher Alford and Robert Lemus*

Steven Feldman
John Carty
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
sfeldman@stradley.com
jcarty@stradley.com

*Counsel for Coinmint, LLC and Randall Foret*

Frank Kinney
307 W. Lyon Farm Drive
Greenwich, CT 06831

/s/ Daniel Zaheer
Daniel Zaheer