UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COINMINT, LLC

          Plaintiff(s),      ,

    v.

DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,

          Defendant(s).

Case No. 23-cv-599

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin Sirota, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jim DeNaut in the above-entitled action. My local co-counsel in this case is Daniel Zaheer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 237118.

| | |
|---|---|
| Kobre & Kim LLP<br>800 Third Avenue, New York, NY 10022 | Kobre & Kim LLP<br>150 California Street, 19th Floor, San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| +1 212 488 1200 | +1 415 582 4800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| benjamin.sirota@kobrekim.com | daniel.zaheer@kobrekim.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4407631.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 1/19/2024                                    /s/ Benjamin Sirota
                                                         APPLICANT
5

6   ═══════════════════════════════════════════════════════════

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Benjamin Sirota          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                                         _____
                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Benjamin Douglas Victor Sirota

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on April 24, 2006, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on May 26, 2023.*

*Clerk of the Court*

*CertID-00121264*

1

**CERTIFICATE OF SERVICE**

2    I, Benjamin Sirota, certify that I caused to be served a copy of the within document to

3    the following parties who will not receive notification via CM/ECF:

4

5    Roger Wintle
     The Heritage Law Group
6    2033 Gateway Place, #500
     San Jose, CA 95110
7    rdw@higusa.com

8
     *Counsel for Robert Bleck*
9

10   Frank Kinney
     307 W. Lyon Farm Drive
11   Greenwich, CT 06831

12

13                                                /s/ Benjamin Sirota
                                                  Benjamin Sirota
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28