UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COINMINT, LLC

        Plaintiff(s),

v.

DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive,

        Defendant(s).

Case No. 23-cv-599

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven G. Kobre, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jim DeNaut in the above-entitled action. My local co-counsel in this case is Daniel Zaheer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 237118.

Kobre & Kim LLP
800 Third Avenue, New York, NY 10022
MY ADDRESS OF RECORD

+1 212 488 1200
MY TELEPHONE # OF RECORD

steven.kobre@kobrekim.com
MY EMAIL ADDRESS OF RECORD

Kobre & Kim LLP
150 California Street, 19th Floor, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1 415 582 4800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

daniel.zaheer@kobrekim.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2581940.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/19/2024

/s/ Steven G. Kobre
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven G. Kobre is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/22/2024

UNITED STATES DISTRICT JUDGE