1  MARC J. SCHNEIDER, State Bar No. 214609
    mschneider@stradlinglaw.com
2  JASON DE BRETTEVILLE, State Bar No. 195069
    jdebretteville@stradlinglaw.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone: 949 725 4000
5  Facsimile: 949 725 4100

6  Attorneys for Plaintiff
   COINMINT, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | COINMINT, LLC,, | CASE NO. 3:23-cv-599 |
12 | Plaintiff, | Honorable Richard Seeborg |
13 | vs. | **NOTICE OF APPEARANCE OF MARC J. SCHNEIDER FOR PLAINTIFF COINMINT, LLC** |
14 | DX CORR DESIGN, INC. a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, | |
18 | Defendant. | |

TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN THIS ACTION, PLEASE TAKE NOTICE THAT Marc J. Schneider will appear in this matter as counsel for Plaintiff COINMINT, LLC. Counsel respectfully requests to be included via e-mail on the Court's notification of electronic filings in this action at: mschneider@stradlinglaw.com.

DATED: March 11, 2024

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Marc J. Schneider*
Marc J. Schneider
Jason de Bretteville

Attorneys for Plaintiff
Coinmint, LLC