1  MARC J. SCHNEIDER, State Bar No. 214609
   mschneider@stradlinglaw.com
2  JASON DE BRETTEVILLE, State Bar No. 195069
   jdebretteville@stradlinglaw.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone: 949 725 4000
5  Facsimile: 949 725 4100

6  Attorneys for Plaintiff
   COINMINT, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | COINMINT, LLC,, | CASE NO. 3:23-cv-599 |
12 | Plaintiff, | Honorable Richard Seeborg |
13 | vs. | **NOTICE OF APPEARANCE OF JASON DE BRETTEVILLE FOR PLAINTIFF COINMINT, LLC** |
14 | DX CORR DESIGN, INC. a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, | |
18 | Defendant. | |

1    TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN
2  THIS ACTION, PLEASE TAKE NOTICE THAT Jason de Bretteville will appear
3  in this matter as counsel for Plaintiff COINMINT, LLC.  Counsel respectfully
4  requests to be included via e-mail on the Court's notification of electronic filings in
5  this action at: jdebretteville@stradlinglaw.com.

DATED:  March 11, 2024                STRADLING YOCCA CARLSON & RAUTH LLP


By:   */s/ Jason de Bretteville*
       Marc J. Schneider
       Jason de Bretteville

       Attorneys for Plaintiff
       Coinmint, LLC

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

-2-
NOTICE OF APPEARANCE OF JASON de BRETTEVILLE
4862-0829-9692v1/108215-0002