**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
DX CORR DESIGN, INC. and SAGAR REDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC, | Case No. 23-cv-00599-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1-40, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Coinmint, LLC ("Plaintiff"), and Defendants DX Corr Design, Inc., Sagar Reddy, and Jim DeNaut (collectively, "Defendants") subject to the approval of the Court, that the following shall govern this action as follows:

1. WHEREAS, on February 9, 2023, Defendant Reddy removed the above-captioned action to this Court (Dkt. 1);

2. WHEREAS, on April 24, 2023, the Court ordered this action stayed pending an arbitration that was then being conducted between Plaintiff Coinmint and non-party Katena Computing Technologies, Inc. (the "Arbitration") (Dkt. 40);

3. WHEREAS, the Court contemporaneously set an Initial Case Management Conference for December 14, 2023, at 10:00 AM (Dkt. 40 – Minute Order);

4. WHEREAS, due to the continuing nature of the Arbitration, the parties previously stipulated to take the Initial Case Management Conference off calendar and set a Case Management Conference for January 25, 2024 (Dkt. 54);

5. WHEREAS, due to the further continuing nature of the Arbitration, the parties previously stipulated to take the January 25, 2024, Case Management Conference off calendar and re-set the conference for March 28, 2024, to allow time for an anticipated interim award to be granted in the Arbitration (Dkt. 56);

6. WHEREAS, on February 6, 2024, a final award was granted in the Arbitration;

7. WHEREAS, on February 8, 2024, non-party Katena Computing Technologies, Inc. filed a Petition to Confirm the Arbitration Award in the related case *Coinmint, LLC v. Katena Computing Technologies, Inc.*, Case No. 23-cv-04683-RS (the "Related Case"), which the Court deemed as a motion to confirm the Arbitration award;

8. WHEREAS, Plaintiff Coinmint's Motion to Vacate the Arbitration Award in the Related Case is due on April 1, 2024; and

9. WHEREAS, the signatories to this Stipulation and [Proposed] Order are the only parties to have made an appearance in the action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Upon approval by this Court, the Case Management Conference set for March 28, 2024, shall be taken off calendar, and a Case Management Conference set on or after May 30, 2024, to allow time for the above-referenced motions to be heard by this Court.

IT IS SO STIPULATED.

DATED:  March 18, 2024            **PERKINS COIE LLP**

By: /s/David P. Chiappetta
      David P. Chiappetta
Attorneys for Defendants
DX CORR DESIGN, INC and SAGAR REDDY

DATED:  March 18, 2024            **KOBRE & KIM LLP**

By: /s/Benjamin Sirota
      Benjamin Sirota
Attorneys for Defendant
JIM DENAUT

DATED:  March 18, 2024            **STRADLEY RONON STEVENS & YOUNG, LLP**

By: /s/Steven D. Feldman
      Steven D. Feldman
Attorneys for Plaintiff
COINMINT, LLC

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the other signatories.

/s/David P. Chiappetta
David P. Chiappetta

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, it is ordered that the Case Management Conference set for Thursday, March 28, 2024, at 10:00 AM, be taken off calendar, and that a Case Management Conference be set for Thursday, May 30, at 10:00 AM. The parties are ordered to file a joint Case Management Statement no later than seven calendar days prior to the date of the reset Case Management Conference.

**IT IS SO ORDERED.**

Date: _____, 2024

By: _____
Richard Seeborg
Chief District Judge of the U.S. District Court
for the Northern District of California