FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
MYLES A. LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DX CORR DESIGN, INC., a California Corporation, SAGAR REDDY, an individual, ROBERT BLECK, an individual, JIM DENAUT, an individual, FRANK KINNEY, an individual, and DOES 1- 40, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:23-cv-00599-RS<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>CIVIL L.R. 5-1(C)(2)(C) |

TO THE HONORABLE COURT, ALL PARTIES, AND THIER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gordon Rees Scully Mansukhani, LLP ("GRSM") will no longer represent Plaintiff COINMINT, LLC in this matter. Please note that henceforth Plaintiff Coinmint, LLC will continue to be represented by Steven D. Feldman of Stradley Ronon Stevens & Young, LLP and Marc J. Schneider and Jason de Bretteville of Stradling Yocca Carlson & Rauth LLP. Please update your proofs of service and address all future notices, pleadings, discovery and/or correspondence to counsel in this matter as follows:

-1-

Steven D. Feldman
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
Phone: 212.812.4124
Fax: 646.682.7180
sfeldman@stradley.com

Marc J. Schneider
Jason de Bretteville
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Phone: 949.725.4000
Fax: 949.725.4100
mschneider@stradlinglaw.com
jdebretteville@stradlinglaw.com

I consent to this change in counsel.

Dated: 3/20/24

COINMINT, LLC

By: _____
(Signature of Party)

I consent to this change in counsel.

Dated: March 20, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Fletcher C. Alford
(Signature of Former Counsel)

-2-
NOTICE OF CHANGE IN COUNSEL