1   MARC J. SCHNEIDER, State Bar No. 214609
       mschneider@stradlinglaw.com
2   JASON DE BRETTEVILLE, State Bar No. 195069
       jdebretteville@stradlinglaw.com
3   STRADLING YOCCA CARLSON & RAUTH LLP
    660 Newport Center Drive, Suite 1600
4   Newport Beach, CA 92660-6422
    Telephone:  949 725 4000
5   Facsimile:  949 725 4100

6   STEVEN D. FELDMAN, NY State Bar No. 2994407
    (*Admitted Pro Hac Vice*)
7   STRADLEY RONON STEVENS & YOUNG, LLP
    sfeldman@stradley.com
8   100 Park Avenue, Suite 2000
    New York, NY 10017
9   Telephone: (212) 404-0659

10  Attorneys for Plaintiff
    COINMINT, LLC

11

                    **UNITED STATES DISTRICT COURT**
12
                **NORTHERN DISTRICT OF CALIFORNIA**
13
                          **SAN FRANCISCO**
14

15  COINMINT, LLC,                         CASE NO. 3:23-cv-00599-RS
                                           Honorable Richard Seeborg
                      Plaintiff,
16
                      vs.
17                                         **NOTICE OF DISMISSAL WITH PREJUDICE
                                           AS TO DEFENDANTS DX CORR DESIGN,
18  DX CORR DESIGN, INC., a California     INC., SAGAR REDDY, AND ROBERT BLECK
    Corporation, SAGAR REDDY, an           PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**
    individual, ROBERT BLECK, an
19  individual, JIM DENAUT, an individual,
    FRANK KENNY, an individual, and
20  DOES 1-40, inclusive,

21                    Defendants.

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1         Plaintiff Coinmint, LLC hereby dismisses Defendants DX Corr Design, Inc., Sagar

2    Reddy, and Robert Bleck with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Neither of

3    Defendants DX Corr Design, Inc., Sagar Reddy, or Robert Bleck have filed an answer or motion

4    for summary judgment.

5    DATED:   July 3, 2024              STRADLING YOCCA CARLSON & RAUTH LLP

6

7                                      By:   */s/ Marc J. Schneider*_____
                                             Marc J. Schneider
                                             Jason de Bretteville
8

9                                      STRADLEY RONON STEVENS & YOUNG, LLP
                                             Steven D. Feldman *(Appearing Pro Hac Vice)*
10
                                             Attorneys for Plaintiff
11                                           COINMINT, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

NOTICE OF DISMISSAL WITH PREJUDICE PER FED. R. CIV. P. 41(A)(1)(A)(I)
3:23-cv-04683-RS