1  MARC J. SCHNEIDER, State Bar No. 214609
    mschneider@stradlinglaw.com
2  JASON DE BRETTEVILLE, State Bar No. 195069
    jdebretteville@stradlinglaw.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone:  949 725 4000
5  Facsimile:  949 725 4100

6  STEVEN D. FELDMAN, NY State Bar No. 2994407
   (*Admitted Pro Hac Vice*)
7  STRADLEY RONON STEVENS & YOUNG, LLP
   sfeldman@stradley.com
8  100 Park Avenue, Suite 2000
   New York, NY 10017
9  Telephone: (212) 404-0659

10 Attorneys for Plaintiff
   COINMINT, LLC
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                              **SAN FRANCISCO**

15 | COINMINT, LLC,                          | CASE NO. 3:23-cv-00599-RS
16 |                                          | Honorable Richard Seeborg
   |               Plaintiff,                 |
17 |                                          |
   |      vs.                                 | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JIM DENAUT AND FRANK KINNEY PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**
18 | JIM DENAUT, an individual, FRANK         |
   | KINNEY, an individual, and DOES 1-40,    |
19 | inclusive,                               |
20 |               Defendants.                |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

NOTICE OF DISMISSAL WITH PREJUDICE
4882-5869-1286v1/108215-0002                           CASE NO. 3:23-cv-04683-RS

Plaintiff Coinmint, LLC hereby dismisses Defendants Jim DeNaut and Frank Kinney with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Neither of Defendants Jim DeNaut nor Frank Kinney have filed an answer or motion for summary judgment.

DATED:  August 7, 2024         STRADLING YOCCA CARLSON & RAUTH LLP


By:   /s/ Marc J. Schneider
       Marc J. Schneider
       Jason de Bretteville

STRADLEY RONON STEVENS & YOUNG, LLP
       Steven D. Feldman *(Appearing Pro Hac Vice)*

Attorneys for Plaintiff
COINMINT, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
NOTICE OF DISMISSAL WITH PREJUDICE
4882-5869-1286v1/108215-0002                                CASE NO. 3:23-cv-04683-RS